1   JOSEPH A. HEARST (SBN 130284)
    1569 Solano Ave. #525
2   Berkeley, CA  94707
    Tel.: (510) 528-6863
3   Fax: (510) 280-2556
    jahearst@pacbell.net
4
5   Attorney for Plaintiff METABYTE, INC.

6

7               IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   METABYTE, INC.,                    CASE NO.  3:23-cv-04862-VC

10          Plaintiff,                 [CORRECTED]

11      v.                             **AMENDED COMPLAINT FOR DAMAGES
                                       AND DECLARATORY AND INJUNCTIVE
12  META PLATFORMS, INC. and DOES 1-   RELIEF**
    25, inclusive,
13                                     **JURY TRIAL DEMANDED**

14          Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AMENDED COMPLAINT, NO. 3:23-CV-04862-VC**

## I.    JURISDICTION AND VENUE

1.  This Court has jurisdiction over this complaint, which seeks remedies for trademark infringement and unfair competition, pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a). Trademark infringement in violation of California's common law vests jurisdiction in this Court by virtue of 28 U.S.C. §§ 1338(b) and 1367(a).  This complaint also raises a federal question pursuant to 28 U.S.C. § 1331 and the amount in controversy exceeds $75,000.  This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

2.  Venue is appropriate in this District because plaintiff Metabyte, Inc. is a resident of this District with its principal place of business in Fremont, California.

3.  Personal jurisdiction and venue are proper in this District as to defendant Meta Platforms, Inc. ("Meta"), which has its principal place of business in Menlo Park, California, is within this District.

## II.    INTRADISTRICT ASSIGNMENT

4.  This lawsuit should be assigned to the Oakland Division of this Court because a significant portion of the events involved took place in Fremont, which is close to Oakland.

## III.    INTRODUCTION

5.  Plaintiff alleges as to its own actions based on its own knowledge, and on information and belief as to the actions of the defendants, as follows.

6.  At all times relevant to this complaint, plaintiff Metabyte, Inc. was and is a corporation organized under the laws of California, with its principal place of business in Fremont, California.

7.  Defendant Meta Platforms, Inc. ("Meta") is a multinational corporation with its principal place of business in Menlo Park, California.

8.  Plaintiff is currently unaware of the names and capacities of the defendants sued herein as DOES 1 to 25 inclusive and therefore sues them pursuant to fictitious names.  Plaintiff will seek leave to amend the complaint to allege their true names and capacities when such information becomes available.  Plaintiff is informed and believes, and thereupon alleges, that each of the

1  defendants designated herein as a "Doe" is legally responsible in some manner for the events

2  and happenings herein referred to, and legally caused damages to Plaintiff as hereinafter alleged.

3  9.  Each of the defendants was an agent, servant, employee, partner, associate and/or joint venturer

4     of the other defendants herein named.  At all times herein mentioned, each of said defendants

5     was acting within the course, purpose and/or scope of said agency, service, employment,

6     partnership, association and/or joint venture, and each defendant has ratified and approved the

7     acts of his/her/its agent(s), employee(s), partner(s), associate(s) and/or joint venturer(s).

8  **IV.   FACTS COMMON TO ALL CAUSES OF ACTION**

9  10.  Metabyte is a technology services and staffing company which has been doing business under

10     the name Metabyte, Inc. since 1993.  It has possessed registrations for the mark "Metabyte" (in

11     standard characters without claim to any particular font, style, size or color) with the United

12     States and Patent and Trademark Office (USPTO) in classes 35 and 42 since 2014 (Registration

13     No. 4465720) and has used the logo Metabyte since 1993 and has registered that logo,

14     registration number 4465722 (in style and not claiming any color) in classes 35 and 42, with a

15     registration date of January 14, 2014.  True and correct copies of Metabyte's registrations are

16     attached hereto as collective Exhibit1 and incorporated herein by reference.  Metabyte has had

17     common-law rights to the use of the word Metabyte since at least 1993, and has had the

18     exclusive right to use the mark in United States commerce in the registered categories since at

19     least 2014.  A listing of the categories of goods and services covered by Metabyte's registration

20     is a part of Exhibit 1.

21  11.  Since its inception in 1993, Metabyte has become known for its innovation-centric culture.

22     Metabyte is known throughout several industries, including software, computer, medical,

23     pharmaceutical, banking, telecommunications, manufacturing, television, internet and more, and

24     its mark is widely recognized in consumer, small business, and enterprise markets.  Metabyte

25     stands apart for having created a disproportionately large footprint across most of the United

26     States and some foreign countries despite its comparatively small size. The company sales have

27     surpassed $100 million over its 30-year history.  Metabyte is privately owned by its founder,

28     Manu Mehta (Mehta), a computer engineer, who remains its CEO and sole shareholder.

12. Metabyte is equally exceptional in the breadth of its product and service offerings relative to its small size.  A key reason for Metabyte's uniqueness has been Mehta's unwavering commitment to investing in employee ideas and bringing their innovations to market as products and services.  As part of and in addition to Metabyte's services listed in Exhibit 1, Metabyte employees have turned out patented inventions and have enabled Metabyte to launch a broad range of services including digital video recorders (DVR) which have been deployed by major cable-TV companies, online collaboration and marketplace services for web design and hosting, peer networking-based career platform, and more.  Metabyte's services also include software development, SaaS (Software as a Service), consulting, staffing, website design, hosting, e-commerce, peer networking, online marketplace services, virtual reality products, and virtual reality software services, online job advertising services, reposting of advertisements to other websites, and more.  As markets and trends changed, Metabyte adapted and continues to do so.

13. In addition to the services covered in Metabyte's trademark registrations from 2014 in Exhibit 1, Metabyte has pending registration applications to cover additional services within the same classes 35 and 42 filed in 2022, copy of which are attached as Exhibit 2 and.  Metabyte has continuously adapted and continues to adapt to changing markets and trends.

14. Metabyte's services are sold throughout the United States and in some foreign countries.  Meta's services are ubiquitous throughout the United States and in much of the world and blanket Metabyte's markets.  The sales channels used by Metabyte include in-person, telephone, websites, and online marketing and advertising, which are the same sales channels used by Meta.

15. Defendant Meta operated for many years under the name Facebook, Inc.  On October 28, 2021, Facebook, Inc. announced its corporate rebranding to Meta.  Meta now encompasses the products and services of its well-known brands such as Facebook, Instagram and WhatsApp, and is rapidly introducing new products and services under the brand Meta, such as Meta Quest, Meta Portal, Meta Pay, Meta Gaming, Meta Open Source, Meta Business Partner, Meta Audience Network, Meta Blue Print, Meta View, Meta Spark, Meta Boost, and more.  In connection with the rebranding, Meta has acquired certain registered trademarks and filed

1  applications for registration of the word "Meta," with and without an infinity design element,

2  which are now pending.

3  16. The goods and services Meta offers overlap strongly with those of Metabyte.  Both plaintiff and

4  defendant are in the business of offering computer software services and SaaS (Software as a

5  Service) over the internet.  Many of the goods and services offered by Meta are similar to those

6  offered by Metabyte.  Meta offers such services in overlapping geographic areas with Metabyte

7  while employing similar sales channels.

8  17. Meta has been aware of Metabyte's prior use of the Metabyte mark since well before it

9  announced its corporate rebranding.  Meta has saturated the market with a mark that is similar to

10  Metabyte, and is likely to create "reverse confusion," in which the junior user's mark

11  overwhelms that of the senior user.  Meta is overwhelming Metabyte, and is making the senior

12  user, Metabyte, lose control over its goodwill, reputation and corporate identity, and is hindering

13  Metabyte's ability to freely conduct business or move into new markets.  Metabyte is informed

14  and believes, and on that basis alleges that prospective customers are likely to believe that

15  Metabyte is affiliated with Meta, or worse, a knockoff of Meta.

16  18. Meta has recognized the likelihood of confusion where a mark incorporates the word "Meta,"

17  even if the mark contains other elements.  Thus, Meta opposed registration of the marks

18  "Metafans" (in opposition to Application No. 97097612) and "Metastreet" (in opposition to

19  Application No. 97264453), among others.  Meta claimed that these marks are similar in sight,

20  sound and commercial impression to its "Meta" marks.  By the same token, the "Meta" marks

21  are highly similar in sight, sound and commercial impression to "Metabyte."

22

23  19.  "Meta" and "Metabyte" are confusingly similar and are likely to confuse the consuming public.

24  Meta is the first half of Metabyte's mark.  Several courts have recognized that, when consumers

25  are faced with a mark consisting of two or more words, the first word is the most important and

26  the word on which consumers concentrate.  The result is that there is little difference in real-

27

28

world impact between Meta and Metabyte, a fact that Meta itself has recognized with respect to other meta-formative marks.

20. Metabyte's mark has come to be recognized in the technology industry for innovation and quality, and METABYTE has become a strong mark.  In more than 30 years in business, Metabyte has acquired strong recognition in the marketplace for itself and for its mark.  However, that recognition is being swamped by the corporate behemoth Meta, which has adopted the first half of Metabyte's name, where prospective customers are likely to believe that the senior user (Metabyte) is part of or affiliated with the junior user (Meta).

21. Metabyte has no control over the nature and quality of the goods and services that are to be offered under the "Meta" marks.  Any confusion between the Metabyte mark and Meta's Meta marks is likely to be damaging to Metabyte and injure its reputation for the goods and services it offers under the Metabyte mark.  The enormous presence of Meta in the marketplace is already swamping, and is likely to continue to swamp, Metabyte's presence.

22. The customers of both Meta and Metabyte are unlikely to realize that there is a distinction between Meta and Metabyte.  While some of Metabyte's customers are sophisticated enterprises which would perceive that there is a difference between Meta and Metabyte, most current and prospective customers are small businesses and individuals, who are unlikely to exercise much care in discriminating between Meta and Metabyte.  They would likely assume that Metabyte is a division of or affiliated with Meta, or worse, that Metabyte is a knockoff of Meta.  The problem is compounded in Metabyte's staffing business, which requires marketing at the consumer level to individuals (job seekers).  This danger is particularly acute given that reverse confusion is what is at stake in this case, where the enormous market presence of Meta's services means that customers are likely to believe that Metabyte comes from Meta.

23. Both Meta and Metabyte are likely to expand their services in the future in a way that is likely to create even more confusion.  Given the various industries that Metabyte has entered in the past, there is a strong likelihood that it will either enter or re-enter areas in which Meta seeks to operate.  Two prominent examples are (a) social media, and (b) virtual reality.

24. With respect to social media, Metabyte has a long history of building online networks for professional purposes, *e.g.* "PenPals" to provide web design and creative writing services on Metabyte's HotDoodle marketplace starting in 2005, and "Peers" to provide career assistance on Metabyte's Peer Network, Teamanics, since 2018.  As a natural evolution, the next step is for Metabyte to offer capabilities for Peers to interact socially, not just for work.  The USPTO examiner recently recommended that Metabyte file a separate class 45 trademark application to cover this aspect of its services, which Metabyte is in the process of filing.

25. \With respect to virtual reality, Meta is making a big foray into virtual reality and the metaverse.  Metabyte is a pioneer in virtual reality, having built and sold its Wicked3D eyeSCREAM hardware products in the late 1990s.  Metabyte is waiting for the market to mature to enter the hardware sector again.  Although Metabyte stopped selling hardware products, it continued to provide virtual reality software development services.  Metabyte maintains its virtual reality hardware business on a backburner with the intent to scale it up at the appropriate time.

26. Notwithstanding Metabyte's prior rights, Meta has filed at least the following applications to register the word mark "Meta": Application Serial No. 97202614 (the "Class 35 Application") and Application Serial No. 97202623 (the "Class 42 Application").   Meta's Applications filed with the USPTO on January 4, 2022 are based on applications originally filed in Jamaica on July 8, 2021.  Both applications are now pending with the USPTO.  A copy of Meta's applications showing the services it seeks to operate is included in Exhibit 3 and Exhibit 4.

27. Meta has also filed the following applications to register the logo "◯Ⱶ Meta ": Application Serial No. 97202640 (the "Class 35 Logo Application") and Application Serial No. 97202654 (the "Class 42 Logo Application").   Meta's Applications filed with the USPTO on January 4, 2022 are based on applications originally filed in Jamaica on October 5, 2021. Both applications are now pending with the USPTO, and are included as Exhibit 5 and Exhibit 6.

28. Metabyte's mark has clear priority over Meta's.  Metabyte's registration of the "Metabyte" mark in January 2014 precedes the claimed first use by Meta of the "Meta" mark by more than seven years, and Metabyte's first use of its mark in commerce precedes the claimed first use of Meta's marks by 28 years.

29. The services Meta offers overlap strongly with those of Metabyte, albeit Meta is magnitudes larger than Metabyte, thereby creating reverse confusion.  Both Meta and Metabyte are in the business of offering software and business services, which in recent years have evolved to largely being delivered over the internet as SaaS (Software as a Service).  A majority of the approximately 400 services identified by Meta in its Class 35 Application and Class 42 Application, which are attached as Exhibit 3 and Exhibit 4 respectively and incorporated herein by reference, are similar to or overlap with those offered by Metabyte.  These services include, but are not limited to, Meta's business services, business consultancy services, employment recruiting services, compiling of business data in online computer databases, software for collection and distribution of data, computer services for providing of customized online pages featuring user-defined or specified information, personal profiles, software engineering and more.  These services overlap Metabyte's services of business management consultancy, software development, consulting in the field of IT project management, design and development of computer software, information technology consulting, web hosting, on-line

marketplaces, staffing services, employment services, and more.  Both Meta and Metabyte offer a wide range of services, with a significant overlap in their offerings.

30. The "Meta" mark that Meta has been promoting and attempting to register is a generic term that refers to a quality of the product or service provided, not its source.  The word meta is a commonly used generic term employed to refer to key aspects of the genera of a majority of the approximately 400 services identified by Meta in its Class 35 Application and Class 42 Application, and in the broader software industry, or even the broader internet industry.  The term "meta" is foundational to refer to key aspects of the software that operates a majority of these approximately 400 services.

31. The Merriam Webster dictionary defines meta as both an adjective and a prefix that describes something as being self-referential, explicitly aware of itself, beyond, or transcending.  The term meta has been used consistently according to its meaning in the genera of services offered by Meta including the services identified by Meta in its Class 35 Application and Class 42 Application.  Thus, "meta data" is data about data.  For example, in a photo, meta data might include information about the date and location.  In digital advertising, which represents the primary business of Meta Platforms, the relevant public, which includes but is not limited to, buyers of digital advertising, understands the term meta to refer to key aspects of digital advertising.  For example, meta data may include such information as the ad's format, targeting parameters, performance metrics, and more.  Similarly, meta tags are snippets of text within HTML (HyperText Markup Language) or XHTML (eXtensible HyperText Markup Language) code that describe a webpage's content.  Examples of meta tags include <meta author>, which identifies the author of a web page, <meta description>, which provides a brief summary or description of the webpage's content and <meta keywords>.  There are many other examples in the software and internet industries in which the relevant consuming public of several genera of

services identified by Meta, for example artificial intelligence, uses the term meta to refer to key aspects of the service, for example "meta search" denotes a search engine that aggregates data from individual search engines.  The metaverse refers to a "universe beyond," a virtual or digital universe where users can interact with each other and digital environments.

32. A generic term need not be a name for a particular group of products or services, it may instead be an adjective that is commonly used to describe such goods or services, or a reference to a key aspect or part of a genus of goods or services.  A term can be generic for a genus of goods or services if the relevant public understands the term to refer to a key aspect of that genus, even if the public does not understand the term to refer to the broad genus as a whole.  The word meta cannot be used as a source indicator in the genera of services identified by Meta in its Class 35 Application and Class 42 Application because, in the minds of the relevant consuming public (i.e., persons likely to purchase Meta's goods or services) it identifies a multitude of everyday elements, rather than identifying a single source of goods or services.

33. Allowing Meta to register and use the "Meta" mark threatens to create confusion in the public for use of a well-known adjective and prefix in creating meta-formative generic terms such as meta tags, meta data, and more.  It also threatens to upset the operation of businesses such as Metabyte which have created meta-formative unique marks.  Meta is attempting to monopolize a common term to gain an unfair advantage in the marketplace.  "meta" is a generic term to identify the key aspects of a majority of the services identified by Meta in its Class 35 Application and Class 42 Application such as, but not limited to, advertising via electronic media, dissemination of advertising for others via a global computer network, software for creating and managing social media profiles, software for allowing buyers and sellers of online advertising to purchase and sell advertising inventory, and more.

34. Meta cannot have been unaware that the term "meta" is ubiquitous, generic, and foundational to the software that operates many of the operations in the software and internet industries including the genera of services that Meta operates and has identified in its Class 35 Application and Class 42 Application.  Indeed, Meta itself has used and is still using the term meta in this way.  Attached as Exhibit 7 are screenshots downloaded from Meta's websites, patents, and a third-party website where Meta used the word meta in its generic form on a regular basis. For example, page 16 of Exhibit 7 reveals Meta stating in its patent "if a photo includes the Statue of Liberty, the social networking system may tag the object in the photo with the meta data "Statue of Liberty."

35. The generic nature of "meta" is also obvious from its popularity as a prefix in creating trademarks. A search of the USPTO database reveals many hundreds of registered trademarks that use "meta" as a part of the mark.  There is a particularly acute danger of upsetting this large number of marks given that these marks, which couple the generic word meta with other terms, are, unlike meta alone, not necessarily generic.  It is well established that a generic term that is coupled with another in a mark may avoid genericness notwithstanding that the generic term, standing alone, should be refused registration and Meta should be enjoined from using Meta as a mark in commerce.  Indeed, two generic terms which are incapable of being a mark alone may, when coupled, become sufficiently distinctive as to be capable of identifying a single source of goods or services.

36. The word meta is generic and ubiquitous in the software and internet industries including the genera of services identified by Meta in its Class 35 Application and Class 42 Application to refer to key aspects of the services, and for that reason Meta must be refused registration and Meta should be enjoined from using Meta as a mark in commerce. Any attempt to use the word "meta" by Meta as a source indicator, but without the addition of appropriate characters to make

unique trademarks, is likely to cause confusion with the ubiquitous meta-formative generic terms and unique meta-formative marks.  Meta is attempting to monopolize a common term in the software and internet industries including the genera of goods and services that Meta has identified by leveraging its enormous market presence and investing millions of dollars in branding to make consumers believe that any meta-formative mark comes from Meta.  There is a particularly acute danger of upsetting this large number of marks given that a combination of genericness and reverse confusion is what is at stake in this case, where the enormous market presence of Meta's services means that customers are likely to believe that any meta-formative mark comes from Meta.  For that reason, registration of the Meta mark should be refused and Meta should be enjoined from using Meta as a mark in commerce.

37. Meta's attempt to trademark the foundational term meta in the broad list of approximately 400 genera of services listed in its Class 35 Application and Class 42 Application makes a finding of genericness relatively easy because, by seeking broad protection for its mark, Meta has obliged the USPTO to direct its genericness inquiry to broad categories, including those in which Meta has sought registration.

38. The addition of the stylized infinity design element cannot save meta from being generic, for at least two glaring reasons.  First, the Meta mark appears without the infinity design element in the marketplace, and Meta is attempting to register the name alone.  Second, the word meta is plainly the dominant portion of the mark.  Persons who encounter the Meta mark in the marketplace, even with the infinity design element attached, are unlikely to realize that the infinity design element is even a portion of the mark.  Moreover, in a composite mark comprising a design and words, the verbal portion of the mark is the one most likely to indicate the origin of the goods to which it is affixed.

39. Meta cannot overcome the generic nature of meta by claiming acquired distinctiveness; generic terms cannot be rescued by proof of distinctiveness or secondary meaning no matter how voluminous the proffered evidence may be.

40. Meta also cannot point to previously approved "Meta" marks as a justification to get new ones approved because each new application, even from the owner of an existing trademark, must be viewed on its own merit.

41. Even some of the previously approved "Meta" marks may be subject to cancellation depending on the services for which they are registered.

42. Allowing Meta to monopolize the term "meta" is likely to upset several industries.  Every business and entrepreneur has the right to continue using the term meta, without the likelihood of confusion, to refer to the everyday elements of their goods or services.  The chaos created by Meta's use of the generic term meta is amplified because Meta has started introducing additional goods and services using terms such as Meta Pay, and Meta Gaming, which are also generic.  Will the open software development world now have to be worried if a company by the name of Meta can prevent the community from coining a new term for a meta element?

43. A continued association of the word "meta" heavily with Meta will aggravate reverse confusion. Given Meta's rapid promotion and enormous investments in branding Meta-formative services, it is evident that Meta will dominate the market.  Over the next 5 to 10 years, Metabyte, and other small companies already having meta-formative trademarks will inevitably be forced to differentiate themselves from Meta, if possible.

44. Until recently, Metabyte and Meta have been engaged in discussions about ways to coexist in the marketplace and to allow both parties to use their respective marks.  Those talks have recently broken down, and Meta has informed Metabyte that it intends to continue to use and, in some instances, seek federal registration of its various "Meta" marks.  Metabyte pursued

litigation as a last resort and only after it became clear in settlement discussions that a coexistence agreement was not in the offing.  Meta has thus known of Metabyte's concerns since shortly after it began using Meta as a mark, and cannot claim to have been prejudiced by any alleged delay in pursuing litigation.

## V.    FIRST CAUSE OF ACTION—REGISTRATION INFRINGEMENT IN VIOLATION OF THE LANHAM ACT.

45. Metabyte realleges and incorporates herein by this reference each of the allegations contained in the previous paragraphs as though fully set forth herein.

46. At all relevant times, Metabyte has provided notice pursuant to 15 U.S.C. § 1111 that the Metabyte mark is registered.

47. Meta's acts complained of herein constitute trademark infringement in violation of 15 U.S.C. § 1114 *et seq.*

## VI.   SECOND CAUSE OF ACTION—VIOLATION OF § 43(a) OF THE LANHAM ACT

48. Metabyte realleges and incorporates herein by this reference each of the allegations contained in the previous paragraphs as though fully set forth herein.

49. Meta's ongoing infringement, expanding product lines and marketing have infringed Metabyte's mark, competed unfairly with Metabyte and traded upon Metabyte's goodwill and business reputation by suggesting that the products and services Metabyte offers are actually offered by Meta through the use of the confusingly similar "Meta" mark.  Meta's presence in the market is likely to swamp any uses of the Metabyte mark and poses a grave danger to Metabyte's brand.

50. Meta is making false and misleading representations by engaging in commercial advertising using trademarks and promotional materials which are virtually identical and/or confusingly similar to Metabyte's registered mark.

51. Meta is using in commerce false designations of origin, false and misleading descriptions of fact or false and misleading representations of facts which are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of Meta with Metabyte and as to the origin, sponsorship or approval of Meta's goods and services by Metabyte.

1    52. Meta's actions complained of herein constitute a violation of 15 U.S.C. § 1125(a).

2    **VII.    THIRD CAUSE OF ACTION—REQUEST FOR DECLARATION THAT THE**

3    **META MARK IS GENERIC AND NON-REGISTRABLE.**

4    53. Metabyte realleges and incorporates herein by this reference each of the allegations contained in

5    the previous paragraphs as though fully set forth herein.

6    54. Pursuant to 15 U.S.C.§ 1052, the meta mark which Meta has attempted to register is either

7    generic and incapable of distinguishing itself from the goods of others, or is merely descriptive

8    without secondary meaning, and for that reason the mark cannot and should not be registered

9    with the USPTO.

10   55. This Court should declare that Meta's pending applications for the Meta mark in class 35 and

11   class 42 are invalid.

12   **VIII.  FOURTH CAUSE OF ACTION—STATE COMMON LAW TRADEMARK**

13   **INFRINGMENT**

14   56. Metabyte realleges and incorporates herein by this reference each of the allegations contained in

15   the previous paragraphs as though fully set forth herein.

16   57. Meta's acts complained of herein constitute infringement under the common law of the state of

17   California and the common law of the several states.

18   **IX.    FIFTH CAUSE OF ACTION—STATE COMMON LAW UNFAIR COMPETITION**

19   58. Metabyte realleges and incorporates herein by this reference each of the allegations contained in

20   the previous paragraphs as though fully set forth herein.

21   59. Meta's acts complained of herein constitute unfair competition under the common law of the

22   state of California of the common law of the several states.

23   **X.     SIXTH CAUSE OF ACTION—VIOLATIONS OF CALIFORNIA BUSINESS AND**

24   **PROFESSIONS CODE SECTION 17200.**

25   60. Metabyte realleges and incorporates herein by this reference each of the allegations contained in

26   the previous paragraphs as though fully set forth herein.

27   61. The practices by Meta described herein are unlawful, or unfair, or fraudulent.  These actions are

28   unlawful under California Business and Professions Code section 17200.

62. Metabyte has been damaged by Meta's actions as described herein and, under section 17200, Metabyte is entitled to disgorgement of the profits of Meta gained through its use and promotion of the "Meta" mark, and to injunctive relief to enjoin Meta from further unlawful, unfair or fraudulent acts, and attorneys' fees.

## XI.    SEVENTH CAUSE OF ACTION—DECLARATORY RELIEF.

63. Metabyte realleges and incorporates herein by this reference each of the allegations contained in the previous paragraphs as though fully set forth herein.

64. There is a presently-existing controversy between Metabyte and Meta in that Metabyte contends that Meta's use of "Meta" as a mark in class 35 and class 42 is likely to cause confusion with Metabyte's registered mark, while Meta contends there is no likelihood of confusion.

65. Metabyte therefore requests that the Court declare that Meta's "Meta" mark infringes on Metabyte's registered mark pursuant to each of the statutes and other laws previously named.

## XII.   PRAYER

WHEREFORE, Metabyte prays for relief as follows:

66. That Meta and its agents, servants, employees, attorneys, successors and assigns and all persons acting in concert or participation be enjoined and restrained preliminarily and permanently from using the mark "Meta" or colorable imitations thereof, alone or in combination, or with a word or words, or from using any mark that is confusingly similar to "Metabyte."

67. That this Court declare that use of the "Meta" mark by Meta is likely to cause confusion between Metabyte and Meta in class 35 and class 42.

68. That this Court declare that "meta" is a generic term as a minimum in the majority of genera of services identified by Meta in its Class 35 Application and Class 42 Application, and is foundational in the broader software industry, or even broader the internet industry, and that Meta's pending applications for registration of the Meta mark in Class 35 and Class 42 should be refused.

69. As a result of the actions of Meta described herein, Metabyte is entitled to damages according to proof, to injunctive relief, to attorneys' fees and such other and further relief as the court may deem just and proper.

70. Plaintiff demands a jury as to all issues properly so tried.

Dated: January 5, 2024

By: /s/ Joseph A. Hearst
Attorney for plaintiff Metabyte, Inc.

**Exhibit 1**

Metabyte Registered Trademarks in Class 35 and Class 42
Registration Numbers: 4465720 and 4465722

# United States of America

## United States Patent and Trademark Office

# Metabyte

**Reg. No. 4,465,720**

**Registered Jan. 14, 2014**

**Int. Cls.: 35 and 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

METABYTE, INC. (CALIFORNIA CORPORATION)
SUITE 200
39350 CIVIC CENTER DRIVE
FREMONT, CA 94538

FOR: BUSINESS MANAGEMENT CONSULTANCY AS WELL AS DEVELOPMENT OF PROCESSES FOR THE ANALYSIS AND THE IMPLEMENTATION OF STRATEGY PLANS AND MANAGEMENT PROJECTS; OUTSOURCING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-22-1993; IN COMMERCE 7-27-1993.

FOR: BUSINESS TECHNOLOGY SOFTWARE CONSULTATION SERVICES; COMPUTER PROJECT MANAGEMENT SERVICES; COMPUTER SOFTWARE CONSULTANCY; COMPUTER SOFTWARE CONSULTING; COMPUTER SOFTWARE DEVELOPMENT; COMPUTER SOFTWARE DEVELOPMENT AND COMPUTER PROGRAMMING DEVELOPMENT FOR OTHERS; CONSULTING IN THE FIELD OF IT PROJECT MANAGEMENT; DESIGN AND DEVELOPMENT OF COMPUTER SOFTWARE; DEVELOPING COMPUTER SOFTWARE; INFORMATION TECHNOLOGY CONSULTING SERVICES; RESEARCH SERVICES IN THE FIELD OF INFORMATION AND TELECOMMUNICATIONS TECHNOLOGY; TECHNICAL CONSULTING SERVICES IN THE FIELDS OF DATACENTER ARCHITECTURE, PUBLIC AND PRIVATE CLOUD COMPUTING SOLUTIONS, AND EVALUATION AND IMPLEMENTATION OF INTERNET TECHNOLOGY AND SERVICES; TECHNOLOGICAL PLANNING AND CONSULTING SERVICES IN THE FIELD OF COMPUTER SOFTWARE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-22-1993; IN COMMERCE 7-27-1993.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-948,552, FILED 6-3-2013.

ELIZABETH JACKSON, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# METABYTE

**Reg. No. 4,465,722**

**Registered Jan. 14, 2014**

**Int. Cls.: 35 and 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

METABYTE, INC. (CALIFORNIA CORPORATION)
SUITE 200
39350 CIVIC CENTER DRIVE
FREMONT, CA 94538

FOR: BUSINESS MANAGEMENT CONSULTANCY AS WELL AS DEVELOPMENT OF PROCESSES FOR THE ANALYSIS AND THE IMPLEMENTATION OF STRATEGY PLANS AND MANAGEMENT PROJECTS; OUTSOURCING SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-22-1993; IN COMMERCE 7-27-1993.

FOR: BUSINESS TECHNOLOGY SOFTWARE CONSULTATION SERVICES; COMPUTER PROJECT MANAGEMENT SERVICES; COMPUTER SOFTWARE CONSULTANCY; COMPUTER SOFTWARE CONSULTING; COMPUTER SOFTWARE DEVELOPMENT; COMPUTER SOFTWARE DEVELOPMENT AND COMPUTER PROGRAMMING DEVELOPMENT FOR OTHERS; CONSULTING IN THE FIELD OF IT PROJECT MANAGEMENT; DESIGN AND DEVELOPMENT OF COMPUTER SOFTWARE; DEVELOPING COMPUTER SOFTWARE; INFORMATION TECHNOLOGY CONSULTING SERVICES; RESEARCH SERVICES IN THE FIELD OF INFORMATION AND TELECOMMUNICATIONS TECHNOLOGY; TECHNICAL CONSULTING SERVICES IN THE FIELDS OF DATACENTER ARCHITECTURE, PUBLIC AND PRIVATE CLOUD COMPUTING SOLUTIONS, AND EVALUATION AND IMPLEMENTATION OF INTERNET TECHNOLOGY AND SERVICES; TECHNOLOGICAL PLANNING AND CONSULTING SERVICES IN THE FIELD OF COMPUTER SOFTWARE, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-22-1993; IN COMMERCE 7-27-1993.

THE MARK CONSISTS OF THE WORD "METABYTE" DISPLAYED ON A WHITE BACKGROUND BEING SUPERSCRIBED WITH A HORIZONTAL LINE ABOVE IT. ALL THE LETTERS IN THE WORD "METABYTE" ARE DEPICTED IN THE SAME FONT; ALL BEING IN UPPER CASE, BUT FOR THE FIRST LETTER "M".

SER. NO. 85-948,570, FILED 6-3-2013.

ELIZABETH JACKSON, EXAMINING ATTORNEY

*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date).  The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**Exhibit 2**

Metabyte Pending Registration in Class 35 and Class 42

Serial Number: 97456656

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | | Back to Search | 🖶 Print |
|---|---|---|---|---|

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-01-03 23:01:54 EST |
| **Mark:** | METABYTE |

Metabyte

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97456656 | **Application Filing Date:** | Jun. 14, 2022 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** | | LIVE/APPLICATION/Published for Opposition |
| | | A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration. |
| **Status:** | Application has been published for opposition. The opposition period begins on the date of publication. |
| **Status Date:** | Nov. 07, 2023 |
| **Publication Date:** | Nov. 07, 2023 |

## Mark Information

▼ Expand All

| | |
|---|---|
| **Mark Literal Elements:** | METABYTE |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and

- Asterisks *..* identify additional (new) wording in the goods/services.

| For: | Advertising, marketing, and promotional services related to all industries for the purpose of facilitating networking and socializing opportunities for business and employment purposes, Online career and business networking services for working class hourly, and skilled workers to provide career mentorship, to rate skills and experiences of peers, share career successes, suggest career paths within and across industries, Providing networking opportunities for individuals seeking employment; Employment hiring, recruiting, placement, staffing, and career networking services; Providing on-line employment placement services, namely, matching workers and potential employers via a global computer network |
|---|---|

| International Class(es): | 035 - Primary Class | U.S Class(es): | 100, 101, 102 |
|---|---|---|---|
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jun. 30, 2018 | Use in Commerce: | Jun. 30, 2018 |

| For: | Web hosting services, and computer software development in the field of virtual reality, unified communications, and analytics; Providing an on-line network environment that features technology that enables users to share data; Searching and retrieving information, sites, and other resources available on computer networks for others |
|---|---|

| International Class(es): | 042 - Primary Class | U.S Class(es): | 100, 101 |
|---|---|---|---|
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jul. 29, 2005 | Use in Commerce: | Jul. 29, 2005 |

## Basis Information (Case Level)

| Filed Use: | Yes | Currently Use: | Yes |
|---|---|---|---|
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| Owner Name: | Metabyte, Inc. |
|---|---|
| Owner Address: | 43238 Christy Street |

| | |
|---|---|
| | Fremont, CALIFORNIA UNITED STATES 94538 |
| Legal Entity Type: CORPORATION | State or Country Where Organized: CALIFORNIA |

## ▼ Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Ashok Tankha | Docket Number: | Metabyte_TM5 |
| Attorney Primary Email Address: | ash@ipprocurement.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | Ashok Tankha |
| | 36 GREENLEIGH DRIVE |
| | SEWELL, NEW JERSEY UNITED STATES 08080 |
| Phone: | 856-266-5145 |
| Correspondent e-mail: | ash@ipprocurement.com  docketing1@ipprocurement.com |
| Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## ▼ Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 07, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 07, 2023 | PUBLISHED FOR OPPOSITION | |
| Oct. 18, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 03, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 28, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Sep. 28, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Sep. 28, 2023 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Jun. 28, 2023 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Jun. 28, 2023 | FINAL REFUSAL E-MAILED | |
| Jun. 28, 2023 | FINAL REFUSAL WRITTEN | |

| | |
|---|---|
| Jun. 26, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Jun. 26, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jun. 24, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Mar. 24, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Mar. 24, 2023 | NON-FINAL ACTION E-MAILED |
| Mar. 24, 2023 | NON-FINAL ACTION WRITTEN |
| Mar. 20, 2023 | ASSIGNED TO EXAMINER |
| Oct. 21, 2022 | PRELIMINARY/VOLUNTARY AMENDMENT - ENTERED |
| Oct. 20, 2022 | ASSIGNED TO LIE |
| Sep. 09, 2022 | TEAS VOLUNTARY AMENDMENT RECEIVED |
| Jun. 27, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jun. 17, 2022 | NEW APPLICATION ENTERED |

## ▼ TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | HETZEL, DANNEAN | **Law Office Assigned:** | LAW OFFICE 106 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Oct. 03, 2023 |

## ▼ Assignment Abstract Of Title Information - None recorded

## ▼ Proceedings - None recorded

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

### Serial Number: 97456656
### Filing Date: 06/14/2022

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97456656 |
| **MARK INFORMATION** | |
| *MARK | Metabyte |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | Metabyte |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Metabyte, Inc. |
| *MAILING ADDRESS | 43238 Christy Street |
| *CITY | Fremont |
| *STATE<br>(Required for U.S. applicants) | California |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | 94538 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | California |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Downloadable video game software, Downloadable computer game software, Downloadable virtual reality game software |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/16/1999 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/16/1999 |
| SPECIMEN FILE NAME(S) | |
| | SPE0-24067400734778103-20 220614075009864114 _._Meta |

| | |
|---|---|
| **ORIGINAL PDF FILE** | byte_class_09.pdf |
| **CONVERTED PDF FILE(S)** (5 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\974\566\97456656\xml1\ APP0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\974\566\97456656\xml1\ APP0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\974\566\97456656\xml1\ APP0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\974\566\97456656\xml1\ APP0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\974\566\97456656\xml1\ APP0007.JPG |
| **SPECIMEN DESCRIPTION** | Webpage where the product is displayed for free download |
| **WEBPAGE URL** | https://www.metabyte.com/?section=virtual-reality-product |
| **WEBPAGE DATE OF ACCESS** | 06/14/2022 |
| **INTERNATIONAL CLASS** | 028 |
| ***IDENTIFICATION** | Joysticks for video games; Player-operated electronic controllers for electronic video game machines; Headset and hand held units for playing video games other than those adapted for use with an external display screen or monitor; Video game interactive hand held remote controls for playing electronic games, Game controllers for computer games |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 09/30/1998 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 09/30/1998 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\974\566\97456656\xml1 \ APP0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\974\566\97456656\xml1 \ APP0009.JPG |
| **SPECIMEN DESCRIPTION** | A product image displaying the mark. |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 035 |
| ***IDENTIFICATION** | Advertising, marketing and promotional services related to all industries for the purpose of facilitating networking and socializing opportunities for business purposes; On-line professional networking services; Providing networking opportunities for individuals seeking employment; Employment hiring, recruiting, placement, staffing and career networking services; Providing on-line employment placement services, namely, matching resumes and potential employers via a global computer network. |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 06/22/1993 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 06/22/1993 |
| **SPECIMEN FILE NAME(S)** | |

| ORIGINAL PDF FILE | SPE0-24067400734778103-20 220614075009864114_._Metabyte___Class35.pdf |
|---|---|
| CONVERTED PDF FILE(S) (3 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\974\566\97456656\xml1\ APP0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\974\566\97456656\xml1\ APP0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\974\566\97456656\xml1\ APP0012.JPG |
| ORIGINAL PDF FILE | SPE0-24067400734778103-20 220614075009864114_._Metabyte___class_45.pdf |
| CONVERTED PDF FILE(S) (3 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\974\566\97456656\xml1\ APP0013.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\974\566\97456656\xml1\ APP0014.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\974\566\97456656\xml1\ APP0015.JPG |
| SPECIMEN DESCRIPTION | Webpages displaying the mark and advertising the services |
| WEBPAGE URL | https://www.metabyte.com/?section=staffing |
| WEBPAGE DATE OF ACCESS | 06/14/2022 |
| WEBPAGE URL | https://www.metabyte.com/?section=teamanics |
| WEBPAGE DATE OF ACCESS | 06/14/2022 |
| INTERNATIONAL CLASS | 042 |
| *IDENTIFICATION | Web hosting services and virtual reality development software; Providing an on-line network environment that features technology that enables users to share data; Searching and retrieving information, sites, and other resources available on computer networks for others; Computer services, namely, creating an on-line community for registered users to {provide career mentorship, to rate skills and experience of peers, recruitment} |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 07/29/2005 |
| FIRST USE IN COMMERCE DATE | At least as early as 07/29/2005 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-24067400734778103-20 220614075009864114_._Metabyte___42.pdf |
| CONVERTED PDF FILE(S) (3 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\974\566\97456656\xml1\ APP0016.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\974\566\97456656\xml1\ APP0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\974\566\97456656\xml1\ APP0018.JPG |
| ORIGINAL PDF FILE | SPE0-24067400734778103-20 220614075009864114_._Metabyte___42_Virtual_Reality.pdf |
| | \\TICRS\EXPORT18\IMAGEOUT |

| CONVERTED PDF FILE(S)<br>(4 pages) | \\TICRS\EXPORT18\IMAGEOUT<br>18\974\566\97456656\xml1\ APP0019.JPG |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\974\566\97456656\xml1\ APP0020.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\974\566\97456656\xml1\ APP0021.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\974\566\97456656\xml1\ APP0022.JPG |
| ORIGINAL PDF FILE | SPE0-24067400734778103-20 220614075009864114_._Meta<br>byte___class_42_software_ services.pdf |
| CONVERTED PDF FILE(S)<br>(4 pages) | \\TICRS\EXPORT18\IMAGEOUT<br>18\974\566\97456656\xml1\ APP0023.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\974\566\97456656\xml1\ APP0024.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\974\566\97456656\xml1\ APP0025.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\974\566\97456656\xml1\ APP0026.JPG |
| SPECIMEN DESCRIPTION | Webpages displaying the mark and advertising the services. |
| WEBPAGE URL | https://www.metabyte.com/?section=hotdoodle-web |
| WEBPAGE DATE OF ACCESS | 06/14/2022 |
| WEBPAGE URL | https://www.metabyte.com/?section=virtual-reality-software |
| WEBPAGE DATE OF ACCESS | 06/14/2022 |
| WEBPAGE URL | https://www.metabyte.com/?section=soa-and-web-serices |
| WEBPAGE DATE OF ACCESS | 06/14/2022 |
| INTERNATIONAL CLASS | 045 |
| *IDENTIFICATION | Online networking services for working class or hourly workers to provide career mentorship, to rate skills and experience of peers, share career successes, suggest career paths within and across industries. |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 06/30/2018 |
| FIRST USE IN COMMERCE DATE | At least as early as 06/30/2018 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-1-24067400734778103- 20220614075009864114_._Me<br>tabyte___class_45.pdf |
| CONVERTED PDF FILE(S)<br>(3 pages) | \\TICRS\EXPORT18\IMAGEOUT<br>18\974\566\97456656\xml1\ APP0027.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\974\566\97456656\xml1\ APP0028.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\974\566\97456656\xml1\ APP0029.JPG |
| SPECIMEN DESCRIPTION | Webpage displaying the mark and advertising the services. |

| WEBPAGE URL | https://www.metabyte.com/?section=teamanics |
|---|---|
| WEBPAGE DATE OF ACCESS | 06/14/2022 |

## ATTORNEY INFORMATION

| NAME | Ashok Tankha |
|---|---|
| ATTORNEY DOCKET NUMBER | Metabyte_TM5 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| STREET | 36 Greenleigh Drive |
| CITY | Sewell |
| STATE | New Jersey |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 08080 |
| PHONE | 856-266-5145 |
| EMAIL ADDRESS | ash@ipprocurement.com |

## CORRESPONDENCE INFORMATION

| NAME | Ashok Tankha |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ash@ipprocurement.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | ash_tankha@yahoo.com |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS Standard |
|---|---|
| NUMBER OF CLASSES | 5 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 1750 |
| *TOTAL FEES PAID | 1750 |

## SIGNATURE INFORMATION

| SIGNATURE | /a tankha/ |
|---|---|
| SIGNATORY'S NAME | Ashok Tankha |
| SIGNATORY'S POSITION | Attorney of record, South Carolina bar member |
| SIGNATORY'S PHONE NUMBER | 856-266-5145 |
| DATE SIGNED | 06/14/2022 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 97456656**
**Filing Date: 06/14/2022**

## To the Commissioner for Trademarks:

**MARK:** Metabyte (Standard Characters, see mark)
The literal element of the mark consists of Metabyte. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Metabyte, Inc., a corporation of California, having an address of

    43238 Christy Street
    Fremont, California 94538
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Downloadable video game software, Downloadable computer game software, Downloadable virtual reality game software

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/16/1999, and first used in commerce at least as early as 01/16/1999, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Webpage where the product is displayed for free download.

**Original PDF file:**
SPE0-24067400734778103-20 220614075009864114_._Meta byte_class_09.pdf
**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Webpage URL: https://www.metabyte.com/?section=virtual-reality-product
Webpage Date of Access: 06/14/2022

International Class 028:  Joysticks for video games; Player-operated electronic controllers for electronic video game machines; Headset and hand held units for playing video games other than those adapted for use with an external display screen or monitor; Video game interactive hand held remote controls for playing electronic games, Game controllers for computer games

In International Class 028, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/30/1998, and first used in commerce at least as early as 09/30/1998, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) A product image displaying the mark..
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 035:  Advertising, marketing and promotional services related to all industries for the purpose of facilitating networking and socializing opportunities for business purposes; On-line professional networking services; Providing networking opportunities for individuals seeking employment; Employment hiring, recruiting, placement, staffing and career networking services; Providing on-line employment placement services, namely, matching resumes and potential employers via a global computer network.

In International Class 035, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 06/22/1993, and first used in commerce at least as early as 06/22/1993, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Webpages displaying the mark and advertising the services.

**Original PDF file:**
SPE0-24067400734778103-20 220614075009864114_._Meta byte___Class35.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3
**Original PDF file:**
SPE0-24067400734778103-20 220614075009864114_._Meta byte___class_45.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3
Webpage URL: https://www.metabyte.com/?section=staffing
Webpage Date of Access: 06/14/2022
Webpage URL: https://www.metabyte.com/?section=teamanics
Webpage Date of Access: 06/14/2022

International Class 042:  Web hosting services and virtual reality development software; Providing an on-line network environment that features technology that enables users to share data; Searching and retrieving information, sites, and other resources available on computer networks for others; Computer services, namely, creating an on-line community for registered users to {provide career mentorship, to rate skills and experience of peers, recruitment}

In International Class 042, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 07/29/2005, and first used in commerce at least as early as 07/29/2005, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Webpages displaying the mark and advertising the services..

**Original PDF file:**
SPE0-24067400734778103-20 220614075009864114_._Meta byte___42.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3
**Original PDF file:**
SPE0-24067400734778103-20 220614075009864114_._Meta byte___42_Virtual_Reality.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
**Original PDF file:**
SPE0-24067400734778103-20 220614075009864114_._Meta byte___class_42_software_ services.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Webpage URL: https://www.metabyte.com/?section=hotdoodle-web
Webpage Date of Access: 06/14/2022
Webpage URL: https://www.metabyte.com/?section=virtual-reality-software
Webpage Date of Access: 06/14/2022
Webpage URL: https://www.metabyte.com/?section=soa-and-web-serices
Webpage Date of Access: 06/14/2022

International Class 045:  Online networking services for working class or hourly workers to provide career mentorship, to rate skills and

experience of peers, share career successes, suggest career paths within and across industries.

In International Class 045, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 06/30/2018, and first used in commerce at least as early as 06/30/2018, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Webpage displaying the mark and advertising the services..

**Original PDF file:**
SPE0-1-24067400734778103- 20220614075009864114_._Me tabyte___class_45.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3
Webpage URL: https://www.metabyte.com/?section=teamanics
Webpage Date of Access: 06/14/2022


The owner's/holder's proposed attorney information: Ashok Tankha. Ashok Tankha, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
   36 Greenleigh Drive
   Sewell, New Jersey 08080
   United States
   856-266-5145(phone)
   ash@ipprocurement.com
The docket/reference number is Metabyte_TM5.
Ashok Tankha submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
   Ashok Tankha
   PRIMARY EMAIL FOR CORRESPONDENCE: ash@ipprocurement.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): ash_tankha@yahoo.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $1750 has been submitted with the application, representing payment for 5 class(es).

<p align="center">**Declaration**</p>

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

   **And/Or**
   **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the

mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /a tankha/   Date: 06/14/2022
Signatory's Name: Ashok Tankha
Signatory's Position: Attorney of record, South Carolina bar member
Signatory's Phone Number: 856-266-5145
Signature method: Signed directly within the form
Payment Sale Number: 97456656
Payment Accounting Date: 06/14/2022

Serial Number: 97456656
Internet Transmission Date: Tue Jun 14 09:34:37 ET 2022
TEAS Stamp: USPTO/BAS-XXXX:XXXX:XX:XXXX::XXX-2022061
4093437293046-97456656-8203a3d2f9bf9c2b4
bc55c34ffd98dba2a135cdd3bc2a46503c092a23
bbf8a-CC-34361598-20220614075009864114

Metabyte

 (?section=home)

CONTACT US (?section=contact)  |  CAREERS (?section=careers)  |  HALL OF FAME (?section=hall-of-fame)

## METABYTE® VIRTUAL REALITY PRODUCTS

Let the pioneer of virtual reality usher you into Metaverse with a truly immersive experience for game playing, collaboration, or meetings in digital worlds.

## Legacy Products



**Metabyte eyeSCREAM™ Original**

Take your game play experience to new heights with this stereoscopic 3D virtual reality eyewear system. Play over 160 Direct3D, OpenGL, and Glide™ gaming titles.

**$129 Sold out**



**Downloadable Software - Metabyte eyeSCREAM™, RE2Flex™, Gaming Pack**

Software for Metabyte eyeSCREAM and eyeSCREAM Light, which provides a low cost way to experience virtual reality with Red and Blue Anaglyph glasses. Software works with Metabyte eyeSCREAM VR glasses or any anaglyph glasses so long as your PC supports a Metabyte Wicked3D card or the 3Dfx Voodoo$^2$ chipset.

☁ **Free Download (https://drive.google.com/file/d/1rxz7tikPhsgNASNlUcdXUrAv0Ju9M6xv/view?usp=sharing)**

## Metabyte eyeSCREAM™ II for Metaverse



Upgraded technology. Virtual Reality and Augmented Reality Headset.

**Coming Soon**

**Services**

→ Overview (?section=services)
→ Analytics and Big Data (?section=solutions-analytics-and-big-data)
→ B2B and MFT (?section=solutions-b2b-and-managed-file-transfer)
→ Cloud (?section=solutions-cloud-services)
→ Enterprise Mobility (?section=solutions-enterprise-mobility)
→ Infrastructure Management (?section=solutions-infrastructure-management)
→ Internet of Things (IoT) (?section=solutions-iot)
→ Open Source Development (?section=open-source-development)
→ SOA and Web Services (?section=soa-and-web-serices)
→ Supply Chain Management (?section=solutions-supply-chain-management)
→ Unified Communications (?section=solutions-unified-communications)
→ Virtual Reality Services (?section=virtual-reality-software)

**Industries**

→ Overview (?section=industries)
→ Broadcast and Communications (?section=broadcast-and-communications)
→ Consumer Products (?section=consumer-products)
→ Food Products (?section=food-products)
→ Healthcare (?section=healthcare)
→ High-Tech (?section=high-tech)
→ Life Sciences (?section=life-sciences)
→ Logistics and Transportation (?section=logistics-and-transportation)
→ Media and Entertainment (?section=industries-media-and-entertainment)
→ Retail (?section=industries-retail)

**Our Clients**

→ Our Clients (?section=partners)

**About Metabyte**

→ Overview
(?section=about) → History
(?section=history) → Innovation Hall of Fame (?section=hall-of-fame)

Metabyte | Making Innovation Work

→ Making Innovation Work (?section=making-innovation-work)
→ Metabyte Ventures (?section=metabyte-ventures)
→ Contact Us (?section=contact)

**Careers**

→ Overview (?section=careers)
→ President's Message (?section=presidents-message)
→ Job Opportunities (https://www.dice.com/jobs?q=metabyte)

**Terms of Use**

→ Terms of Use (?section=terms_of_use)

© 1993 - 2022 Metabyte, Inc. All Rights Reserved. Terms of Use (?section=terms_of_use)  (http://www.linkedin.com/company/44840?trk=tyah)

Created with HotDoodle® (http://www.hotdoodle.com)





 (?section=home)

CONTACT US (?section=contact)   |   CAREERS (?section=careers)   |   HALL OF FAME (?section=hall-of-fame)

## STAFFING

Metabyte's staffing services grew out of our own internal recruiting and
hiring operations that we used to staff our project teams. Our outsourcing
and product development clients often had a need for staffing services
and a desire to work with a single vendor.

## Leading Staffing Services Provider

Today, Metabyte is a leading provider of staffing services to multiple industries such
as high technology and life sciences.





## Personalized Services for your needs

We provide personalized services that include a consultative account manger assigned to you. We can also work with your managed service providers, and we are partners with leading firms like Manpower, Kelly, and Adecco.

Metabyte | Making Innovation Work

### Services

→ Overview (?section=services)
→ Analytics and Big Data (?section=solutions-analytics-and-big-data)
→ B2B and MFT (?section=solutions-b2b-and-managed-file-transfer)
→ Cloud (?section=solutions-cloud-services)
→ Enterprise Mobility (?section=solutions-enterprise-mobility)
→ Infrastructure Management (?section=solutions-infrastructure-management)
→ Internet of Things (IoT) (?section=solutions-iot)
→ Open Source Development (?section=open-source-development)
→ SOA and Web Services (?section=soa-and-web-serices)
→ Supply Chain Management (?section=solutions-supply-chain-management)
→ Unified Communications (?section=solutions-unified-communications)
→ Virtual Reality Services (?section=virtual-reality-software)

### Industries

→ Overview (?section=industries)
→ Broadcast and Communications (?section=broadcast-and-communications)
→ Consumer Products (?section=consumer-products)
→ Food Products (?section=food-products)
→ Healthcare (?section=healthcare)
→ High-Tech (?section=high-tech)
→ Life Sciences (?section=life-sciences)
→ Logistics and Transportation (?section=logistics-and-transportation)
→ Media and Entertainment (?section=industries-media-and-entertainment)
→ Retail (?section=industries-retail)

### Our Clients

→ Our Clients (?section=partners)

### About Metabyte

→ Overview
(?section=about)→ History
(?section=history)→ Innovation Hall of Fame (?section=hall-of-fame)
→ Making Innovation Work (?section=making-innovation-work)
→ Metabyte Ventures (?section=metabyte-ventures)
→ Contact Us (?section=contact)

### Careers

→ Overview (?section=careers)
→ President's Message (?section=presidents-message)
→ Job Opportunities (https://www.dice.com/jobs?q=metabyte)

### Terms of Use

→ Terms of Use (?section=terms_of_use)

---

© 1993 - 2022 Metabyte, Inc. All Rights Reserved. Terms of Use (?section=terms_of_use)   ▣ (http://www.linkedin.com/company/44840?trk=tyah)

Created with HotDoodle® (http://www.hotdoodle.com)



CONTACT US (?section=contact)  |  CAREERS (?section=careers)  |  HALL OF FAME (?section=hall-of-fame)



# METABYTE®
# TEAMANICS™

Teamanics is a peer ratings based social career platform by Metabyte for everyday workers. Job seekers build a reputation across jobs to move up or across industries.

## About Metabyte Teamanics

Metabyte's Teamanics is a disruptive service that helps workers build a reputation for their skills with ratings from their social network of current and past peers. We are transforming the $50 billion hiring industry of 53 million workers by using AI and peer ratings to replace manual job matching. Our skills-based SaaS platform revolutionizes general workforce hiring, solves labor shortages, and creates career advancements for everyday workers. We predict skill adjacencies to help people move up (e.g., a $15 barista moved up to a $20 medical receptionist job and entered healthcare).

## History and Need

After a successful history in staffing & tech services, Metabyte created Teamanics as a way to provide career paths to the population of everyday workers. This is a large workforce of hourly workers who change jobs often but receive minimal career advice. With each job change they seem to start over. Many have transferable skills but the traditional job boards and job matching systems do not match them.

### Request A Demo

First Name*:

Last Name*:

Email*:

Metabyte | Making Innovation Work

**Explore Job Openings > (?section=careers)**

Phone*:

REQUEST A DEMO

**Services**

→ Overview (?section=services)
→ Analytics and Big Data (?section=solutions-analytics-and-big-data)
→ B2B and MFT (?section=solutions-b2b-and-managed-file-transfer)
→ Cloud (?section=solutions-cloud-services)
→ Enterprise Mobility (?section=solutions-enterprise-mobility)
→ Infrastructure Management (?section=solutions-infrastructure-management)
→ Internet of Things (IoT) (?section=solutions-iot)
→ Open Source Development (?section=open-source-development)
→ SOA and Web Services (?section=soa-and-web-serices)
→ Supply Chain Management (?section=solutions-supply-chain-management)
→ Unified Communications (?section=solutions-unified-communications)
→ Virtual Reality Services (?section=virtual-reality-software)

**Industries**

→ Overview (?section=industries)
→ Broadcast and Communications (?section=broadcast-and-communications)
→ Consumer Products (?section=consumer-products)
→ Food Products (?section=food-products)
→ Healthcare (?section=healthcare)
→ High-Tech (?section=high-tech)
→ Life Sciences (?section=life-sciences)
→ Logistics and Transportation (?section=logistics-and-transportation)
→ Media and Entertainment (?section=industries-media-and-entertainment)
→ Retail (?section=industries-retail)

**Our Clients**

→ Our Clients (?section=partners)

**About Metabyte**

→ Overview (?section=about) → History (?section=history)→ Innovation Hall of Fame (?section=hall-of-fame)
→ Making Innovation Work (?section=making-innovation-work)
→ Metabyte Ventures (?section=metabyte-ventures)
→ Contact Us (?section=contact)

**Careers**

→ Overview (?section=careers)
→ President's Message (?section=presidents-message)
→ Job Opportunities (https://www.dice.com/jobs?q=metabyte)

**Terms of Use**

→ Terms of Use (?section=terms_of_use)

© 1993 - 2022 Metabyte, Inc. All Rights Reserved. Terms of Use (?section=terms_of_use)  (http://www.linkedin.com/company/44840?trk=tyah)

Created with HotDoodle® (http://www.hotdoodle.com)



CONTACT US (?section=contact)   |   CAREERS (?section=careers)   |   HALL
OF FAME (?section=hall-of-fame)

# METABYTE® HOTDOODLE®

Metabyte's HotDoodle is a full service web design offering that combines innovative
technology with 1-on-1 service from expert web designers. It provides the easiest way to
have a custom website made and to keep it updated over time.

### About Metabyte HotDoodle

Metabyte's HotDoodle provides website making services for businesses and a marketplace for freelancers, who we call
PenPals. It solves problems facing millions of businesses who struggle to have a website. HotDoodle is a one-stop-shop that
provides everything a business owner needs including design services, a domain name, hosting, hacker protection, and search
engine optimization.

### Why HotDoodle

HotDoodle provides you everything to make, update and enhance your website. HotDoodle not only combines an easy
website builder, world class hosting, and a domains management service, but also provides a marketplace filled with diverse
skills at your fingertips. HotDoodle is for small businesses, professionals, organizations, or anyone who needs an effective web

6/14/22, 5:39 PM                                Metabyte | Making Innovation Work

presence easily and affordably.

  

  

## Start with a Free Consultation

Name*:

Email*:

Phone*:

Company/Website:

Schedule My Free Consultation

**Services**

→ Overview (?section=services)
→ Analytics and Big Data (?
section=solutions-analytics-and-
big-data)
→ B2B and MFT (?
section=solutions-b2b-and-
managed-file-transfer)
→ Cloud (?section=solutions-cloud-
services)
→ Enterprise Mobility (?
section=solutions-enterprise-
mobility)
→ Infrastructure Management (?
section=solutions-infrastructure-
management)
→ Internet of Things (IoT) (?
section=solutions-iot)
→ Open Source Development (?
section=open-source-
development)
→ SOA and Web Services (?
section=soa-and-web-serices)
→ Supply Chain Management (?
section=solutions-supply-chain-
management)
→ Unified Communications (?
section=solutions-unified-
communications)
→ Virtual Reality Services (?
section=virtual-reality-software)

**Industries**

→ Overview (?section=industries)
→ Broadcast and Communications
(?section=broadcast-and-
communications)
→ Consumer Products (?
section=consumer-products)
→ Food Products (?section=food-
products)
→ Healthcare (?
section=healthcare)
→ High-Tech (?section=high-tech)
→ Life Sciences (?section=life-
sciences)
→ Logistics and Transportation (?
section=logistics-and-
transportation)
→ Media and Entertainment (?
section=industries-media-and-
entertainment)
→ Retail (?section=industries-
retail)

**Our Clients**

→ Our Clients (?section=partners)

**About Metabyte**

→ Overview
(?section=about) → History
(?section=history) → Innovation
Hall of Fame (?section=hall-of-
fame)
→ Making Innovation Work (?
section=making-innovation-work)
→ Metabyte Ventures (?
section=metabyte-ventures)
→ Contact Us (?section=contact)

**Careers**

→ Overview (?section=careers)
→ President's Message (?
section=presidents-message)
→ Job Opportunities
(https://www.dice.com/jobs?
q=metabyte)

**Terms of Use**

→ Terms of Use (?
section=terms_of_use)

---

© 1993 - 2022 Metabyte, Inc. All Rights Reserved. Terms of Use (?section=terms_of_use)   (http://www.linkedin.com/company/44840?trk=tyah)

Created with HotDoodle® (http://www.hotdoodle.com)



## VIRTUAL REALITY SOFTWARE

We design and develop virtual reality software to help businesses create virtual worlds for immersive interaction with consumers, and we help consumers create, maintain, and enhance their digital identities.

## Overview

Metabyte has been a pioneer of virtual reality software and products since 1998 when we developed and started selling 3D stereoscopic virtual reality eyewear system called eyeSCREAM™ (?section=virtual-reality-products). For years, Metabyte has provided an immersive video gaming experience to consumers who have raced cars, played shooting games, fought battles, or collaborated in virtual spaces.

Today, Metabyte is ushering businesses and consumers into the immersive digital environments of Metaverse by integrating virtual reality (VR), augmented reality (AR), haptics technology, and blockchain. Our products and services include software design and development, consulting, integration with 3rd party products, and Metabyte's eyeSCREAM II (?section=virtual-reality-products) headset system.

## Our areas of expertise

6/14/22, 5:40 PM

Metabyte | Making Innovation Work



Gaming

Product Experience

Team Collaboration

Events

Marketing

Advertising



## Industries

- FOOD PRODUCTS (?section=food-products)
- HIGH-TECH (?section=high-tech)
- MEDIA AND ENTERTAINMENT (?section=industries-media-and-entertainment)
- RETAIL (?section=industries-retail)
- BROADCAST AND COMMUNICATIONS (?section=broadcast-and-communications)
- GOVERNMENT (?section=government)
- LIFE SCIENCES (?section=life-sciences)
- CONSUMER PRODUCTS (?section=consumer-products)
- HEALTHCARE (?section=healthcare)

☑ LOGISTICS AND TRANSPORTATION (?section=logistics-and-transportation)



(?section=product-development)
(?section=product-development)

### Product Development (?section=product-development)

ection=product-development)
on=product-development)
on=product-development)



(?section=managed-services)
(?section=managed-services)

### Managed Services (section=managed-services)

(?section=managed-services)
ection=managed-services)
ection=managed-services)

(?section=outsourcing)
(?section=outsourcing)

### Outsourcing (?section=outsourcing)

(?section=outsourcing)
on=outsourcing)
on=outsourcing)
on=outsourcing)

(?section=staffing)
(?section=staffing)

### Staffing (?section=staffing)

(?section=staffing)
ection=staffing)
ection=staffing)
ection=staffing)

**Services**

→ Overview (?section=services)
→ Analytics and Big Data (?section=solutions-analytics-and-big-data)
→ B2B and MFT (?section=solutions-b2b-and-managed-file-transfer)
→ Cloud (?section=solutions-cloud-services)
→ Enterprise Mobility (?section=solutions-enterprise-mobility)
→ Infrastructure Management (?section=solutions-infrastructure-management)
→ Internet of Things (IoT) (?section=solutions-iot)

**Industries**

→ Overview (?section=industries)
→ Broadcast and Communications (?section=broadcast-and-communications)
→ Consumer Products (?section=consumer-products)
→ Food Products (?section=food-products)
→ Healthcare (?section=healthcare)
→ High-Tech (?section=high-tech)
→ Life Sciences (?section=life-sciences)
→ Logistics and Transportation (?section=logistics-and-transportation)
→ Media and Entertainment (?

**Our Clients**

→ Our Clients (?section=partners)

**About Metabyte**

→ Overview (?section=about) → History (?section=history) → Innovation Hall of Fame (?section=hall-of-fame)
→ Making Innovation Work (?section=making-innovation-work)
→ Metabyte Ventures (?section=metabyte-ventures)
→ Contact Us (?section=contact)

**Careers**

→ Overview (?section=careers)
→ President's Message (?section=presidents-message)
→ Job Opportunities (https://www.dice.com/jobs?q=metabyte)

**Terms of Use**

→ Terms of Use (?section=terms_of_use)

Metabyte | Making Innovation Work

→ Open Source Development (?          section=industries-media-and-
section=open-source-                    entertainment)
development)                            → Retail (?section=industries-
→ SOA and Web Services (?              retail)
section=soa-and-web-serices)
→ Supply Chain Management (?
section=solutions-supply-chain-
management)
→ Unified Communications (?
section=solutions-unified-
communications)
→ Virtual Reality Services (?
section=virtual-reality-software)

---

© 1993 - 2022 Metabyte, Inc. All Rights Reserved. Terms of Use (?section=terms_of_use)  (http://www.linkedin.com/company/44840?trk=tyah)

Created with HotDoodle®  (http://www.hotdoodle.com)



(?section=home)
Making Innovation Work

## SOA AND WEB SERVICES

We enable your enterprise applications and business processes to interact with this rapidly changing array of mobile devices, software platforms and wireless networks

### Service Oriented Architecture (SOA) overview

Metabyte has a broad portfolio of capabilities with SOA - spanning integration, processes, operational control, and services. SOA is "simply good design" — resting on a solid foundation of technology and practices that support your organization's journey into the changing world of mobile, social, cloud and big data.

We provide seamless integration, cloud enabled solutions, business analytics, and agility to your internal and 3rd party APIs.

### Web services overview

Web services hold the promise for providing a common standard mechanism for interoperable integration among disparate systems.

Metabyte's web services help businesses share information with consumers and other businesses. We help businesses create global value chains to dynamically integrate their processes. We help build functionality and interoperation ranging from basic transactions to the most complicated business and scientific processes.

## Our areas of expertise:



## Technologies we use:



Metabyte | Making Innovation Work



## Industries

- ☑ FOOD PRODUCTS (?section=food-products)
- ☑ HIGH-TECH (?section=high-tech)
- ☑ MEDIA AND ENTERTAINMENT (?section=industries-media-and-entertainment)
- ☑ RETAIL (?section=industries-retail)
- ☑ BROADCAST AND COMMUNICATIONS (?section=broadcast-and-communications)
- ☑ GOVERNMENT (?section=government)
- ☑ LIFE SCIENCES (?section=life-sciences)
- ☑ CONSUMER PRODUCTS (?section=consumer-products)
- ☑ HEALTHCARE (?section=healthcare)
- ☑ LOGISTICS AND TRANSPORTATION (?section=logistics-and-transportation)



(?section=product-development)
(?section=product-development)

Product Development (?section=product-development)



ection=product-development)
on=product-development)
on=product-development)
on=product-development)

(?section=managed-services)
(?section=managed-services)

Managed Services   ( section=managed-services)

(?section=managed-services)
section=managed-services)
section=managed-services)
section=managed-services)

(?section=outsourcing)
(?section=outsourcing)

Outsourcing   (?section=outsourcing)

(?section=outsourcing)
on=outsourcing)
on=outsourcing)
on=outsourcing)



(?section=staffing)
(?section=staffing)

Staffing   (?section=staffing)

(?section=staffing)
ection=staffing)
ection=staffing)

6/14/22, 6:37 PM

Metabyte | Making Innovation Work

**Services**

→ Overview (?section=services)
→ Analytics and Big Data (?
section=solutions-analytics-and-
big-data)
→ B2B and MFT (?
section=solutions-b2b-and-
managed-file-transfer)
→ Cloud (?section=solutions-cloud-
services)
→ Enterprise Mobility (?
section=solutions-enterprise-
mobility)
→ Infrastructure Management (?
section=solutions-infrastructure-
management)
→ Internet of Things (IoT) (?
section=solutions-iot)
→ Open Source Development (?
section=open-source-
development)
→ SOA and Web Services (?
section=soa-and-web-serices)
→ Supply Chain Management (?
section=solutions-supply-chain-
management)
→ Unified Communications (?
section=solutions-unified-
communications)
→ Virtual Reality Services (?
section=virtual-reality-software)

**Industries**

→ Overview (?section=industries)
→ Broadcast and Communications
(?section=broadcast-and-
communications)
→ Consumer Products (?
section=consumer-products)
→ Food Products (?section=food-
products)
→ Healthcare (?
section=healthcare)
→ High-Tech (?section=high-tech)
→ Life Sciences (?section=life-
sciences)
→ Logistics and Transportation (?
section=logistics-and-
transportation)
→ Media and Entertainment (?
section=industries-media-and-
entertainment)
→ Retail (?section=industries-
retail)

**Our Clients**

→ Our Clients (?section=partners)

**About Metabyte**

→ Overview
(?section=about) → History
(?section=history) → Innovation
Hall of Fame (?section=hall-of-
fame)
→ Making Innovation Work (?
section=making-innovation-work)
→ Metabyte Ventures (?
section=metabyte-ventures)
→ Contact Us (?section=contact)

**Careers**

→ Overview (?section=careers)
→ President's Message (?
section=presidents-message)
→ Job Opportunities
(https://www.dice.com/jobs?
q=metabyte)

**Terms of Use**

→ Terms of Use (?
section=terms_of_use)

---

© 1993 - 2022 Metabyte, Inc. All Rights Reserved. Terms of Use (?section=terms_of_use) 🔗 (http://www.linkedin.com/company/44840?trk=tyah)

Created with HotDoodle® (http://www.hotdoodle.com)

6/14/22, 5:38 PM                                    Metabyte | Making Innovation Work



CONTACT US (?section=contact)  |  CAREERS (?section=careers)  |  HALL
OF FAME (?section=hall-of-fame)



# METABYTE®
# TEAMANICS™

Teamanics is a peer ratings based social career platform by Metabyte for everyday workers. Job seekers build a reputation across jobs to move up or across industries.

## About Metabyte Teamanics

Metabyte's Teamanics is a disruptive service that helps workers build a reputation for their skills with ratings from their social network of current and past peers. We are transforming the $50 billion hiring industry of 53 million workers by using AI and peer ratings to replace manual job matching. Our skills-based SaaS platform revolutionizes general workforce hiring, solves labor shortages, and creates career advancements for everyday workers. We predict skill adjacencies to help people move up (e.g., a $15 barista moved up to a $20 medical receptionist job and entered healthcare).

### History and Need

After a successful history in staffing & tech services, Metabyte created Teamanics as a way to provide career paths to the population of everyday workers. This is a large workforce of hourly workers who change jobs often but receive minimal career advice. With each job change they seem to start over. Many have transferable skills but the traditional job boards and job matching systems do not match them.

### Request A Demo

First Name*:

Last Name*:

Email*:

6/14/22, 5:38 PM                              Metabyte | Making Innovation Work

**Explore Job Openings > (?section=careers)**

Phone*:

REQUEST A DEMO

**Services**

→ Overview (?section=services)
→ Analytics and Big Data (?
section=solutions-analytics-and-
big-data)
→ B2B and MFT (?
section=solutions-b2b-and-
managed-file-transfer)
→ Cloud (?section=solutions-cloud-
services)
→ Enterprise Mobility (?
section=solutions-enterprise-
mobility)
→ Infrastructure Management (?
section=solutions-infrastructure-
management)
→ Internet of Things (IoT) (?
section=solutions-iot)
→ Open Source Development (?
section=open-source-
development)
→ SOA and Web Services (?
section=soa-and-web-serices)
→ Supply Chain Management (?
section=solutions-supply-chain-
management)
→ Unified Communications (?
section=solutions-unified-
communications)
→ Virtual Reality Services (?
section=virtual-reality-software)

**Industries**

→ Overview (?section=industries)
→ Broadcast and Communications
(?section=broadcast-and-
communications)
→ Consumer Products (?
section=consumer-products)
→ Food Products (?section=food-
products)
→ Healthcare (?
section=healthcare)
→ High-Tech (?section=high-tech)
→ Life Sciences (?section=life-
sciences)
→ Logistics and Transportation (?
section=logistics-and-
transportation)
→ Media and Entertainment (?
section=industries-media-and-
entertainment)
→ Retail (?section=industries-
retail)

**Our Clients**

→ Our Clients (?section=partners)

**About Metabyte**

→ Overview
(?section=about) → History
(?section=history)→ Innovation
Hall of Fame (?section=hall-of-
fame)
→ Making Innovation Work (?
section=making-innovation-work)
→ Metabyte Ventures (?
section=metabyte-ventures)
→ Contact Us (?section=contact)

**Careers**

→ Overview (?section=careers)
→ President's Message (?
section=presidents-message)
→ Job Opportunities
(https://www.dice.com/jobs?
q=metabyte)

**Terms of Use**

→ Terms of Use (?
section=terms_of_use)

---

© 1993 - 2022 Metabyte, Inc. All Rights Reserved. Terms of Use (?section=terms_of_use) 🔗 (http://www.linkedin.com/company/44840?trk=tyah)

Metabyte | Making Innovation Work

Created with HotDoodle® (http://www.hotdoodle.com)

**Exhibit 3**

Meta Class 35 Application

Serial Number: 97202614



For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.



| SEARCH | MULTI-SEARCH | ? |

US Serial, Registration, or Reference No ▾    97202614    **Status**    **Documents**

| STATUS | DOCUMENTS | | Back to Search    🖨 Print |

| **Generated on:** | This page was generated by TSDR on 2024-01-03 23:15:10 EST |

| **Mark:** | META |

META

| **US Serial Number:** | 97202614 | **Application Filing Date:** | Jan. 04, 2022 |
| **Register:** | Principal |
| **Mark Type:** | Service Mark |
| **TM5 Common Status Descriptor:** | | LIVE/APPLICATION/Opposition Pending |

The pending trademark application has been examined by the Office and was published for opposition, at which time one or more oppositions were filed but they have not yet been decided.

| **Status:** | An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. |
| **Status Date:** | Oct. 21, 2023 |
| **Publication Date:** | Apr. 25, 2023 |

▼ **Mark Information**    ▼ Expand All

| **Mark Literal Elements:** | META |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |

| | |
|---|---|
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## ▼ Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 083739 | **Foreign Application Filing Date:** | Jul. 08, 2021 |
| **Foreign Application/Registration Country:** | JAMAICA | | |

## ▼ Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Advertising services; Advertising via electronic media; Dissemination of advertising for others via a global computer network; Business advertising services, namely, advertising services for tracking advertising performance, for managing, distributing and serving advertising, for analyzing advertising data, for reporting advertising data, and for optimizing advertising performance; Advertising services, namely, advertising campaign management, targeting, implementation and optimization services for others; Preparation and realization of media and advertising plans and concepts; Design of advertising materials for others; Advertising services, namely, media planning and media buying for others, brand evaluation and brand positioning services for others, and advertising procurement services for others; Ad serving, namely, placing advertisements on websites for others; Advertising, marketing and promoting the goods and services of others by means of providing photo and video equipment at special events; Organizing exhibitions and events in the field of software and hardware development for commercial or advertising purposes; Advertising services, namely, providing classified advertising space via the internet and other communication networks; Compiling of business data in online computer databases and online searchable databases in the field of classified advertisements; Promoting the goods and services of others via computer and communication networks; Promoting the goods and services of others by means of distributing video advertising on via the internet and other communications networks; Providing promotional events for others via live streaming video; Marketing and promotion services; Consulting services in the fields of advertising and marketing; Business consultation regarding marketing activities; Brand strategy consulting services; Business networking services; Employment recruiting services and employment recruiting consultation services; Promoting sales for others by facilitating pre-paid gift card services, namely, issuing gift card certificates that may be redeemed for goods or services; Advertising services for promoting public awareness about charitable, philanthropic, volunteer, public and community service and humanitarian activities; Providing contest and incentive award programs for marketing and advertising purposes to recognize, reward and encourage individuals and groups which engage in self-improvement, self-fulfillment, charitable, philanthropic, volunteer, public and community service and humanitarian activities and sharing of creative work product; Business consultancy services for professionals and businesses in the field of mobile software application development; Organizing, promoting, arranging and conducting special events, exhibitions, and tradeshows for commercial, promotional or advertising purposes; Organizing and conducting special events, business exhibitions, and business expositions for commercial purposes in the interactive entertainment, virtual

reality, consumer electronics and video game entertainment industries; Online retail store services featuring virtual reality and augmented reality hardware and software; Online retail store services featuring virtual reality content and digital media, namely, pre-recorded music, video, images, text, audiovisual works and virtual and augmented reality game software; Operating online marketplaces for sellers of goods and/or services; Business intermediary services in the nature of facilitating the exchange and sale of services and products of third parties via computer and communication networks; Connecting buyers and sellers via an online network environment; Promotional services, namely, providing electronic catalog services featuring a wide variety of consumer goods; Providing telephone directory information via global communications networks; Providing commercial information, namely, user comments concerning business organizations, service providers, and other resources; Marketing research, namely, advertising campaign and consumer preferences research and analysis for others; Market research services; Provision of market research and information services; Business information management, namely, reporting of business information and business analytics in the fields of advertising and marketing; Compiling online business directories featuring the businesses, products and services of others; Promoting the public interest and awareness of issues involving access to the internet for the global population; Association services, namely, promoting the adoption, acceptance and development of open source computer technologies; Organizing business networking events in the field of open source software; Promoting voluntary common industry standards for software development and execution; Conducting business investigations in the field of social media; Consulting services in the field of evaluating social media content for advertising purposes; Business consulting services in the field of social media policies and regulations; Marketing, advertising and promotion services; Business services, namely, business management and consulting services for web-based advertising and marketing services, and advertising services; Market intelligence services; Providing a website featuring an online marketplace for selling and trading virtual goods with other users; Online trading services in which users post requests for products and negotiate transactions via the Internet; Arranging and conducting special events for business purposes; Blockchain as a service, namely, business advice and information in the field of blockchain technology; Provision of electronic appointment and message reminders and notifications; Advertising and information distribution services, namely, providing classified advertising space via the internet and communications networks; Advertising services, namely, targeting and optimization of online advertising for others; Arranging and conducting special events for commercial, promotional or advertising purposes; Association services, namely, promoting that promote the interests of professionals and businesses in the field of mobile software application development; Brand consulting, namely, brand imagery consulting services; Business and advertising services, namely, media planning and media buying for others; Procurement services for others, namely purchasing a wide variety of consumer goods for other businesses; Business networking; Charitable services, namely, promoting public awareness about charitable, philanthropic, volunteer, public and community service and humanitarian activities; Consulting services in the fields of advertising and marketing, namely, customizing advertising and marketing efforts of others; Dissemination of advertising for others via the internet and communication networks; Employment recruiting services; Facilitating the exchange and sale of services and products of third parties via computer and communication networks; Online retail store services featuring virtual reality, mixed reality and augmented reality headsets, games, content and digital media; Online retail store service featuring electronic wearable fitness devices, personal weighing scales, wearable activity trackers, fitness and sports apparel, and accessories for the aforesaid goods; Organizing, promoting and conducting exhibitions, tradeshows and events for business purposes; Promoting the goods and services of others by means of distributing video advertising on the internet and communication networks; Promoting the goods and services of others via the internet and communication networks; Providing online business directories featuring the businesses, products and services of others; Providing online facilities for connecting sellers with buyers; Promotional services for others, namely, providing online facilities for live streaming video of promotional events; Retail and online retail store services featuring software, electronic devices and footwear incorporating sensors that allow consumers to engage in virtual athletic competitions and individual and group fitness classes; Retail and online retail store services featuring fitness coaching, virtual athletic competitions, and individual and group fitness classes; Retail store services featuring electronic wearable fitness devices, personal weighing scales, wearable activity trackers, fitness and sports apparel, and accessories for the aforesaid goods

| International Class(es): | 035 - Primary Class | U.S Class(es): | 100, 101, 102 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

### ▼ Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | Yes | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

### ▼ Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Meta Platforms, Inc. | | |
| **Owner Address:** | 1601 Willow Road<br>Menlo Park, CALIFORNIA UNITED STATES 94025 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

### ▼ Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | NICHOLE DAVIS CHOLLET | | |
| **Attorney Primary Email Address:** | nchollet@ktslaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | NICHOLE DAVIS CHOLLET<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 PEACHTREE STREET, NE<br>SUITE 2800<br>ATLANTA, GEORGIA UNITED STATES 30309 |
| **Phone:** | 404-815-6500 |

| | | | |
|---|---|---|---|
| **Phone:** | 404-815-6500 | **Fax:** | 415-723-7132 |

| Correspondent e-mail: | nchollet@ktslaw.com cgenteman@ktslaw.com jalter@ktslaw.com kteilhaber@ktslaw.com tmadmin@ktslaw.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## ▼ Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 21, 2023 | OPPOSITION INSTITUTED NO. 999999 | 287793 |
| May 22, 2023 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Apr. 25, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 25, 2023 | PUBLISHED FOR OPPOSITION | |
| Apr. 05, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 22, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 21, 2023 | ASSIGNED TO EXAMINER | |
| Jan. 27, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Jan. 26, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Jan. 26, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 27, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 27, 2022 | NON-FINAL ACTION E-MAILED | |
| Jul. 27, 2022 | NON-FINAL ACTION WRITTEN | |
| Jul. 05, 2022 | ASSIGNED TO EXAMINER | |
| Jan. 10, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 07, 2022 | NEW APPLICATION ENTERED | |

## ▼ TM Staff and Location Information

**TM Staff Information**

| TM Attorney: | SHOOR, AMIT KUMAR | Law Office Assigned: | LAW OFFICE 117 |

**File Location**

| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Mar. 23, 2023 |



PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97202614**
**Filing Date: 01/04/2022**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97202614 |
| **MARK INFORMATION** | |
| *****MARK** | <u>META</u> |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | META |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | Meta Platforms, Inc. |
| *****MAILING ADDRESS** | 1601 Willow Road |
| *****CITY** | Menlo Park |
| *****STATE** <br>**(Required for U.S. applicants)** | California |
| *****COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| *****ZIP/POSTAL CODE** <br>**(Required for U.S. and certain international addresses)** | 94025 |
| *****EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 035 |
| | Advertising services; Advertising via electronic media; Dissemination of advertising for others via a global computer network; Business and advertising services, namely, advertising services for tracking advertising performance, for managing, distributing and serving advertising, for analyzing advertising data, for reporting advertising data, and for optimizing advertising performance; Advertising services, namely, advertising campaign management, targeting, implementation and optimization services; Preparation and realization of media and advertising plans and concepts; |

Design of advertising materials for others; Advertising services, namely, media planning and media buying for others, brand evaluation and brand positioning services for others, and advertising procurement services for others; Ad serving, namely, placing advertisements on websites for others; Advertising, marketing and promoting the goods and services of others by means of providing photo and video equipment at special events; Organizing exhibitions and events in the field of software and hardware development for commercial or advertising purposes; Advertising services, namely, providing classified advertising space via the internet and other communication networks; Compiling of data in online computer databases and online searchable databases in the field of classifieds; Promoting the goods and services of others via computer and communication networks; Promoting the goods and services of others by means of distributing video advertising on via the internet and other communications networks; Providing promotional events via live streaming video; Marketing and promotion services; Consulting services in the fields of advertising and marketing; Business assistance and consulting services; Business consultation regarding marketing activities; Brand strategy consulting services; Business consultation in the field of telecommunications; Business management consulting services to enable business entities, non-governmental organizations and non-profit organizations to develop, organize, and administer programs to offer greater access to global communications networks; Business networking services; Employment consultancy and recruiting services; Promoting sales for others by facilitating pre-paid gift card services, namely, issuing gift card certificates that may be redeemed for goods or services; Advertising services for promoting public awareness about charitable, philanthropic, volunteer, public and community service and humanitarian activities; Providing contest and incentive award programs for marketing and advertising purposes to recognize, reward and encourage individuals and groups which engage in self-improvement, self-fulfillment, charitable, philanthropic, volunteer, public and community service and humanitarian activities and sharing of creative work product; Business consultancy services for professionals and businesses in the field of mobile software application development; Organizing, promoting, arranging and conducting special events, exhibitions, and tradeshows for commercial, promotional or advertising purposes; Organizing and conducting events, exhibitions, expositions and conferences for commercial purposes in the interactive entertainment, virtual reality, consumer electronics and video game entertainment industries; Online retail store services featuring virtual reality and augmented reality hardware and software; Online retail store services featuring virtual reality content and digital media namely, pre-recorded music, video, images, text, audiovisual works and virtual and augmented reality game software; Providing online marketplaces for sellers of goods and/or services; Business intermediary services in the nature of facilitating the exchange and sale of services and products of third parties via computer and communication networks; Connecting buyers and sellers via an online network environment; Promotional services, namely, providing electronic catalog services; Providing telephone directory information via global communications networks; Business assistance services, namely, customer relationship

**\*IDENTIFICATION**

management; Providing commercial information, namely, user comments concerning business organizations, service providers, and other resources; Marketing research, namely, advertising campaign and consumer preferences research and analysis; Market research services; Provision of market research and information services; Business information management, namely, reporting of business information and business analytics in the fields of advertising and marketing; Business management; Business administration, office functions; Compiling online business directories featuring the businesses, products and services of others; Promoting the public interest and awareness of issues involving access to the internet for the global population; Association services, namely, promoting the adoption, acceptance and development of open source computer technologies; Organizing business networking events in the field of open source software; Promoting voluntary common industry standards for software development and execution; Arranging and conducting business conferences; Arranging and conducting business conferences in the field of programming language development and use; Conducting business investigations in the field of social media; Consulting services in the field of evaluating social media content; Consulting services in the field of social media policies and regulations; Marketing, advertising and promotion services; Business and advertising services; Market intelligence services; Providing a website featuring an online marketplace for selling and trading virtual goods with other users; Online trading services; Arranging and conducting special events for business purposes; Blockchain as a service, namely, business advice and information in the field of blockchain technology; Provision of electronic reminders and notifications; Advertising and information distribution services, namely, providing classified advertising space via the internet and communications networks; Advertising services, namely, targeting and optimization of online advertising; Arranging and conducting special events for commercial, promotional or advertising purposes; Association services that promote the interests of professionals and businesses in the field of mobile software application development; Brand consulting; Business and advertising services, namely, advertising services for tracking advertising performance, for managing, distributing and serving advertising, for analyzing advertising data, for reporting advertising data, and for optimizing advertising performance; Business and advertising services, namely, media planning and media buying for others; Procurement services for others, namely, purchasing goods and service for other businesses; Business networking; Charitable services, namely, promoting public awareness about charitable, philanthropic, volunteer, public and community service and humanitarian activities; Consulting services in the fields of advertising and marketing, namely, customizing advertising and marketing efforts of others; Dissemination of advertising for others via the internet and communication networks; Employment and recruiting services; Facilitating the exchange and sale of services and products of third parties via computer and communication networks; Marketing, advertising and promotion services, namely, providing information regarding discounts, coupons, rebates, vouchers, links to retail websites of others, and special offers for the goods and services of others; Online advertising and promoting the goods and services of others via the internet; Online retail store services

| | |
|---|---|
| | featuring virtual reality, mixed reality and augmented reality headsets, games, content and digital media; Online retail store services in relation to electronic wearable fitness devices, personal weighing scales, wearable activity trackers, fitness and sports apparel, and accessories for the aforesaid goods; Organizing, promoting and conducting exhibitions, tradeshows and events for business purposes; Promoting the goods and services of others by means of distributing video advertising on the internet and communication networks; Promoting the goods and services of others via the internet and communication networks; Providing online business directories featuring the businesses, products and services of others; Providing online facilities for connecting sellers with buyers; Providing online facilities for live streaming video of promotional events; Providing online facilities for connecting sellers with buyers; Retail and online retail services for software, electronic devices and footwear incorporating sensors that allow consumers to engage in virtual athletic competitions and individual and group fitness classes; Retail and online retail store services that allow consumers to engage in fitness coaching, virtual athletic competitions, and individual and group fitness classes; Retail store services in relation to electronic wearable fitness devices, personal weighing scales, wearable activity trackers, fitness and sports apparel, and accessories for the aforesaid goods |
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 083739 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 07/08/2021 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority. |
| **ATTORNEY INFORMATION** | |
| **NAME** | Anthony J. Malutta |
| **ATTORNEY DOCKET NUMBER** | 1288208 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Kilpatrick Townsend & Stockton LLP |
| **STREET** | Two Embarcadero Center, Suite 1900 |
| **CITY** | San Francisco |
| **STATE** | California |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 94111 |
| **PHONE** | 415-273-7507 |
| **FAX** | 415-723-7132 |

| EMAIL ADDRESS | MetaProsecution@kilpatricktownsend.com |
|---|---|
| OTHER APPOINTED ATTORNEY | Calla Yee and Jenny Goak |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Anthony J. Malutta |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | MetaProsecution@kilpatricktownsend.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | tmadmin@kilpatricktownsend.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 350 |
| *TOTAL FEES PAID | 350 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /scott minden/ |
| SIGNATORY'S NAME | Scott Minden |
| SIGNATORY'S POSITION | Associate General Counsel |
| DATE SIGNED | 01/04/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97202614**
**Filing Date: 01/04/2022**

## To the Commissioner for Trademarks:

**MARK:** META (Standard Characters, see mark)
The literal element of the mark consists of META. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Meta Platforms, Inc., a corporation of Delaware, having an address of

    1601 Willow Road
    Menlo Park, California 94025
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 035:  Advertising services; Advertising via electronic media; Dissemination of advertising for others via a global computer network; Business and advertising services, namely, advertising services for tracking advertising performance, for managing, distributing and serving advertising, for analyzing advertising data, for reporting advertising data, and for optimizing advertising performance; Advertising services, namely, advertising campaign management, targeting, implementation and optimization services; Preparation and realization of media and advertising plans and concepts; Design of advertising materials for others; Advertising services, namely, media planning and media buying for others, brand evaluation and brand positioning services for others, and advertising procurement services for others; Ad serving, namely, placing advertisements on websites for others; Advertising, marketing and promoting the goods and services of others by means of providing photo and video equipment at special events; Organizing exhibitions and events in the field of software and hardware development for commercial or advertising purposes; Advertising services, namely, providing classified advertising space via the internet and other communication networks; Compiling of data in online computer databases and online searchable databases in the field of classifieds; Promoting the goods and services of others via computer and communication networks; Promoting the goods and services of others by means of distributing video advertising on via the internet and other communications networks; Providing promotional events via live streaming video; Marketing and promotion services; Consulting services in the fields of advertising and marketing; Business assistance and consulting services; Business consultation regarding marketing activities; Brand strategy consulting services; Business consultation in the field of telecommunications; Business management consulting services to enable business entities, non-governmental organizations and non-profit organizations to develop, organize, and administer programs to offer greater access to global communications networks; Business networking services; Employment consultancy and recruiting services; Promoting sales for others by facilitating pre-paid gift card services, namely, issuing gift card certificates that may be redeemed for goods or services; Advertising services for promoting public awareness about charitable, philanthropic, volunteer, public and community service and humanitarian activities; Providing contest and incentive award programs for marketing and advertising purposes to recognize, reward and encourage individuals and groups which engage in self-improvement, self-fulfillment, charitable, philanthropic, volunteer, public and community service and humanitarian activities and sharing of creative work product; Business consultancy services for professionals and businesses in the field of mobile software application development; Organizing, promoting, arranging and conducting special events, exhibitions, and tradeshows for commercial, promotional or advertising purposes; Organizing and conducting events, exhibitions, expositions and conferences for commercial purposes in the interactive entertainment, virtual reality, consumer electronics and video game entertainment industries; Online retail store services featuring virtual reality and augmented reality hardware and software; Online retail store services featuring virtual reality content and digital media namely, pre-recorded music, video, images, text, audiovisual works and virtual and augmented reality game software; Providing online marketplaces for sellers of goods and/or services; Business intermediary services in the nature of facilitating the exchange and sale of services and products of third parties via computer and communication networks; Connecting buyers and sellers via an online network environment; Promotional services, namely, providing electronic catalog services; Providing telephone directory information via global communications networks; Business assistance services, namely, customer relationship management; Providing commercial information, namely, user comments concerning business organizations, service providers, and other resources; Marketing research, namely, advertising campaign and consumer preferences research and analysis; Market research services; Provision of market research and information services; Business information management, namely, reporting of business information and business analytics in the fields of advertising and marketing; Business management; Business administration, office functions; Compiling online business directories featuring the businesses, products and services of others; Promoting the public interest and awareness of issues involving access to the internet for the global population; Association services, namely, promoting the adoption, acceptance and development of open source computer technologies; Organizing business networking events in the field of open source software; Promoting voluntary common industry standards for software development and execution; Arranging

and conducting business conferences; Arranging and conducting business conferences in the field of programming language development and use; Conducting business investigations in the field of social media; Consulting services in the field of evaluating social media content; Consulting services in the field of social media policies and regulations; Marketing, advertising and promotion services; Business and advertising services; Market intelligence services; Providing a website featuring an online marketplace for selling and trading virtual goods with other users; Online trading services; Arranging and conducting special events for business purposes; Blockchain as a service, namely, business advice and information in the field of blockchain technology; Provision of electronic reminders and notifications; Advertising and information distribution services, namely, providing classified advertising space via the internet and communications networks; Advertising services, namely, targeting and optimization of online advertising; Arranging and conducting special events for commercial, promotional or advertising purposes; Association services that promote the interests of professionals and businesses in the field of mobile software application development; Brand consulting; Business and advertising services, namely, advertising services for tracking advertising performance, for managing, distributing and serving advertising, for analyzing advertising data, for reporting advertising data, and for optimizing advertising performance; Business and advertising services, namely, media planning and media buying for others; Procurement services for others, namely, purchasing goods and service for other businesses; Business networking; Charitable services, namely, promoting public awareness about charitable, philanthropic, volunteer, public and community service and humanitarian activities; Consulting services in the fields of advertising and marketing, namely, customizing advertising and marketing efforts of others; Dissemination of advertising for others via the internet and communication networks; Employment and recruiting services; Facilitating the exchange and sale of services and products of third parties via computer and communication networks; Marketing, advertising and promotion services, namely, providing information regarding discounts, coupons, rebates, vouchers, links to retail websites of others, and special offers for the goods and services of others; Online advertising and promoting the goods and services of others via the internet; Online retail store services featuring virtual reality, mixed reality and augmented reality headsets, games, content and digital media; Online retail store services in relation to electronic wearable fitness devices, personal weighing scales, wearable activity trackers, fitness and sports apparel, and accessories for the aforesaid goods; Organizing, promoting and conducting exhibitions, tradeshows and events for business purposes; Promoting the goods and services of others by means of distributing video advertising on the internet and communication networks; Promoting the goods and services of others via the internet and communication networks; Providing online business directories featuring the businesses, products and services of others; Providing online facilities for connecting sellers with buyers; Providing online facilities for live streaming video of promotional events; Providing online facilities for connecting sellers with buyers; Retail and online retail services for software, electronic devices and footwear incorporating sensors that allow consumers to engage in virtual athletic competitions and individual and group fitness classes; Retail and online retail store services that allow consumers to engage in fitness coaching, virtual athletic competitions, and individual and group fitness classes; Retail store services in relation to electronic wearable fitness devices, personal weighing scales, wearable activity trackers, fitness and sports apparel, and accessories for the aforesaid goods

Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 083739, filed 07/08/2021.
INTENT TO PERFECT 44(d) : At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority.

The owner's/holder's proposed attorney information: Anthony J. Malutta. Other appointed attorneys are Calla Yee and Jenny Goak. Anthony J. Malutta of Kilpatrick Townsend & Stockton LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    Two Embarcadero Center, Suite 1900
    San Francisco, California 94111
    United States
    415-273-7507(phone)
    415-723-7132(fax)
    MetaProsecution@kilpatricktownsend.com
The docket/reference number is 1288208.
Anthony J. Malutta submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Anthony J. Malutta
    PRIMARY EMAIL FOR CORRESPONDENCE: MetaProsecution@kilpatricktownsend.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmadmin@kilpatricktownsend.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /scott minden/   Date: 01/04/2022
Signatory's Name: Scott Minden
Signatory's Position: Associate General Counsel
Signatory's Phone Number: Not Provided
Signature method: Sent to third party for signature
Payment Sale Number: 97202614
Payment Accounting Date: 01/04/2022

Serial Number: 97202614
Internet Transmission Date: Tue Jan 04 19:31:11 ET 2022
TEAS Stamp: USPTO/BAS-XX.XX.XX.XXX-20220104193111102
618-97202614-8109be69f4ede7f805544ef8860
d88bf061387a2d5521caf899e27014e861173ca-
CC-31103984-20220103103645193031

# META

**Exhibit 4**

Meta Class 42 Application

Serial Number: 97202623



**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.



| SEARCH | MULTI-SEARCH | |
|---|---|---|

US Serial, Registration, or Reference No ▼    97202623    [ Status ] [ Documents ]

| STATUS | DOCUMENTS | | Back to Search | 🖨 Print |
|---|---|---|---|---|

**Generated on:** This page was generated by TSDR on 2024-01-03 23:28:14 EST

**Mark:** META

META

**US Serial Number:** 97202623    **Application Filing Date:** Jan. 04, 2022

**Register:** Principal

**Mark Type:**

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Opposition Pending

The pending trademark application has been examined by the Office and was published for opposition, at which time one or more oppositions were filed but they have not yet been decided.

**Status:** An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Oct. 21, 2023

**Publication Date:** May 16, 2023

▼ **Mark Information**    ▼ Expand All

**Mark Literal Elements:** META

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
|---|---|

## ▼ Foreign Information

| Priority Claimed: | Yes | | |
|---|---|---|---|
| Foreign Application Number: | 083739 | Foreign Application Filing Date: | Jul. 08, 2021 |
| Foreign Application/Registration Country: | JAMAICA | | |

## ▼ Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Design and development of computer hardware and software; Providing temporary use of non-downloadable software to enable development, assessment, testing, and maintenance of mobile software applications for portable electronic communication devices, namely, mobile phones, smartphones, handheld computers and computer tablets; Design, research and development of mobile application software related to the use and functionality of hyperlinks; Software engineering services in the field of mobile application software related to the use and functionality of hyperlinks; Testing of computer software in the field of mobile application software related to the use and functionality of hyperlinks; Providing temporary use of non-downloadable software that gives users the ability to engage in social networking and manage their social networking content; Computer services, namely, creating an online community for registered users to engage in social networking; Providing temporary use of non-downloadable software for creating, managing and accessing user-created and administered groups within virtual communities; Providing temporary use of non-downloadable software for creating and managing social media profiles and user accounts; Providing temporary use of non-downloadable software for social networking, creating a virtual community, and transmission of audio, video, images, text, content, and data; Computer services in the nature of webpages featuring user-defined or specified information, including, audio, video, images, text, content, and data; Providing temporary use of non-downloadable software that enables users to transfer personal identity data to and share personal identity data with and among multiple websites; Application service provider (ASP) featuring software for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Platform as a service (PAAS) featuring software platforms for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Application service provider (ASP) featuring application programming interface (API) software which facilitates online services for social networking and developing software applications; Providing temporary use of non-downloadable software for viewing and interacting with a feed of electronic media, namely, images, audio-visual and video content, live streaming video, commentary, advertisements, news, and internet links; Providing temporary use of non-downloadable software for finding content and content publishers, and for subscribing to content; Providing temporary use of non-downloadable software for organizing images,

video, and audio-visual content using metadata tags; Providing temporary use of non-downloadable software for creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, interacting with, embedding, transmitting, and sharing or otherwise providing electronic media, images, video, audio, audio-visual content, data, and information via the internet and communication networks; Application service provider (ASP) featuring software to enable or facilitate the creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, interacting with, embedding, transmitting, and sharing or otherwise providing electronic media, images, video, audio, audio-visual content, data, and information via the internet and communication networks; Providing temporary use of non-downloadable software for sending and receiving electronic messages, alerts, notifications and reminders; Providing online non-downloadable application programming interface (API) software for use in electronic messaging and transmission of audio, video, images, text, content and data; Providing temporary use of non-downloadable software for electronic messaging; Providing temporary use of nondownloadable software to facilitate interactive discussions via communication networks; Providing temporary use of nondownloadable software for organizing events, searching for events, calendaring and managing events; Providing temporary use of non-downloadable software for modifying photographs, images and audio, video, and audio-video content; Providing temporary use of non-downloadable computer software for use in taking and editing photographs and recording and editing videos; Application service provider (ASP) featuring software to enable or facilitate taking and editing photographs and recording and editing videos; Providing temporary use of non-downloadable software for streaming multimedia entertainment content; Providing temporary use of non-downloadable computer software for enabling transmission of images, audio, audio visual and video content and data; Computer services, namely, providing search engines for obtaining data via the internet and communications networks; Providing search engines of online network environments to provide information from searchable indexes and databases of information, including text, electronic documents, databases, graphics, electronic media, images and audio visual content, via the internet and communications networks; Application service provider (ASP) services, namely, hosting software applications of others; Providing temporary use of non-downloadable software for providing, linking to, or streaming news or current events information; Providing temporary use of non-downloadable e-commerce software to allow users to perform electronic business transactions via the internet and communications networks; Application service provider (ASP) featuring application programming interface (API) software to allow users to perform electronic business transactions via the internet and communication networks; Software as a service (SAAS) services featuring software for sending and receiving electronic messages, notifications and alerts and for facilitating electronic business transactions via the internet and communications networks; Providing temporary use of non-downloadable software for use in designing, managing, measuring, analyzing, disseminating, and serving advertising of others; Application service provider (ASP) featuring application programming interface (API) software for creating, managing, tracking, reporting and measuring advertising of others; Providing non-downloadable software for allowing buyers and sellers of online advertising to purchase and sell advertising inventory; Providing temporary use of non-downloadable software for creating, sharing, disseminating and posting advertising; Providing temporary use of non-downloadable software for creating and maintaining an online presence for individuals, groups, companies, and brands; Providing temporary use of non-downloadable software for advertisers to communicate and interact with online communities; Providing temporary use of non-downloadable software for curating online user-defined content and advertisements and creating social media feeds; Designing and developing computer game software and video game software for use with computers, video game program systems and computer networks; Development of computer hardware for use in connection with electronic and interactive multimedia games; Providing temporary use of non-downloadable software that gives users the ability to upload, modify and share virtual reality content, augmented reality content, mixed reality content, information, experiences and data; Hosting of virtual reality and augmented reality content on the internet; Providing user authentication services using single sign-on and software technology for e-commerce transactions; Providing user authentication services of electronic funds transfer, credit and debit card and electronic check transactions using single sign-on and software technology; Application service provider featuring application programming interface (API) software to allow users to perform electronic business transactions via the internet; Providing temporary use of non-downloadable software for processing electronic payments; Platform as a service (PAAS) services featuring computer software to allow users to perform business and e-commerce transactions; Providing temporary use of online non-downloadable computer software for providing electronic maps; Application service provider (ASP) featuring software for providing electronic

maps; Providing temporary use of non-downloadable computer software for searching, determining, and sharing locations; Providing temporary use of nondownloadable software for searching and identifying local and location-based points of interest, events, landmarks, employment opportunities, entertainment, cultural events, shopping and offers; Providing temporary use of non-downloadable computer software for making reservations and bookings; Application service provider (ASP) featuring software to enable or facilitate making reservations and bookings; Providing temporary use of non-downloadable software that give users the ability to post referrals and recommendations relating to businesses, restaurants, service providers, events, public services and government agencies; Providing temporary use of non-downloadable software for providing a virtual marketplace; Providing temporary use of non-downloadable computer software for ordering and/or purchasing goods and services; Application service provider (ASP) featuring software to enable or facilitate ordering and/or purchasing goods and services; Providing temporary use of nondownloadable software for searching and identifying employment opportunities; Providing temporary use of non-downloadable software for identifying and allowing users to contact government representatives; Providing temporary use of non-downloadable software for facilitating interaction and communication between humans and AI (artificial intelligence) platforms; Application service provider (ASP) featuring software to enable or facilitate interaction and communication between humans and AI (artificial intelligence) platforms; Design of augmented reality and virtual reality software effects for use in modifying photographs, images, videos and audio-visual content; Providing online non-downloadable personal assistant software for coordinating, arranging and assisting individuals to perform daily tasks; Providing online non-downloadable social assistant software for coordinating, arranging and assisting individuals to perform daily tasks; Providing temporary use of non-downloadable computer software for use in facilitating voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, electronic message, instant message, and online social networking services; Application service provider (ASP) services featuring software to enable or facilitate voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, electronic message, instant message, and online social networking services; Providing a website featuring information in the fields of technology and software development via the internet and communication networks; Design and development of virtual reality and augmented reality and mixed reality hardware and software; Design and development of video game hardware and software; Software development; Development of interactive multimedia software; Maintenance and repair of computer software; Computer services, namely, cloud hosting provider services; Providing temporary use of online non-downloadable cloud computing software for use in electronic storage of data; Providing temporary use of online non-downloadable cloud computing software for virtual, augmented reality applications and environments; File sharing services, namely, providing temporary use of non-downloadable software featuring technology enabling users to upload and download electronic files; Application service provider (ASP), namely, providing, hosting, managing, developing, and maintaining online non-downloadable applications, software, and web sites in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Computer services, namely, providing remote management of devices via computer networks, wireless networks or the internet; Data encryption services; Providing temporary use of online non-downloadable software and applications for customer relationship management (CRM); Application service provider (ASP) featuring software for customer relationship management (CRM); Computer services, in particular, application service provider featuring application programming interface (API) software for customer relationship management (CRM); Providing temporary use of nondownloadable software for facilitating and arranging fundraising and the distribution of fundraising donations; Providing temporary use of non-downloadable software for online charitable fundraising services and donation services; Computer software design, development, installation and maintenance; Computer hardware design and development; Design of telecommunications apparatus and equipment; Providing online non-downloadable software platform featuring technology that enables online users to make payments and transfer funds; Providing online non-downloadable software platform featuring technology that enables online users to make payments and funds transfers across multiple websites and mobile applications; Computer services, namely, application services provider featuring application programming interface (API) software to allow users to perform e-commerce transactions via the internet and communications networks; Software as a services (SAAS) services featuring software for facilitating e-commerce transactions via the internet and communications networks; Application service provider featuring an application programming interface (API) software to allow users to perform e-commerce transactions via the internet and communications networks; Providing temporary use of non-downloadable software for converting natural language into machineexecutable commands; Providing online non-downloadable software for analyzing and evaluating social media content; Developing quality

control standards for third-party social media content; Providing temporary use of non-downloadable computer software in the nature of a query engine; Providing temporary use of non-downloadable computer software for use in performing queries on large amounts of data; Providing temporary use of non-downloadable computer software in the nature of a query engine functioning across business intelligence (BI) tools; Providing temporary use of online non-downloadable artificial intelligence software for facilitating machine learning software; Application service provider (ASP) featuring software to enable or facilitate machine learning software; Providing temporary use of online non-downloadable software for machine learning; Providing temporary use of online non-downloadable software tools for software development; Providing temporary use of online non-downloadable software for building user interfaces; Application service provider (ASP) featuring software to enable or facilitate user interface building software; Electronic data storage; Electronic storage of photographs; Interactive hosting services, namely, providing a website featuring technology which allow the users to publish and share their own content and images online; Providing on-line non-downloadable software for database management; Providing temporary use of non-downloadable software for opinion polling; Providing online non-downloadable software allowing users to post questions with answer options; Platform as a service (PAAS) services featuring software that allows businesses, organizations and individuals to create and manage their online presences and to communicate with online users information and messages regarding their activities, products and services and to engage in business and social networking; Providing temporary use of non-downloadable software featuring technology that allows users to manage their business networking accounts; Providing temporary use of non-downloadable software for voice command and recognition software, speech to text conversion software, voice-enabled software applications for personal information management; Platform as a service (PAAS) featuring computer software platforms for personal assistant software; Platform as a service (PAAS) featuring computer software platforms for home automation and home device integration software; Platform as a service (PAAS) featuring computer software platforms for wireless communication software for voice, audio, video, and data transmission; Software as a service (SAAS) featuring computer software for personal information management; Providing temporary use of non-downloadable software for accessing, monitoring, tracking, searching, saving, and sharing information on topics of general interest; Software as a service (SAAS) featuring computer software for use to connect and control internet of things (iot) electronic devices; Software as a service (SAAS) featuring computer software for others to use for the development of software to manage, connect, and operate internet of things (iot) electronic devices; Software as a service (SAAS) featuring computer software for use as an application programming interface (API); Design, development and maintenance of proprietary computer software for others in the field of natural language, speech, language, and voice recognition excluding post-production of picture and sound recordings; Providing information, news, and commentary in the field of information technology (IT), interior home decorating, weather, graphic design, interior design, product design, and fashion design; Technological services, namely, data warehousing services; Application service provider (ASP), namely, hosting computer software applications through the internet of others; Software as a service (SAAS) services, namely, hosting software for use by others for use providing an online database featuring a wide range of general interest information via the internet; Providing temporary use of on-line non-downloadable mobile communications device software for enhancing mobile access to the internet via computers, mobile computers, and mobile communications devices; Technical support, namely, troubleshooting in the nature of diagnosing computer hardware and software problems and mobile computer and mobile communications device hardware and software problems; Providing temporary use of non-downloadable computer software that enables users to access and download computer software; Providing temporary use of on-line non-downloadable software and applications for accessing streaming audio and video files, games, social networks, text files, and multimedia files; Application service provider (ASP) featuring application programming interface (API) software for the streaming, storage, and sharing of video games, content, data and information; Computer software development in the field of mobile applications; Providing technical support services, namely, troubleshooting of computer software problems regarding the usage of communications equipment; Application service provider (ASP) services, namely, hosting computer software applications of others; Application service provider (ASP) services, featuring e-commerce software for use as a payment gateway that authorizes processing of credit cards or direct payments for merchants; Application service provider (ASP) services featuring software for providing, hosting, managing, developing, and maintaining applications, software, websites and databases in the fields of information technology, blockchain, virtual currency, digital currency, cryptocurrency, and digital assets; Application service provider (ASP) services featuring software for use in virtual currency, digital currency, cryptocurrency, and digital asset exchange and transactions; Application service provider (ASP) services featuring software to enable or facilitate the creating,

editing, uploading, downloading, accessing, viewing, posting, displaying, commenting on, embedding, transmitting, and sharing or otherwise providing electronic media or information via the internet and communications networks; Application service provider services featuring application programming interface (API) software to allow users to perform electronic business transactions via a global computer network; Application service provider (ASP) featuring software to enable or facilitate purchasing goods and services; Providing temporary use of non-downloadable software for providing distributed ledger technology; Providing temporary use of non-downloadable software which facilitates the ability of users to view, analyze, record, store, monitor, manage, trade and exchange digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of nondownloadable software for sending, receiving, accepting, buying, selling, storing, transmitting, trading and exchanging digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for implementing and recording financial transactions, for creating accounts and maintaining and managing information about financial transactions on distributed public ledgers and peer to peer payment networks; Providing temporary use of non-downloadable software for processing electronic payments and for transferring funds to and from others; Providing online non-downloadable electronic financial platform software for trading of and investments in financial instruments; Providing online non-downloadable software for use as an application programming interface (API) for the development, testing, and integration of blockchain software applications; Providing temporary use of nondownloadable software for transfers of digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens between parties; Providing temporary use of non-downloadable software for use in financial trading; Providing temporary use of non-downloadable software for use in financial exchange; Providing temporary use of non-downloadable software for use in accessing financial information and market data and trends; Providing temporary use of non-downloadable software for the management of cryptographic security of electronic transmissions across computer networks; Providing temporary use of non-downloadable software for use with transferring, storing, and trading virtual currency; Providing online non-downloadable software for use with transferring, storing, and trading digital currency; Providing online nondownloadable software for use with transferring, storing, and trading cryptocurrency; Providing temporary use of nondownloadable software for use with digital currency wallet and storage services; Providing online non-downloadable software for use as a cryptocurrency wallet; Providing online non-downloadable software for use as an electronic wallet; Providing online nondownloadable software for use as a digital wallet; Electronic data storage services; Providing temporary use of non-downloadable software for electronic funds transfer; Providing temporary use of non-downloadable software for currency conversion; Providing temporary use of non-downloadable software for the collection and distribution of data; Providing temporary use of nondownloadable software for managing and facilitating payment transactions; Providing temporary use of non-downloadable software for connecting computers to local databases and global computer networks; Providing temporary use of nondownloadable software for creating searchable databases of information and data; Providing temporary use of non-downloadable software for managing and validating digital currency, virtual currency, cryptocurrency, digital asset, blockchain asset, digitized asset, digital token, crypto token and utility token transactions; Providing temporary use of non-downloadable software for creating and managing smart contracts; Providing temporary use of non-downloadable software for managing payment and exchange transactions; Providing temporary use of non-downloadable software for electronically exchanging currency for digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for use in enabling the electronic transfer of funds to and from others; Providing temporary use of non-downloadable software for creating a decentralized and open source digital currency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for creating a decentralized and open source virtual currency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for creating a decentralized and open source cryptocurrency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for encrypting and enabling secure transmission of digital information over the Internet, as well as over other modes of communication between computing devices; Providing online non-downloadable distributed ledger platform software for use in processing financial transactions; Providing temporary use of non-downloadable software for electronic funds transfer and currency conversion; Platform as a service (PAAS) featuring computer software platforms for the selling and purchasing digital currency, virtual currency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Software as a service (SAAS) featuring computer software platforms for the

selling and purchasing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Computer services, namely, creating an on-line virtual environment for the selling and purchasing of digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) featuring computer software platforms for managing blockchain and token driven, distributed storage computer systems; Software as a service (SAAS) featuring computer software platforms for managing blockchain and token driven, distributed storage computer systems; Computer services, namely, providing secure, private encrypted cloud storage services for electronic data and files; Computer services, namely, providing an online non-downloadable open source decentralized cloud storage platform for electronic data and files; Data encryption services featuring blockchain software technology and peer-to-peer protocols to provide secure, private, and encrypted cloud storage; Providing temporary use of nondownloadable software for use as a cryptocurrency wallet; Data mining; Providing temporary use of non-downloadable software for managing and verifying cryptocurrency transactions on a blockchain; Providing temporary use of non-downloadable computer software for managing and validating cryptocurrency transactions using blockchain-based smart contracts; Providing temporary use of non-downloadable software for managing smart contracts using blockchain technology; Providing temporary use of nondownloadable computer software for managing crypto asset transactions using blockchain technology; Software as a service (SAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) featuring software platforms for facilitating transactions and payments using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens that allow users to buy from, and sell products and services to others; Software as a service (SAAS) featuring software platforms for facilitating transactions and payments using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens that allow users to buy from, and sell products and services to others; Providing online non-downloadable blockchain-based software platforms and online non-downloadable distributed computing software platforms for auditing and verifying digital information and codes; Design, development and implementation of audit and security software for blockchain-based platforms; Providing temporary use of nondownloadable software for use in facilitating secure transactions; Providing temporary use of non-downloadable software for auditing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Design, development, and implementation of software for distributed computing platforms; Design, development, and implementation of software using blockchain technology; Design, development, and implementation of software for digital currency, virtual currency, cryptocurrency, digital and blockchain asset, digitized asset, digital token, crypto token and utility token wallets; Design, development, and implementation of software for third-party verification services for digital currency transactions, including but not limited to transactions involving bitcoin currency; Providing temporary use of non-downloadable software for users to buy and sell products by using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for use in accessing, reading, tracking, and using blockchain technology; Technical consultancy services related to computer software development in the field of digital currency, virtual currency, cryptocurrency, digital and blockchain asset, digitized asset, digital token, crypto token and utility token transactions; Platform as a service (PAAS) featuring computer software platforms for computer system and application development, deployment, and management; Software as a service (SAAS) featuring computer software platforms for computer system and application development, deployment, and management; Providing temporary use of non-downloadable software enabling users to develop, build and run distributed applications through an open-source peer-to-peer smart-contract and payment network platform; Providing temporary use of non-downloadable authentication software for controlling access to and communications with computers and computer networks; Providing temporary use of non-downloadable software for use in the exchange of virtual items; Providing a digital exchange, namely, providing a website featuring technology that allows users to exchange data and information; Providing temporary use of non-downloadable software for use in issuing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Application service provider (ASP) featuring application programming interface (API) software which

facilitates online services for social networking, developing software applications; Application service provider (ASP) featuring location-aware software for searching, determining and sharing the location of goods, services and events of interest; Application service provider (ASP) featuring software for mapping services; Application service provider (ASP) featuring software for use in buying, selling, designing, managing, tracking, valuing, optimizing, targeting, analyzing, delivery, and reporting of online advertising and marketing; Application service provider (ASP) featuring software to enable or facilitate the sharing and displaying a user's location, planning activities with other users and making recommendations; Application service provider (ASP) featuring software to enable or facilitate social and destination mapping; Application service provider (ASP) featuring software to enable or facilitate interaction and communication between humans and AI (artificial intelligence) platforms, namely, bots, virtual agents and virtual assistants; Application service provider (ASP) services featuring software for controlling, integrating, operating, connecting, and managing voice controlled information devices, namely, cloud-connected and voice-controlled smart consumer electronic devices and electronic personal assistant devices; Application service provider (ASP), namely, hosting, managing, developing and maintaining applications, software, and web sites, in the fields of personal productivity, wireless communication, and mobile applications; Application service provider (ASP), namely, providing, hosting, managing, developing, and maintaining applications, software, and websites in the fields of calculation of website ranking based on user traffic; Application service provider (ASP), namely, remote hosting of computer applications of others; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, and web sites in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, websites, and databases in the fields of calculation of website ranking based on user traffic; Computer online services, namely, providing an online non-downloadable software platform that provides information, links, and electronic resources related to sports, health, and fitness; Computer services in the nature of providing customized online pages featuring user-defined or specified information, personal profiles, virtual reality, mixed reality, and augmented reality content and data; Computer services, namely, creating virtual communities for registered users to organize groups and events, participate in discussions, get feedback from their peers, and engage in social, business and community networking; Computer services, namely, providing an online non-downloadable software platform for curating online user-defined content and advertisements and creating social media feeds; Computer services, namely, hosting online web facilities for others for organizing and conducting meetings, events and interactive discussions via the internet and communication networks; Computer services, namely, providing information in the fields of development of information technology and software via the internet; Computer software development; Creating, maintaining and hosting of a website and online non-downloadable software platform for others featuring information, online links, and electronic resources in the field of sports and fitness; Creating, maintaining and hosting of an interactive web site and online non-downloadable software platform for others that enables users to enter, access, track progress, monitor and generate health, fitness, personal exercise, sports, and athletic activity information and achievements; Creating, maintaining and hosting of an interactive web site and online non-downloadable software platform for others that enables users to compete and compare athletic information and achievements with other users; Design and development of augmented reality hardware and software; Design and development of computer hardware and computer software; Design and development of interactive multimedia software; Design and development of mixed reality hardware and software; Design and development of virtual reality hardware and software; File sharing services, namely, providing online facilities for others featuring technology enabling users to upload and download electronic files; Hosting of digital content on the internet; Mapping services; Mobile computer and mobile communications device software design for others; Providing online non-downloadable computer software for displaying, aggregating, analyzing and organizing data and information in the fields of health, wellness, fitness, physical activity, weight management, sleep, and nutrition; Providing online non-downloadable computer software for facilitating interaction and communication between humans and AI (artificial intelligence) platforms, namely, bots, virtual agents and virtual assistants; Providing online non-downloadable computer software for sharing and displaying a user's location, planning activities with other users and making recommendations; Providing online non-downloadable computer software for social and destination mapping; Providing online non-downloadable computer software for tracking fitness, health and wellness goals and statistics; Providing online non-downloadable software for creating personalized fitness training programs; Providing online nondownloadable software for creating, managing and accessing user-created and administered private groups within virtual communities; Providing online non-downloadable software for ordering and/or

purchasing goods and services; Providing online non-downloadable software for processing electronic payments; Providing online non-downloadable software for providing a virtual marketplace; Providing online non-downloadable software for providing personal training services, workouts and fitness assessments; Providing online non-downloadable software for social networking, creating a virtual community, and transmission of audio, video, images, text and data; Providing online non-downloadable software for streaming multimedia entertainment content; Providing online non-downloadable software for transmitting, sharing, receiving, downloading, displaying, interacting with and transferring content, text, visual works, audio works, audiovisual works, literary works, data, files, documents and electronic works; Online ad-buying platform provider, namely, providing non-downloadable software programs for allowing buyers and sellers of online advertising to purchase and sell advertising inventory; Providing online non-downloadable cloud computing software for use in electronic storage of data; Providing online non-downloadable cloud computing software for virtual, mixed and augmented reality applications and environments; Providing online non-downloadable computer software for use in providing retail and ordering services for a wide variety of consumer goods; Platform as a service (PAAS) featuring computer software platforms for use in purchasing and disseminating advertising; Platform as a service (PAAS) featuring computer software platforms for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Platform as a service (PAAS) featuring computer software platforms for voice command and recognition software, speech to text conversion software, voice-enabled software applications for personal information management; Platform as a service (PAAS) featuring software platforms for social networking and transmission of images, audio-visual content, video content and messages; Platform as a service (PAAS) services featuring computer software to allow users to perform electronic business and e-commerce transaction; Providing an interactive web site featuring technology that enables users to enter, access, track progress, monitor and generate nutrition, calories, health, fitness, personal exercise, sports, and athletic activity information and achievements; Providing use of non-downloadable software to provide information regarding sports, athletic skill development, fitness coaching, and fitness training via an online website and other computer and electronic communication networks for gaming consoles, personal computers, personal digital devices, and smart phones; Providing an interactive web site featuring technology that enables users to enter, access, track progress, monitor and generate calories, fitness, personal exercise, and athletic activity information and achievements; Providing online software platform services that enable users to transfer personal identity data to and share personal identity data with and among multiple online facilities; Providing customized computer searching services, namely, searching and retrieving information at the user's specific request via the internet; Providing information from searchable indexes and databases of information, including text, electronic documents, databases, graphics, electronic media, images and audio visual content via the internet and communication networks, namely, Provision of Internet search engines; Providing internet search engines; Providing non-downloadable software to allow users to perform electronic business transactions via the internet and communications networks; Providing online software platform services featuring technology that enables online users to create personal profiles featuring social and business networking information, to transfer and share such information among multiple online facilities to engage in social networking, and to manage their social networking accounts; Providing online software platform services that give users the ability to upload, modify and share audio, video, photographic images, text, graphics and data; Providing online software platform services featuring technology that enables online users to create personal profiles featuring social and business networking information and to transfer and share such information among multiple online facilities; Providing online non-downloadable software for setting up, configuring, and controlling wearable computer hardware and wearable computer peripherals; Providing online websites featuring technology that gives users the ability to upload, modify and share virtual reality, mixed reality and augmented reality content, information, experiences and data; Providing Internet search engines to allow users to request and receive photos, videos, text, data, images, and electronic works; providing Internet search engines to allow users to request and receive content, text, visual works, audio works, audiovisual works, literary works, data, files, documents, and electronic works; providing online non-downloadable software for facilitating and arranging for the financing and distribution of fundraising and donations; Providing online non-downloadable software for online charitable fundraising services and financial donation services; Providing temporary access to non-downloadable computer software for mapping services; Providing temporary use of non-downloadable computer software and hosting online facilities to enable users to access and download computer software; Providing temporary use of non-downloadable computer software enabling development, assessment, testing, and maintenance of mobile software applications for portable

computing devices, namely, mobile phones, smartphones, handheld computers and computer tablets; Providing temporary use of non-downloadable computer software for sharing and displaying a user's location, planning activities with other users and making recommendations; Providing temporary use of non-downloadable computer software for social and destination mapping; Providing temporary use of non-downloadable computer software for finding content and content publishers, and for subscribing to content; Providing temporary use of nondownloadable computer software for accessing, collecting, displaying, editing, linking, modifying, organizing, tagging, streaming, sharing, storing, transmitting, and otherwise providing electronic media, photographs, images, graphics, audio, videos, audiovisual content, data and information via the internet and communication networks; Providing temporary use of non-downloadable e-commerce software to allow users to perform electronic business transactions via the internet; Providing temporary use of nondownloadable location-aware computer software for searching, determining and sharing the location of goods, services and events of interest; Providing temporary use of non-downloadable software applications for searching and identifying local and location-based points of interest, events, landmarks, employment opportunities, entertainment, cultural events, shopping and offers; Providing temporary use of non-downloadable software applications for providing location-based weather information; Providing temporary use of non-downloadable software applications for providing, linking to, or streaming news or current events information; Providing temporary use of non-downloadable software for modifying photographs, images and audio, video, and audio-video content with photographic filters and virtual reality, mixed reality, and augmented reality (AR) effects, namely, graphics, animations, text, drawings, geotags, metadata tags, hyperlinks; Providing temporary use of non-downloadable software for taking photographs and recording audio, audio-visual and video content; Providing temporary use of non-downloadable software for uploading, downloading, archiving, enabling transmission of, and sharing images, audio-visual and video content and associated text and data; Providing temporary use of online non-downloadable software and applications for instant messaging, voice over internet protocol (VOIP), video conferencing, and audio conferencing; Providing temporary use of online non-downloadable software for use in designing, managing, measuring, analyzing, disseminating, and serving advertising of others; Providing temporary use of nondownloadable software for taking photographs and recording audio, audio-visual and video content; Provision of Internet search engine services; Rental of computer software that gives users the ability to upload, edit, and share images, videos and audiovisual content; Software as a service (SAAS) featuring computer software for accessing, browsing, and searching online databases, audio, video and multimedia content, games, and software applications, software application marketplaces; Software as a service (SAAS) featuring computer software for accessing, monitoring, tracking, searching, saving, and sharing information on topics of general interest; Software as a service (SAAS) featuring computer software for connecting, operating, integrating, controlling, and managing networked consumer electronic devices, home climate devices and lighting products via wireless networks; Software as a service (SAAS) featuring computer software used for controlling stand-alone voice controlled information and personal assistant devices; Software as a service (SAAS) for use in designing, creating and analyzing data, metrics and reports in the areas of health, fitness, sleep, nutrition and wellness; Software as a service (SAAS) services featuring software for sending and receiving electronic messages, notifications and alerts; Software as a service (SAAS) services featuring software for use of an algorithm for calculating and generating data for sport activity, fitness training, fitness level assessments, fitness coaching, fitness recommendations and goal setting; Software as a service (SAAS) services, namely, hosting software for use by others for use of an algorithm for calculating and generating data for sport activity, fitness training, fitness level assessments, fitness coaching, fitness recommendations and goal setting; Software as a service (SAAS) services, namely, providing a customized website and mobile portal for individuals featuring data analytics based on physiological metrics for purposes of health monitoring; Software as a service (SAAS) services featuring software that enables users to manage employee accounts, schedule and track employee participation, and facilitate and manage corporate fitness and wellness programs; Providing online nondownloadable software for electronic messaging; Technical support services, namely, troubleshooting in the nature of diagnosing computer hardware and software problems

| International Class(es): | 042 - Primary Class | U.S Class(es): | 100, 101 |
|---|---|---|---|
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | Yes | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Meta Platforms, Inc. |
| Owner Address: | 1601 Willow Road<br>Menlo Park, CALIFORNIA UNITED STATES 94025 |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | |
|---|---|
| Attorney Name: | NICHOLE DAVIS CHOLLET |
| Attorney Primary Email Address: | nchollet@ktslaw.com |
| Attorney Email Authorized: | Yes |

### Correspondent

| | |
|---|---|
| Correspondent Name/Address: | NICHOLE DAVIS CHOLLET<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 PEACHTREE STREET, SUITE 2800<br>ATLANTA, GEORGIA UNITED STATES 30309 |
| Phone: | 4048156500 |
| Fax: | 415-723-7132 |
| Correspondent e-mail: | nchollet@ktslaw.com  jtruelove@ktslaw.com<br>lparnell@ktslaw.com  kteilhaber@ktslaw.com<br>tmadmin@ktslaw.com |
| Correspondent e-mail Authorized: | Yes |

### Domestic Representative - Not Found

## ▾ Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Oct. 21, 2023 | OPPOSITION INSTITUTED NO. 999999 | 287794 |
| Jul. 14, 2023 | OPPOSITION INSTITUTED NO. 999999 | 286055 |
| Jun. 13, 2023 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| May 16, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 16, 2023 | PUBLISHED FOR OPPOSITION | |
| Apr. 26, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 13, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 12, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Apr. 12, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Apr. 12, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 11, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Apr. 11, 2023 | NON-FINAL ACTION E-MAILED | |
| Apr. 11, 2023 | NON-FINAL ACTION WRITTEN | |
| Apr. 06, 2023 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Apr. 04, 2023 | WITHDRAWN FROM PUB - OG REVIEW QUERY | |
| Mar. 22, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 21, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Feb. 21, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Feb. 21, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 21, 2023 | ASSIGNED TO EXAMINER | |
| Aug. 18, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Aug. 18, 2022 | NON-FINAL ACTION E-MAILED | |
| Aug. 18, 2022 | NON-FINAL ACTION WRITTEN | |
| Jul. 05, 2022 | ASSIGNED TO EXAMINER | |
| Jan. 10, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 07, 2022 | NEW APPLICATION ENTERED | |

## ▼ TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | SHOOR, AMIT KUMAR | **Law Office Assigned:** | LAW OFFICE 117 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Apr. 13, 2023 |

## ▼ Assignment Abstract Of Title Information - None recorded

## ▼ Proceedings - loading data ...

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97202623**
**Filing Date: 01/04/2022**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97202623 |
| **MARK INFORMATION** | |
| *****MARK** | META |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | META |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | Meta Platforms, Inc. |
| *****MAILING ADDRESS** | 1601 Willow Road |
| *****CITY** | Menlo Park |
| *****STATE** (Required for U.S. applicants) | California |
| *****COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| *****ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 94025 |
| *****EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 042 |
| | Design and development of computer hardware and software; Providing online non-downloadable software; Providing temporary use of non-downloadable software to enable development, assessment, testing, and maintenance of mobile software applications for portable electronic communication devices, namely, mobile phones, smartphones, handheld computers and computer tablets; Design, engineering, research, development and testing services in the field of mobile application software development related to the use and functionality of hyperlinks; Technical consultation in the field |

of mobile application software development related to the use and functionality of hyperlinks; Providing temporary use of non-downloadable software that gives users the ability to engage in social networking and manage their social networking content; Computer services, namely, creating an online community for registered users to engage in social networking; Providing temporary use of non-downloadable software for creating, managing and accessing user-created and administered groups within virtual communities; Providing temporary use of non-downloadable software for creating and managing social media profiles and user accounts; Providing temporary use of non-downloadable software for social networking, creating a virtual community, and transmission of audio, video, images, text, content, and data; Computer services in the nature of customized electronic personal and group profiles or webpages featuring user-defined or specified information, including, audio, video, images, text, content, and data; Providing temporary use of non-downloadable software that enables users to transfer personal identity data to and share personal identity data with and among multiple websites; Application service provider (ASP) featuring software for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Platform as a service (PAAS) featuring software platforms for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Application service provider (ASP) featuring application programming interface (API) software which facilitates online services for social networking and developing software applications; Providing temporary use of non-downloadable software for viewing and interacting with a feed of electronic media, namely, images, audio-visual and video content, live streaming video, commentary, advertisements, news, and internet links; Providing temporary use of non-downloadable software for finding content and content publishers, and for subscribing to content; Providing temporary use of non-downloadable software for organizing images, video, and audio-visual content using metadata tags; Providing temporary use of non-downloadable software for creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, interacting with, embedding, transmitting, and sharing or otherwise providing electronic media, images, video, audio, audio-visual content , data, and information via the internet and communication networks; Application service provider (ASP) featuring software to enable or facilitate the creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, interacting with, embedding, transmitting, and sharing or otherwise providing electronic media, images, video, audio, audio-visual content , data, and information via the internet and communication networks; Providing temporary use of non-downloadable software for sending and receiving electronic messages, alerts, notifications and reminders; Providing application programming interface

(API) software for use in electronic messaging and transmission of audio, video, images, text, content and data; Providing temporary use of non-downloadable software for electronic messaging; Providing temporary use of non-downloadable software to facilitate interactive discussions via communication networks; Providing temporary use of non-downloadable software for organizing events, searching for events, calendaring and managing events; Providing temporary use of non-downloadable software for modifying photographs, images and audio, video, and audio-video content; Providing temporary use of non-downloadable computer software for use in taking and editing photographs and recording and editing videos; Application service provider (ASP) featuring software to enable or facilitate taking and editing photographs and recording and editing videos; Providing temporary use of non-downloadable software for streaming multimedia entertainment content; Providing temporary use of non-downloadable computer software for enabling transmission of images, audio, audio visual and video content and data; Computer services, namely, providing search engines for obtaining data via the internet and communications networks; Providing search engines of online network environments to provide information from searchable indexes and databases of information, including text, electronic documents, databases, graphics, electronic media, images and audio visual content, via the internet and communications networks; Application service provider (ASP) services, namely, hosting software applications of others; Providing temporary use of non-downloadable software for providing, linking to, or streaming news or current events information; Providing temporary use of non-downloadable e-commerce software to allow users to perform electronic business transactions via the internet and communications networks; Application service provider (ASP) featuring application programming interface (API) software to allow users to perform electronic business transactions via the internet and communication networks; Software as a service (SAAS) services featuring software for sending and receiving electronic messages, notifications and alerts and for facilitating electronic business transactions via the internet and communications networks; Providing temporary use of non-downloadable software for use in designing, managing, measuring, analyzing, disseminating, and serving advertising of others; Application service provider (ASP) featuring application programming interface (API) software for creating, managing, tracking, reporting and measuring advertising of others; Providing non-downloadable software for allowing buyers and sellers of online advertising to purchase and sell advertising inventory; Providing temporary use of non-downloadable software for creating, sharing, disseminating and posting advertising; Providing temporary use of non-downloadable software for creating and maintaining an online presence for individuals, groups, companies, and brands; Providing temporary use of non-downloadable software for advertisers to communicate and interact with online communities; Providing temporary use of non-downloadable software for curating online user-defined content and advertisements and creating social media feeds; Designing and developing computer game software and video game software for use with computers, video game program systems and computer networks; Development of hardware for use in connection with electronic and interactive multimedia games;

Providing temporary use of non-downloadable software that gives users the ability to upload, modify and share virtual reality content, augmented reality content, mixed reality content, information, experiences and data; Hosting of virtual reality and augmented reality content on the internet; Providing user authentication services using single sign-on and software technology for e-commerce transactions; Providing user authentication services of electronic funds transfer, credit and debit card and electronic check transactions using single sign-on and software technology; Providing an application programming interface (API) to allow users to perform electronic business transactions via the internet; Providing temporary use of non-downloadable software for processing electronic payments; Platform as a service (PAAS) services featuring computer software to allow users to perform business and e-commerce transactions; Providing temporary access to non-downloadable computer software for providing electronic maps; Application service provider (ASP) featuring software for providing electronic maps; Providing temporary use of non-downloadable computer software for searching, determining, and sharing locations; Providing temporary use of non-downloadable software for searching and identifying local and location-based points of interest, events, landmarks, employment opportunities, entertainment, cultural events, shopping and offers; Providing temporary use of non-downloadable computer software for making reservations and bookings; Application service provider (ASP) featuring software to enable or facilitate making reservations and bookings; Providing temporary use of non-downloadable software that give users the ability to post ratings, reviews, referrals and recommendations relating to businesses, restaurants, service providers, events, public services and government agencies; Providing temporary use of non-downloadable software for providing a virtual marketplace; Providing temporary use of non-downloadable computer software for ordering and/or purchasing goods and services; Application service provider (ASP) featuring software to enable or facilitate ordering and/or purchasing goods and services; Providing temporary use of non-downloadable software for searching and identifying employment opportunities; Providing temporary use of non-downloadable software for identifying and allowing users to contact government representatives; Providing temporary use of non-downloadable software for facilitating interaction and communication between humans and AI (artificial intelligence) platforms; Application service provider (ASP) featuring software to enable or facilitate interaction and communication between humans and AI (artificial intelligence) platforms; Design of augmented reality and virtual reality effects for use in modifying photographs, images, videos and audio-visual content; Providing online non-downloadable personal assistant software; Providing non-downloadable social assistant software; Providing temporary use of non-downloadable computer software for use in facilitating voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, electronic message, instant message, and online social networking services; Application service provider (ASP) services featuring software to enable or facilitate voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, electronic message, instant message, and online social networking services; Providing a website featuring

information in the fields of technology and software development via the internet and communication networks; Design and development of virtual reality and augmented reality and mixed reality hardware and software; Design and development of video game hardware and software; Software development; Development of interactive multimedia software; Maintenance and repair of computer software; Computer services, namely, cloud hosting provider services; Providing temporary use of online non-downloadable cloud computing software for use in electronic storage of data; Providing temporary use of online non-downloadable cloud computing software for virtual, augmented reality applications and environments; File sharing services, namely, providing temporary use of non-downloadable featuring technology enabling users to upload and download electronic files; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, web sites, and databases in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Computer services, namely, providing remote management of devices via computer networks, wireless networks or the internet; Data encryption services; Encrypted electronic transmission and delivery of recovered data; Providing temporary use of online non-downloadable software and applications for customer relationship management (CRM); Application service provider (ASP) featuring software for customer relationship management (CRM); Computer services, in particular, application service provider featuring application programming interface (API) software for customer relationship management (CRM); Providing temporary use of non-downloadable software for facilitating and arranging fundraising and the distribution of fundraising donations; Providing temporary use of non-downloadable software for online charitable fundraising services and donation services; Scientific and technological services and research and design relating thereto; Industrial analysis and research services; Computer hardware and software design, development, installation and maintenance; Research services and consulting in the field of information and telecommunications technology; Design of telecommunications apparatus and equipment; Consulting services in the field of design, selection, implementation and use of computer hardware and software systems for others; Providing online software platform featuring technology that enables online users to make payments and transfer funds; Providing online software platform featuring technology that enables online users to make payments and funds transfers across multiple websites and mobile applications; Computer services, namely, application services provider featuring application programming interface (API) software to allow users to perform e-commerce transactions via the internet and communications networks; Software as a services (SAAS) services featuring software for facilitating e-commerce transactions via the internet and communications networks; Application service provider featuring an application programming interface (API) software to allow users to perform e-commerce transactions via the internet and communications networks; Providing temporary use of non-downloadable software for converting natural language into

machine-executable commands; Analyzing and evaluating social media content; Developing standards for third-party social media content; Conducting proceedings relating to standards concerning third-party social media content; Content moderation and supervision; Web publishing, namely, publishing of decisions concerning third-party social media content; Providing temporary use of non-downloadable computer software in the nature of a query engine; Providing temporary use of non-downloadable computer software for use in performing queries on large amounts of data; Providing temporary use of non-downloadable computer software in the nature of a query engine functioning across business intelligence (BI) tools; Providing temporary use of online non-downloadable artificial intelligence software for facilitating machine learning software; Application service provider (ASP) featuring software to enable or facilitate machine learning software; Providing temporary use of online non-downloadable software for machine learning; Providing temporary use of online non-downloadable software tools for software development; Providing temporary use of online non-downloadable software for building user interfaces; Application service provider (ASP) featuring software to enable or facilitate user interface building software; Electronic data storage; Electronic storage of photographs; Interactive hosting services which allow the users to publish and share their own content and images online; Providing on-line non-downloadable software for database management; Computer network services; Providing temporary use of non-downloadable software for opinion polling; Providing software allowing users to post questions with answer options; Platform as a service (PAAS) services featuring technology that allows businesses, organizations and individuals to create and manage their online presences and to communicate with online users information and messages regarding their activities, products and services and to engage in business and social networking; Providing temporary use of non-downloadable software featuring technology that allows users to manage their business networking accounts; Providing temporary use of non-downloadable software for voice command and recognition software, speech to text conversion software, voice-enabled software applications for personal information management; Platform as a service (PAAS) featuring computer software platforms for personal assistant software; Platform as a service (PAAS) featuring computer software platforms for home automation and home device integration software; Platform as a service (PAAS) featuring computer software platforms for wireless communication software for voice, audio, video, and data transmission; Software as a service (SAAS) featuring computer software for personal information management; Providing temporary use of non-downloadable software for accessing, monitoring, tracking, searching, saving, and sharing information on topics of general interest; Software as a service (SAAS) featuring computer software for use to connect and control internet of things (iot) electronic devices; Software as a service (SAAS) featuring computer software for others to use for the development of software to manage, connect, and operate internet of things (iot) electronic devices; Software as a service (SAAS) featuring computer software for use as an application programming interface (API); Design, development and maintenance of proprietary computer software for others in the field of natural language, speech,

language, and voice recognition excluding post-production of picture and sound recordings; Technical support and consultation services for developing applications; Information, advisory and consultancy services relating to voice command and recognition software, speech to text conversion software, and voice-enabled software applications, home automation, and internet-of-things software; Providing information, news, and commentary in the field of science and technology, home decorating, weather, and graphic, interior, product, and fashion design; Technological services, namely, data warehousing services; Application service provider (asp), namely, hosting computer software applications through the internet of others; Consultation services relating to programming of multimedia application management, computer programming, hardware, software, and computer system design and specification; Software as a service (SAAS) services, namely, hosting software for use by others for use providing an online database featuring a wide range of general interest information via the internet; Providing temporary use of on-line non-downloadable mobile communications device software for enhancing mobile access to the internet via computers, mobile computers, and mobile communications devices; Technical support, namely, troubleshooting of computer hardware and software problems and mobile computer and mobile communications device hardware and software problems; Computer, mobile computer, and mobile communication device hardware and software consultation and design; Providing temporary use of non-downloadable computer software that enables users to access and download computer software; Providing temporary use of on-line non-downloadable software and applications for accessing streaming audio and video files, games, social networks, text files, and multimedia files; Application service provider (ASP) featuring application programming interface (API) software for the streaming, storage, and sharing of video games, content, data and information; Computer software development in the field of mobile applications; Providing technical support services, namely, troubleshooting of computer software problems regarding the usage of communications equipment; Computer services; IT services; Application service provider (ASP) services, namely, hosting computer software applications of others; Application service provider (ASP) services, featuring e-commerce software for use as a payment gateway that authorizes processing of credit cards or direct payments for merchants; Application service provider (ASP) services, namely, providing, hosting, managing, developing, and maintaining applications, software, websites and databases in the fields of information technology, blockchain, virtual currency, digital currency, cryptocurrency, and digital assets; Application service provider (ASP) services featuring software for use in virtual currency, digital currency, cryptocurrency, and digital asset exchange and transactions; Application service provider (ASP) featuring software to enable or facilitate the creating, editing, uploading, downloading, accessing, viewing, posting, displaying, commenting on, embedding, transmitting, and sharing or otherwise providing electronic media or information via the internet and communications networks; Application service provider services featuring application programming interface (API) software to allow users to perform electronic business transactions via a global computer network; Application service provider (ASP) featuring software to enable or

| | |
|---|---|
| *IDENTIFICATION | facilitate purchasing goods and services; Software as a service (SAAS) services; Platform as a service (PAAS) services; Providing temporary use of non-downloadable cloud computing software; Providing distributed ledger technology; Providing temporary use of non-downloadable software which facilitates the ability of users to view, analyze, record, store, monitor, manage, trade and exchange digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for sending, receiving, accepting, buying, selling, storing, transmitting, trading and exchanging digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for implementing and recording financial transactions, for creating accounts and maintaining and managing information about financial transactions on distributed public ledgers and peer to peer payment networks; Providing temporary use of non-downloadable software for processing electronic payments and for transferring funds to and from others; Providing electronic financial platform software; Providing software for use as an application programming interface (API) for the development, testing, and integration of blockchain software applications; Providing temporary use of non-downloadable software for transfers of digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens between parties; Providing temporary use of non-downloadable software for use in financial trading; Providing temporary use of non-downloadable software for use in financial exchange; Providing temporary use of non-downloadable software for use in accessing financial information and market data and trends; Providing temporary use of non-downloadable software for the management of cryptographic security of electronic transmissions across computer networks; Providing temporary use of non-downloadable software for use with virtual currency; Providing software for use with digital currency; Providing software for use with cryptocurrency; Providing temporary use of non-downloadable software for use with digital currency wallet and storage services; Providing software for use as a cryptocurrency wallet; Providing software for use as an electronic wallet; Providing software for use as a digital wallet; Electronic data storage services; Providing temporary use of non-downloadable software for electronic funds transfer; Providing temporary use of non-downloadable software for currency conversion; Providing temporary use of non-downloadable software for the collection and distribution of data; Providing temporary use of non-downloadable software for payment transactions; Providing temporary use of non-downloadable software for connecting computers to local databases and global computer networks; Providing temporary use of non-downloadable software for creating searchable databases of information and data; Providing temporary use of non-downloadable software for managing and validating digital currency, virtual currency, cryptocurrency, digital asset, blockchain asset, digitized asset, digital token, crypto token and utility token transactions; Providing temporary use of non-downloadable software for creating and managing smart contracts; Providing temporary use of non-downloadable software for managing payment and exchange transactions; |

Providing temporary use of non-downloadable software for electronically exchanging currency for digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for use in enabling the electronic transfer of funds to and from others; Providing temporary use of non-downloadable software for creating a decentralized and open source digital currency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for creating a decentralized and open source virtual currency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for creating a decentralized and open source cryptocurrency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for encrypting and enabling secure transmission of digital information over the Internet, as well as over other modes of communication between computing devices; Distributed ledger platform software for use in processing financial transactions; Providing temporary use of non-downloadable software for electronic funds transfer and currency conversion; Providing a web portal featuring blogs and non-downloadable publications in the nature of articles, columns, and informational guides in the fields of virtual currencies, digital and blockchain assets and market and trading trends; Platform as a service (PAAS) featuring computer software platforms for the selling and purchasing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Software as a service (SAAS) featuring computer software platforms for the selling and purchasing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Computer services, namely, creating an on-line virtual environment for the selling and purchasing of digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) featuring computer software platforms for managing blockchain and token driven, distributed storage computer systems; Software as a service (SAAS) featuring computer software platforms for managing blockchain and token driven, distributed storage computer systems; Computer services, namely, providing secure, private encrypted cloud storage services; Computer services, namely, providing open source decentralized cloud storage platform; Data encryption services featuring blockchain software technology and peer-to-peer protocols to provide secure, private, and encrypted cloud storage; Providing temporary use of non-downloadable software for use as a cryptocurrency wallet; Data mining; Providing temporary use of non-downloadable software for use with blockchain technology; Software as a service (SAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) featuring

software platforms for facilitating transactions and payments using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens that allow users to buy from, and sell products and services to others; Software as a service (SAAS) featuring software platforms for facilitating transactions and payments using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens that allow users to buy from, and sell products and services to others; Blockchain-based software platforms and distributed computing software platforms for auditing and verifying digital information and codes; Design, development and implementation of audit and security software for blockchain-based platforms; Providing temporary use of non-downloadable software for use in facilitating secure transactions; Providing temporary use of non-downloadable software for auditing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Design, development, and implementation of software for distributed computing platforms; Design, development, and implementation of software for blockchain; Design, development, and implementation of software for digital currency, virtual currency, cryptocurrency, digital and blockchain asset, digitized asset, digital token, crypto token and utility token wallets; Design, development, and implementation of software for third-party verification services for digital currency transactions, including but not limited to transactions involving bitcoin currency; Providing temporary use of non-downloadable software for users to buy and sell products by using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for use in accessing, reading, tracking, and using blockchain technology; Technical consultancy services related to digital currency, virtual currency, cryptocurrency, digital and blockchain asset, digitized asset, digital token, crypto token and utility token transactions; Platform as a service (PAAS) featuring computer software platforms for computer system and application development, deployment, and management; Software as a service (SAAS) featuring computer software platforms for computer system and application development, deployment, and management; Providing temporary use of non-downloadable software enabling users to develop, build and run distributed applications through an open-source peer-to-peer smart-contract and payment network platform; Providing temporary use of non-downloadable authentication software for controlling access to and communications with computers and computer networks; Providing temporary use of non-downloadable software for use in the exchange of virtual items; Providing a digital exchange; Providing temporary use of non-downloadable software for use in issuing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized as; Application service provider (ASP); Application service provider (ASP) featuring application programming interface (API) software which facilitates online services for social networking, developing software applications; Application service provider (ASP) featuring location-aware software for searching, determining

and sharing the location of goods, services and events of interest; Application service provider (ASP) featuring software for mapping services; Application service provider (ASP) featuring software for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Application service provider (ASP) featuring software for use in buying, selling, designing, managing, tracking, valuing, optimizing, targeting, analyzing, delivery, and reporting of online advertising and marketing; Application service provider (ASP) featuring software to enable or facilitate the sharing and displaying a user's location, planning activities with other users and making recommendations; Application service provider (ASP) featuring software to enable or facilitate social and destination mapping; Application service provider (ASP) featuring software to enable or facilitate interaction and communication between humans and AI (artificial intelligence) platforms, namely, bots, virtual agents and virtual assistants; Application service provider (ASP) services; Application service provider (ASP) services featuring software for controlling, integrating, operating, connecting, and managing voice controlled information devices, namely, cloud-connected and voice-controlled smart consumer electronic devices and electronic personal assistant devices; Application service provider (ASP), namely, hosting, managing, developing and maintaining applications, software, and web sites, in the fields of personal productivity, wireless communication, and mobile applications; Application service provider (ASP), namely, providing, hosting, managing, developing, and maintaining applications, software, websites, and databases in the fields of calculation of website ranking based on user traffic; Application service provider (ASP), namely, remote hosting of computer applications of others; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, web sites, and databases in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, websites, and databases in the fields of calculation of website ranking based on user traffic; Computer consulting, computer programming; Computer hardware and software consultation and design; Computer hardware, software, application, and network consulting services; Computer online services, namely, providing information, online links and electronic resources related to sports, health, and fitness; Computer services in the nature of providing customized online pages featuring user-defined or specified information, personal profiles, virtual reality, mixed reality, and augmented reality content and data; Computer services, namely, creating virtual communities for registered users to organize groups and events, participate in discussions, get feedback from their peers, and engage in social, business and community networking; Computer services, namely, curating online user-defined content and advertisements and creating social media feeds; Computer services, namely, hosting online web facilities for others for organizing and conducting meetings, events and interactive discussions via the internet and communication

networks; Computer services, namely, providing information in the fields of technology and software development via the internet; Computer software development; Creating, maintaining and hosting of a website and other computer and electronic communication networks featuring information, online links, and electronic resources in the field of sports and fitness; Creating, maintaining and hosting of an interactive web site and other computer and electronic communication networks that enables users to enter, access, track progress, monitor and generate health, fitness, personal exercise, sports, and athletic activity information and achievements; Creating, maintaining and hosting of an interactive web site and other computer and electronic communication networks that enables users to compete and compare athletic information and achievements with other users; Design and development of augmented reality hardware and software; Design and development of computer hardware and computer software; Design and development of interactive multimedia software; Design and development of mixed reality hardware and software; Design and development of virtual reality hardware and software; File sharing services, namely, providing online facilities for others featuring technology enabling users to upload and download electronic files; Hosting of digital content on the internet; Mapping services; Mobile computer and mobile communications device hardware and software consultation and design; Mobile computer and mobile communications device software design for others; Non-downloadable computer software for displaying, aggregating, analyzing and organizing data and information in the fields of health, wellness, fitness, physical activity, weight management, sleep, and nutrition; Non-downloadable computer software for facilitating interaction and communication between humans and AI (artificial intelligence) platforms, namely, bots, virtual agents and virtual assistants; Non-downloadable computer software for sharing and displaying a user's location, planning activities with other users and making recommendations; Non-downloadable computer software for social and destination mapping; Non-downloadable computer software for tracking fitness, health and wellness goals and statistics; Non-downloadable software for creating personalized fitness training programs; Non-downloadable software for creating, managing and accessing user-created and administered private groups within virtual communities; Non-downloadable software for ordering and/or purchasing goods and services; Non-downloadable software for processing electronic payments; Non-downloadable software for providing a virtual marketplace; Non-downloadable software for providing personal training services, workouts and fitness assessments; Non-downloadable software for social networking, creating a virtual community, and transmission of audio, video, images, text and data; Non-downloadable software for streaming multimedia entertainment content; Non-downloadable software for transmitting, sharing, receiving, downloading, displaying, interacting with and transferring content, text, visual works, audio works, audiovisual works, literary works, data, files, documents and electronic works; Online ad-buying platform provider, namely, providing non-downloadable software programs for allowing buyers and sellers of online advertising to purchase and sell advertising inventory; Online non-downloadable cloud computing software for use in electronic

storage of data; Online non-downloadable cloud computing software for virtual, mixed and augmented reality applications and environments; Online non-downloadable computer software for use in providing retail and ordering services for a wide variety of consumer goods; Platform as a service (PAAS) featuring computer software platforms for use in purchasing and disseminating advertising; Platform as a service (PAAS) featuring computer software platforms for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Platform as a service (PAAS) featuring computer software platforms for voice command and recognition software, speech to text conversion software, voice-enabled software applications for personal information management; Platform as a service (PAAS) featuring software platforms for social networking and transmission of images, audio-visual content, video content and messages; Platform as a service (PAAS) services featuring computer software to allow users to perform electronic business and e-commerce transaction; Provide an interactive web site that enables users to enter, access, track progress, monitor and generate nutrition, calories, health, fitness, personal exercise, sports, and athletic activity information and achievements; Provide use of non-downloadable software to provide information regarding sports, athletic skill development, fitness coaching, and fitness training via an online website and other computer and electronic communication networks for gaming consoles, personal computers, personal digital devices, and smart phones; Providing an interactive web site that enables users to enter, access, track progress, monitor and generate calories, fitness, personal exercise, and athletic activity information and achievements; Providing an online network service that enables users to transfer personal identity data to and share personal identity data with and among multiple online facilities; Providing customized computer searching services, namely, searching and retrieving information at the user's specific request via the internet; Providing information from searchable indexes and databases of information, including text, electronic documents, databases, graphics, electronic media, images and audio visual content via the internet and communication networks; Providing internet search engines; Providing non-downloadable software to allow users to perform electronic business transactions via the internet and communications networks; Providing online facilities featuring technology that enables online users to create personal profiles featuring social and business networking information, to transfer and share such information among multiple online facilities to engage in social networking, and to manage their social networking accounts; Providing online facilities that give users the ability to upload, modify and share audio, video, photographic images, text, graphics and data; Providing online facilities featuring technology that enables online users to create personal profiles featuring social and business networking information and to transfer and share such information among multiple online facilities; Providing online non-downloadable software for setting up, configuring, and controlling wearable computer hardware and wearable computer peripherals; Providing online sites that gives users the ability to upload, modify and share virtual reality, mixed

reality and augmented reality content, information, experiences and data; Providing personal assistant software; Providing search platforms to allow users to request and receive photos, videos, text, data, images, and electronic works; Providing search platforms to allow users to request and receive content, text, visual works, audio works, audiovisual works, literary works, data, files, documents, and electronic works; Providing social assistant software; Providing software for facilitating and arranging for the financing and distribution of fundraising and donations; Providing software for online charitable fundraising services and financial donation services; Providing temporary access to non-downloadable computer software for mapping services; Providing temporary use of non-downloadable computer software and hosting online facilities to enable users to access and download computer software; Providing temporary use of non-downloadable computer software enabling development, assessment, testing, and maintenance of mobile software applications for portable computing devices, namely, mobile phones, smartphones, handheld computers and computer tablets; Providing temporary use of non-downloadable computer software for sharing and displaying a user's location, planning activities with other users and making recommendations; Providing temporary use of non-downloadable computer software for social and destination mapping; Providing temporary use of non-downloadable computer software for finding content and content publishers, and for subscribing to content; Providing temporary use of non-downloadable computer software for accessing, collecting, displaying, editing, linking, modifying, organizing, tagging, streaming, sharing, storing, transmitting, and otherwise providing electronic media, photographs, images, graphics, audio, videos, audio-visual content, data and information via the internet and communication networks; Providing temporary use of non-downloadable e-commerce software to allow users to perform electronic business transactions via the internet; Providing temporary use of non-downloadable location-aware computer software for searching, determining and sharing the location of goods, services and events of interest; Providing temporary use of non-downloadable software applications for searching and identifying local and location-based points of interest, events, landmarks, employment opportunities, entertainment, cultural events, shopping and offers; Providing temporary use of non-downloadable software applications for providing location-based weather information; Providing temporary use of non-downloadable software applications for providing, linking to, or streaming news or current events information; Providing temporary use of non-downloadable software for modifying photographs, images and audio, video, and audio-video content with photographic filters and virtual reality, mixed reality, and augmented reality (AR) effects, namely, graphics, animations, text, drawings, geotags, metadata tags, hyperlinks; Providing temporary use of non-downloadable software for taking photographs and recording audio, audio-visual and video content; Providing temporary use of non-downloadable software for uploading, downloading, archiving, enabling transmission of, and sharing images, audio-visual and video content and associated text and data; Providing temporary use of non-downloadable software for streaming multimedia entertainment content; Providing temporary use of online non-downloadable software and applications for instant messaging,

voice over internet protocol (VOIP), video conferencing, and audio conferencing; Providing temporary use of online non-downloadable software for use in designing, managing, measuring, analyzing, disseminating, and serving advertising of others; Providing temporary use of non-downloadable software for taking photographs and recording audio, audio-visual and video content; Provision of Internet search engine services; Rental of computer software that gives users the ability to upload, edit, and share images, videos and audio-visual content; Software as a service (SAAS) featuring computer software for accessing, browsing, and searching online databases, audio, video and multimedia content, games, and software applications, software application marketplaces; Software as a service (SAAS) featuring computer software for accessing, monitoring, tracking, searching, saving, and sharing information on topics of general interest; Software as a service (SAAS) featuring computer software for connecting, operating, integrating, controlling, and managing networked consumer electronic devices, home climate devices and lighting products via wireless networks; Software as a service (SAAS) featuring computer software used for controlling stand-alone voice controlled information and personal assistant devices; Software as a service (SAAS) for use in designing, creating and analyzing data, metrics and reports in the areas of health, fitness, sleep, nutrition and wellness; Software as a service (SAAS) services featuring software for sending and receiving electronic messages, notifications and alerts; Software as a service (SAAS) services featuring software for use of an algorithm for calculating and generating data for sport activity, fitness training, fitness level assessments, fitness coaching, fitness recommendations and goal setting; Software as a service (SAAS) services, namely, hosting software for use by others for use of an algorithm for calculating and generating data for sport activity, fitness training, fitness level assessments, fitness coaching, fitness recommendations and goal setting; Software as a service (SAAS) services, namely, providing a customized website and mobile portal for individuals featuring data analytics based on physiological metrics for purposes of health monitoring; Software as a service (SAAS) that enables users to manage employee accounts, schedule and track employee participation, and facilitate and manage corporate fitness and wellness programs; Software for electronic messaging; Technical support services, namely, troubleshooting in the nature of diagnosing computer hardware and software problems; Technological services, namely, data warehousing services

| FILING BASIS | SECTION 1(b) |
|---|---|
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 083739 |
| FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Jamaica |
| FOREIGN FILING DATE | 07/08/2021 |
| INTENT TO PERFECT 44(d) | At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority. |

## ATTORNEY INFORMATION

| NAME | Anthony J. Malutta |
|---|---|
| **ATTORNEY DOCKET NUMBER** | 1288212 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Kilpatrick Townsend & Stockton LLP |
| **STREET** | Two Embarcadero Center, Suite 1900 |
| **CITY** | San Francisco |
| **STATE** | California |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 94111 |
| **PHONE** | 415-273-7507 |
| **FAX** | 415-723-7132 |
| **EMAIL ADDRESS** | MetaProsecution@kilpatricktownsend.com |
| **OTHER APPOINTED ATTORNEY** | Calla Yee and Jenny Goak |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Anthony J. Malutta |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | MetaProsecution@kilpatricktownsend.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | tmadmin@kilpatricktownsend.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *****TOTAL FEES DUE** | 350 |
| *****TOTAL FEES PAID** | 350 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /scott minden/ |
| **SIGNATORY'S NAME** | Scott Minden |
| **SIGNATORY'S POSITION** | Associate General Counsel |
| **DATE SIGNED** | 01/04/2022 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478

Approved for use through 10/31/2024. OMB 0651-0009

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97202623**
**Filing Date: 01/04/2022**

## To the Commissioner for Trademarks:

**MARK:** META (Standard Characters, see mark)
The literal element of the mark consists of META. The mark consists of standard characters, without claim to any particular font style, size, or color.

The applicant, Meta Platforms, Inc., a corporation of Delaware, having an address of

    1601 Willow Road
    Menlo Park, California 94025
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 042: Design and development of computer hardware and software; Providing online non-downloadable software; Providing temporary use of non-downloadable software to enable development, assessment, testing, and maintenance of mobile software applications for portable electronic communication devices, namely, mobile phones, smartphones, handheld computers and computer tablets; Design, engineering, research, development and testing services in the field of mobile application software development related to the use and functionality of hyperlinks; Technical consultation in the field of mobile application software development related to the use and functionality of hyperlinks; Providing temporary use of non-downloadable software that gives users the ability to engage in social networking and manage their social networking content; Computer services, namely, creating an online community for registered users to engage in social networking; Providing temporary use of non-downloadable software for creating, managing and accessing user-created and administered groups within virtual communities; Providing temporary use of non-downloadable software for creating and managing social media profiles and user accounts; Providing temporary use of non-downloadable software for social networking, creating a virtual community, and transmission of audio, video, images, text, content, and data; Computer services in the nature of customized electronic personal and group profiles or webpages featuring user-defined or specified information, including, audio, video, images, text, content, and data; Providing temporary use of non-downloadable software that enables users to transfer personal identity data to and share personal identity data with and among multiple websites; Application service provider (ASP) featuring software for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Platform as a service (PAAS) featuring software platforms for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Application service provider (ASP) featuring application programming interface (API) software which facilitates online services for social networking and developing software applications; Providing temporary use of non-downloadable software for viewing and interacting with a feed of electronic media, namely, images, audio-visual and video content, live streaming video, commentary, advertisements, news, and internet links; Providing temporary use of non-downloadable software for finding content and content publishers, and for subscribing to content; Providing temporary use of non-downloadable software for organizing images, video, and audio-visual content using metadata tags; Providing temporary use of non-downloadable software for creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, interacting with, embedding, transmitting, and sharing or otherwise providing electronic media, images, video, audio, audio-visual content , data, and information via the internet and communication networks; Application service provider (ASP) featuring software to enable or facilitate the creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, interacting with, embedding, transmitting, and sharing or otherwise providing electronic media, images, video, audio, audio-visual content , data, and information via the internet and communication networks; Providing temporary use of non-downloadable software for sending and receiving electronic messages, alerts, notifications and reminders; Providing application programming interface (API) software for use in electronic messaging and transmission of audio, video, images, text, content and data; Providing temporary use of non-downloadable software for electronic messaging; Providing temporary use of non-downloadable software to facilitate interactive discussions via communication networks; Providing temporary use of non-downloadable software for organizing events, searching for events, calendaring and managing events; Providing temporary use of non-downloadable software for modifying photographs, images and audio, video, and audio-video content; Providing temporary use of non-downloadable computer software for use in taking and editing photographs and recording and editing videos; Application service provider (ASP) featuring software to enable or facilitate taking and editing photographs and recording and editing videos; Providing temporary use of non-downloadable software for streaming multimedia entertainment content; Providing temporary use of

non-downloadable computer software for enabling transmission of images, audio, audio visual and video content and data; Computer services, namely, providing search engines for obtaining data via the internet and communications networks; Providing search engines of online network environments to provide information from searchable indexes and databases of information, including text, electronic documents, databases, graphics, electronic media, images and audio visual content, via the internet and communications networks; Application service provider (ASP) services, namely, hosting software applications of others; Providing temporary use of non-downloadable software for providing, linking to, or streaming news or current events information; Providing temporary use of non-downloadable e-commerce software to allow users to perform electronic business transactions via the internet and communications networks; Application service provider (ASP) featuring application programming interface (API) software to allow users to perform electronic business transactions via the internet and communication networks; Software as a service (SAAS) services featuring software for sending and receiving electronic messages, notifications and alerts and for facilitating electronic business transactions via the internet and communications networks; Providing temporary use of non-downloadable software for use in designing, managing, measuring, analyzing, disseminating, and serving advertising of others; Application service provider (ASP) featuring application programming interface (API) software for creating, managing, tracking, reporting and measuring advertising of others; Providing non-downloadable software for allowing buyers and sellers of online advertising to purchase and sell advertising inventory; Providing temporary use of non-downloadable software for creating, sharing, disseminating and posting advertising; Providing temporary use of non-downloadable software for creating and maintaining an online presence for individuals, groups, companies, and brands; Providing temporary use of non-downloadable software for advertisers to communicate and interact with online communities; Providing temporary use of non-downloadable software for curating online user-defined content and advertisements and creating social media feeds; Designing and developing computer game software and video game software for use with computers, video game program systems and computer networks; Development of hardware for use in connection with electronic and interactive multimedia games; Providing temporary use of non-downloadable software that gives users the ability to upload, modify and share virtual reality content, augmented reality content, mixed reality content, information, experiences and data; Hosting of virtual reality and augmented reality content on the internet; Providing user authentication services using single sign-on and software technology for e-commerce transactions; Providing user authentication services of electronic funds transfer, credit and debit card and electronic check transactions using single sign-on and software technology; Providing an application programming interface (API) to allow users to perform electronic business transactions via the internet; Providing temporary use of non-downloadable software for processing electronic payments; Platform as a service (PAAS) services featuring computer software to allow users to perform business and e-commerce transactions; Providing temporary access to non-downloadable computer software for providing electronic maps; Application service provider (ASP) featuring software for providing electronic maps; Providing temporary use of non-downloadable computer software for searching, determining, and sharing locations; Providing temporary use of non-downloadable software for searching and identifying local and location-based points of interest, events, landmarks, employment opportunities, entertainment, cultural events, shopping and offers; Providing temporary use of non-downloadable computer software for making reservations and bookings; Application service provider (ASP) featuring software to enable or facilitate making reservations and bookings; Providing temporary use of non-downloadable software that give users the ability to post ratings, reviews, referrals and recommendations relating to businesses, restaurants, service providers, events, public services and government agencies; Providing temporary use of non-downloadable software for providing a virtual marketplace; Providing temporary use of non-downloadable computer software for ordering and/or purchasing goods and services; Application service provider (ASP) featuring software to enable or facilitate ordering and/or purchasing goods and services; Providing temporary use of non-downloadable software for searching and identifying employment opportunities; Providing temporary use of non-downloadable software for identifying and allowing users to contact government representatives; Providing temporary use of non-downloadable software for facilitating interaction and communication between humans and AI (artificial intelligence) platforms; Application service provider (ASP) featuring software to enable or facilitate interaction and communication between humans and AI (artificial intelligence) platforms; Design of augmented reality and virtual reality effects for use in modifying photographs, images, videos and audio-visual content; Providing online non-downloadable personal assistant software; Providing non-downloadable social assistant software; Providing temporary use of non-downloadable computer software for use in facilitating voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, electronic message, instant message, and online social networking services; Application service provider (ASP) services featuring software to enable or facilitate voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, electronic message, instant message, and online social networking services; Providing a website featuring information in the fields of technology and software development via the internet and communication networks; Design and development of virtual reality and augmented reality and mixed reality hardware and software; Design and development of video game hardware and software; Software development; Development of interactive multimedia software; Maintenance and repair of computer software; Computer services, namely, cloud hosting provider services; Providing temporary use of online non-downloadable cloud computing software for use in electronic storage of data; Providing temporary use of online non-downloadable cloud computing software for virtual, augmented reality applications and environments; File sharing services, namely, providing temporary use of non-downloadable featuring technology enabling users to upload and download electronic files; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, web sites, and databases in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Computer services, namely, providing remote management of devices via computer networks, wireless networks or the internet; Data encryption services; Encrypted electronic transmission and delivery of recovered data; Providing temporary use of online non-downloadable software and applications for customer relationship management (CRM); Application service provider (ASP) featuring software for customer relationship management (CRM); Computer services, in particular, application service provider featuring application programming interface (API) software for customer relationship management (CRM); Providing temporary use of non-downloadable software for facilitating and arranging fundraising and the distribution of fundraising donations; Providing temporary use of non-downloadable software for online charitable fundraising services and donation services; Scientific and technological services and research and design relating thereto; Industrial analysis and research services; Computer hardware and software design, development, installation and maintenance; Research services and consulting in the field of information and telecommunications

technology; Design of telecommunications apparatus and equipment; Consulting services in the field of design, selection, implementation and use of computer hardware and software systems for others; Providing online software platform featuring technology that enables online users to make payments and transfer funds; Providing online software platform featuring technology that enables online users to make payments and funds transfers across multiple websites and mobile applications; Computer services, namely, application services provider featuring application programming interface (API) software to allow users to perform e-commerce transactions via the internet and communications networks; Software as a service (SAAS) services featuring software for facilitating e-commerce transactions via the internet and communications networks; Application service provider featuring an application programming interface (API) software to allow users to perform e-commerce transactions via the internet and communications networks; Providing temporary use of non-downloadable software for converting natural language into machine-executable commands; Analyzing and evaluating social media content; Developing standards for third-party social media content; Conducting proceedings relating to standards concerning third-party social media content; Content moderation and supervision; Web publishing, namely, publishing of decisions concerning third-party social media content; Providing temporary use of non-downloadable computer software in the nature of a query engine; Providing temporary use of non-downloadable computer software for use in performing queries on large amounts of data; Providing temporary use of non-downloadable computer software in the nature of a query engine functioning across business intelligence (BI) tools; Providing temporary use of online non-downloadable artificial intelligence software for facilitating machine learning software; Application service provider (ASP) featuring software to enable or facilitate machine learning software; Providing temporary use of online non-downloadable software for machine learning; Providing temporary use of online non-downloadable software tools for software development; Providing temporary use of online non-downloadable software for building user interfaces; Application service provider (ASP) featuring software to enable or facilitate user interface building software; Electronic data storage; Electronic storage of photographs; Interactive hosting services which allow the users to publish and share their own content and images online; Providing on-line non-downloadable software for database management; Computer network services; Providing temporary use of non-downloadable software for opinion polling; Providing software allowing users to post questions with answer options; Platform as a service (PAAS) services featuring technology that allows businesses, organizations and individuals to create and manage their online presences and to communicate with online users information and messages regarding their activities, products and services and to engage in business and social networking; Providing temporary use of non-downloadable software featuring technology that allows users to manage their business networking accounts; Providing temporary use of non-downloadable software for voice command and recognition software, speech to text conversion software, voice-enabled software applications for personal information management; Platform as a service (PAAS) featuring computer software platforms for personal assistant software; Platform as a service (PAAS) featuring computer software platforms for home automation and home device integration software; Platform as a service (PAAS) featuring computer software platforms for wireless communication software for voice, audio, video, and data transmission; Software as a service (SAAS) featuring computer software for personal information management; Providing temporary use of non-downloadable software for accessing, monitoring, tracking, searching, saving, and sharing information on topics of general interest; Software as a service (SAAS) featuring computer software for use to connect and control internet of things (iot) electronic devices; Software as a service (SAAS) featuring computer software for others to use for the development of software to manage, connect, and operate internet of things (iot) electronic devices; Software as a service (SAAS) featuring computer software for use as an application programming interface (API); Design, development and maintenance of proprietary computer software for others in the field of natural language, speech, language, and voice recognition excluding post-production of picture and sound recordings; Technical support and consultation services for developing applications; Information, advisory and consultancy services relating to voice command and recognition software, speech to text conversion software, and voice-enabled software applications, home automation, and internet-of-things software; Providing information, news, and commentary in the field of science and technology, home decorating, weather, and graphic, interior, product, and fashion design; Technological services, namely, data warehousing services; Application service provider (asp), namely, hosting computer software applications through the internet of others; Consultation services relating to programming of multimedia application management, computer programming, hardware, software, and computer system design and specification; Software as a service (SAAS) services, namely, hosting software for use by others for use providing an online database featuring a wide range of general interest information via the internet; Providing temporary use of on-line non-downloadable mobile communications device software for enhancing mobile access to the internet via computers, mobile computers, and mobile communications devices; Technical support, namely, troubleshooting of computer hardware and software problems and mobile computer and mobile communications device hardware and software problems; Computer, mobile computer, and mobile communication device hardware and software consultation and design; Providing temporary use of non-downloadable computer software that enables users to access and download computer software; Providing temporary use of on-line non-downloadable software and applications for accessing streaming audio and video files, games, social networks, text files, and multimedia files; Application service provider (ASP) featuring application programming interface (API) software for the streaming, storage, and sharing of video games, content, data and information; Computer software development in the field of mobile applications; Providing technical support services, namely, troubleshooting of computer software problems regarding the usage of communications equipment; Computer services; IT services; Application service provider (ASP) services, namely, hosting computer software applications of others; Application service provider (ASP) services, featuring e-commerce software for use as a payment gateway that authorizes processing of credit cards or direct payments for merchants; Application service provider (ASP) services, namely, providing, hosting, managing, developing, and maintaining applications, software, websites and databases in the fields of information technology, blockchain, virtual currency, digital currency, cryptocurrency, and digital assets; Application service provider (ASP) services featuring software for use in virtual currency, digital currency, cryptocurrency, and digital asset exchange and transactions; Application service provider (ASP) featuring software to enable or facilitate the creating, editing, uploading, downloading, accessing, viewing, posting, displaying, commenting on, embedding, transmitting, and sharing or otherwise providing electronic media or information via the internet and communications networks; Application service provider services featuring application programming interface (API) software to allow users to perform electronic business transactions via a global computer network; Application service provider (ASP) featuring software to enable or facilitate purchasing goods and services; Software as a service (SAAS) services; Platform as a service (PAAS) services; Providing temporary use of non-downloadable cloud computing software; Providing distributed ledger technology;

Providing temporary use of non-downloadable software which facilitates the ability of users to view, analyze, record, store, monitor, manage, trade and exchange digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for sending, receiving, accepting, buying, selling, storing, transmitting, trading and exchanging digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for implementing and recording financial transactions, for creating accounts and maintaining and managing information about financial transactions on distributed public ledgers and peer to peer payment networks; Providing temporary use of non-downloadable software for processing electronic payments and for transferring funds to and from others; Providing electronic financial platform software; Providing software for use as an application programming interface (API) for the development, testing, and integration of blockchain software applications; Providing temporary use of non-downloadable software for transfers of digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens between parties; Providing temporary use of non-downloadable software for use in financial trading; Providing temporary use of non-downloadable software for use in financial exchange; Providing temporary use of non-downloadable software for use in accessing financial information and market data and trends; Providing temporary use of non-downloadable software for the management of cryptographic security of electronic transmissions across computer networks; Providing temporary use of non-downloadable software for use with virtual currency; Providing software for use with digital currency; Providing software for use with cryptocurrency; Providing temporary use of non-downloadable software for use with digital currency wallet and storage services; Providing software for use as a cryptocurrency wallet; Providing software for use as an electronic wallet; Providing software for use as a digital wallet; Electronic data storage services; Providing temporary use of non-downloadable software for electronic funds transfer; Providing temporary use of non-downloadable software for currency conversion; Providing temporary use of non-downloadable software for the collection and distribution of data; Providing temporary use of non-downloadable software for payment transactions; Providing temporary use of non-downloadable software for connecting computers to local databases and global computer networks; Providing temporary use of non-downloadable software for creating searchable databases of information and data; Providing temporary use of non-downloadable software for managing and validating digital currency, virtual currency, cryptocurrency, digital asset, blockchain asset, digitized asset, digital token, crypto token and utility token transactions; Providing temporary use of non-downloadable software for creating and managing smart contracts; Providing temporary use of non-downloadable software for managing payment and exchange transactions; Providing temporary use of non-downloadable software for electronically exchanging currency for digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for use in enabling the electronic transfer of funds to and from others; Providing temporary use of non-downloadable software for creating a decentralized and open source digital currency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for creating a decentralized and open source virtual currency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for creating a decentralized and open source cryptocurrency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for encrypting and enabling secure transmission of digital information over the Internet, as well as over other modes of communication between computing devices; Distributed ledger platform software for use in processing financial transactions; Providing temporary use of non-downloadable software for electronic funds transfer and currency conversion; Providing a web portal featuring blogs and non-downloadable publications in the nature of articles, columns, and informational guides in the fields of virtual currencies, digital and blockchain assets and market and trading trends; Platform as a service (PAAS) featuring computer software platforms for the selling and purchasing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Software as a service (SAAS) featuring computer software platforms for the selling and purchasing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Computer services, namely, creating an on-line virtual environment for the selling and purchasing of digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) featuring computer software platforms for managing blockchain and token driven, distributed storage computer systems; Software as a service (SAAS) featuring computer software platforms for managing blockchain and token driven, distributed storage computer systems; Computer services, namely, providing secure, private encrypted cloud storage services; Computer services, namely, providing open source decentralized cloud storage platform; Data encryption services featuring blockchain software technology and peer-to-peer protocols to provide secure, private, and encrypted cloud storage; Providing temporary use of non-downloadable software for use as a cryptocurrency wallet; Data mining; Providing temporary use of non-downloadable software for use with blockchain technology; Software as a service (SAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) featuring software platforms for facilitating transactions and payments using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens that allow users to buy from, and sell products and services to others; Software as a service (SAAS) featuring software platforms for facilitating transactions and payments using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens that allow users to buy from, and sell products and services to others; Blockchain-based software platforms and distributed computing software platforms for auditing and verifying digital information and codes; Design, development and implementation of audit and security software for blockchain-based platforms; Providing temporary use of non-downloadable software for use in facilitating secure transactions; Providing temporary use of non-downloadable software for auditing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Design, development, and implementation of software for distributed computing platforms; Design, development, and implementation of software for blockchain; Design, development, and implementation of software for digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized asset, digital token, crypto token and utility token wallets; Design, development,

and implementation of software for third-party verification services for digital currency transactions, including but not limited to transactions involving bitcoin currency; Providing temporary use of non-downloadable software for users to buy and sell products by using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for use in accessing, reading, tracking, and using blockchain technology; Technical consultancy services related to digital currency, virtual currency, cryptocurrency, digital and blockchain asset, digitized asset, digital token, crypto token and utility token transactions; Platform as a service (PAAS) featuring computer software platforms for computer system and application development, deployment, and management; Software as a service (SAAS) featuring computer software platforms for computer system and application development, deployment, and management; Providing temporary use of non-downloadable software enabling users to develop, build and run distributed applications through an open-source peer-to-peer smart-contract and payment network platform; Providing temporary use of non-downloadable authentication software for controlling access to and communications with computers and computer networks; Providing temporary use of non-downloadable software for use in the exchange of virtual items; Providing a digital exchange; Providing temporary use of non-downloadable software for use in issuing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized as; Application service provider (ASP); Application service provider (ASP) featuring application programming interface (API) software which facilitates online services for social networking, developing software applications; Application service provider (ASP) featuring location-aware software for searching, determining and sharing the location of goods, services and events of interest; Application service provider (ASP) featuring software for mapping services; Application service provider (ASP) featuring software for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Application service provider (ASP) featuring software for use in buying, selling, designing, managing, tracking, valuing, optimizing, targeting, analyzing, delivery, and reporting of online advertising and marketing; Application service provider (ASP) featuring software to enable or facilitate the sharing and displaying a user's location, planning activities with other users and making recommendations; Application service provider (ASP) featuring software to enable or facilitate social and destination mapping; Application service provider (ASP) featuring software to enable or facilitate interaction and communication between humans and AI (artificial intelligence) platforms, namely, bots, virtual agents and virtual assistants; Application service provider (ASP) services; Application service provider (ASP) services featuring software for controlling, integrating, operating, connecting, and managing voice controlled information devices, namely, cloud-connected and voice-controlled smart consumer electronic devices and electronic personal assistant devices; Application service provider (ASP), namely, hosting, managing, developing and maintaining applications, software, and web sites, in the fields of personal productivity, wireless communication, and mobile applications; Application service provider (ASP), namely, providing, hosting, managing, developing, and maintaining applications, software, websites, and databases in the fields of calculation of website ranking based on user traffic; Application service provider (ASP), namely, remote hosting of computer applications of others; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, web sites, and databases in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, websites, and databases in the fields of calculation of website ranking based on user traffic; Computer consulting, computer programming; Computer hardware and software consultation and design; Computer hardware, software, application, and network consulting services; Computer online services, namely, providing information, online links and electronic resources related to sports, health, and fitness; Computer services in the nature of providing customized online pages featuring user-defined or specified information, personal profiles, virtual reality, mixed reality, and augmented reality content and data; Computer services, namely, creating virtual communities for registered users to organize groups and events, participate in discussions, get feedback from their peers, and engage in social, business and community networking; Computer services, namely, curating online user-defined content and advertisements and creating social media feeds; Computer services, namely, hosting online web facilities for others for organizing and conducting meetings, events and interactive discussions via the internet and communication networks; Computer services, namely, providing information in the fields of technology and software development via the internet; Computer software development; Creating, maintaining and hosting of a website and other computer and electronic communication networks featuring information, online links, and electronic resources in the field of sports and fitness; Creating, maintaining and hosting of an interactive web site and other computer and electronic communication networks that enables users to enter, access, track progress, monitor and generate health, fitness, personal exercise, sports, and athletic activity information and achievements; Creating, maintaining and hosting of an interactive web site and other computer and electronic communication networks that enables users to compete and compare athletic information and achievements with other users; Design and development of augmented reality hardware and software; Design and development of computer hardware and computer software; Design and development of interactive multimedia software; Design and development of mixed reality hardware and software; Design and development of virtual reality hardware and software; File sharing services, namely, providing online facilities for others featuring technology enabling users to upload and download electronic files; Hosting of digital content on the internet; Mapping services; Mobile computer and mobile communications device hardware and software consultation and design; Mobile computer and mobile communications device software design for others; Non-downloadable computer software for displaying, aggregating, analyzing and organizing data and information in the fields of health, wellness, fitness, physical activity, weight management, sleep, and nutrition; Non-downloadable computer software for facilitating interaction and communication between humans and AI (artificial intelligence) platforms, namely, bots, virtual agents and virtual assistants; Non-downloadable computer software for sharing and displaying a user's location, planning activities with other users and making recommendations; Non-downloadable computer software for social and destination mapping; Non-downloadable computer software for tracking fitness, health and wellness goals and statistics; Non-downloadable software for creating personalized fitness training programs; Non-downloadable software for creating, managing and accessing user-created and administered private groups within virtual communities; Non-downloadable software for ordering and/or purchasing goods and services; Non-downloadable software for processing electronic payments; Non-downloadable software for providing a virtual marketplace; Non-downloadable software for providing personal training services, workouts and fitness assessments; Non-downloadable software for social networking, creating a virtual community,

and transmission of audio, video, images, text and data; Non-downloadable software for streaming multimedia entertainment content; Non-downloadable software for transmitting, sharing, receiving, downloading, displaying, interacting with and transferring content, text, visual works, audio works, audiovisual works, literary works, data, files, documents and electronic works; Online ad-buying platform provider, namely, providing non-downloadable software programs for allowing buyers and sellers of online advertising to purchase and sell advertising inventory; Online non-downloadable cloud computing software for use in electronic storage of data; Online non-downloadable cloud computing software for virtual, mixed and augmented reality applications and environments; Online non-downloadable computer software for use in providing retail and ordering services for a wide variety of consumer goods; Platform as a service (PAAS) featuring computer software platforms for use in purchasing and disseminating advertising; Platform as a service (PAAS) featuring computer software platforms for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Platform as a service (PAAS) featuring computer software platforms for voice command and recognition software, speech to text conversion software, voice-enabled software applications for personal information management; Platform as a service (PAAS) featuring software platforms for social networking and transmission of images, audio-visual content, video content and messages; Platform as a service (PAAS) services featuring computer software to allow users to perform electronic business and e-commerce transaction; Provide an interactive web site that enables users to enter, access, track progress, monitor and generate nutrition, calories, health, fitness, personal exercise, sports, and athletic activity information and achievements; Provide use of non-downloadable software to provide information regarding sports, athletic skill development, fitness coaching, and fitness training via an online website and other computer and electronic communication networks for gaming consoles, personal computers, personal digital devices, and smart phones; Providing an interactive web site that enables users to enter, access, track progress, monitor and generate calories, fitness, personal exercise, and athletic activity information and achievements; Providing an online network service that enables users to transfer personal identity data to and share personal identity data with and among multiple online facilities; Providing customized computer searching services, namely, searching and retrieving information at the user's specific request via the internet; Providing information from searchable indexes and databases of information, including text, electronic documents, databases, graphics, electronic media, images and audio visual content via the internet and communication networks; Providing internet search engines; Providing non-downloadable software to allow users to perform electronic business transactions via the internet and communications networks; Providing online facilities featuring technology that enables online users to create personal profiles featuring social and business networking information, to transfer and share such information among multiple online facilities to engage in social networking, and to manage their social networking accounts; Providing online facilities that give users the ability to upload, modify and share audio, video, photographic images, text, graphics and data; Providing online facilities featuring technology that enables online users to create personal profiles featuring social and business networking information and to transfer and share such information among multiple online facilities; Providing online non-downloadable software for setting up, configuring, and controlling wearable computer hardware and wearable computer peripherals; Providing online sites that gives users the ability to upload, modify and share virtual reality, mixed reality and augmented reality content, information, experiences and data; Providing personal assistant software; Providing search platforms to allow users to request and receive photos, videos, text, data, images, and electronic works; Providing search platforms to allow users to request and receive content, text, visual works, audio works, audiovisual works, literary works, data, files, documents, and electronic works; Providing social assistant software; Providing software for facilitating and arranging for the financing and distribution of fundraising and donations; Providing software for online charitable fundraising services and financial donation services; Providing temporary access to non-downloadable computer software for mapping services; Providing temporary use of non-downloadable computer software and hosting online facilities to enable users to access and download computer software; Providing temporary use of non-downloadable computer software enabling development, assessment, testing, and maintenance of mobile software applications for portable computing devices, namely, mobile phones, smartphones, handheld computers and computer tablets; Providing temporary use of non-downloadable computer software for sharing and displaying a user's location, planning activities with other users and making recommendations; Providing temporary use of non-downloadable computer software for social and destination mapping; Providing temporary use of non-downloadable computer software for finding content and content publishers, and for subscribing to content; Providing temporary use of non-downloadable computer software for accessing, collecting, displaying, editing, linking, modifying, organizing, tagging, streaming, sharing, storing, transmitting, and otherwise providing electronic media, photographs, images, graphics, audio, videos, audio-visual content, data and information via the internet and communication networks; Providing temporary use of non-downloadable e-commerce software to allow users to perform electronic business transactions via the internet; Providing temporary use of non-downloadable location-aware computer software for searching, determining and sharing the location of goods, services and events of interest; Providing temporary use of non-downloadable software applications for searching and identifying local and location-based points of interest, events, landmarks, employment opportunities, entertainment, cultural events, shopping and offers; Providing temporary use of non-downloadable software applications for providing location-based weather information; Providing temporary use of non-downloadable software applications for providing, linking to, or streaming news or current events information; Providing temporary use of non-downloadable software for modifying photographs, images and audio, video, and audio-video content with photographic filters and virtual reality, mixed reality, and augmented reality (AR) effects, namely, graphics, animations, text, drawings, geotags, metadata tags, hyperlinks; Providing temporary use of non-downloadable software for taking photographs and recording audio, audio-visual and video content; Providing temporary use of non-downloadable software for uploading, downloading, archiving, enabling transmission of, and sharing images, audio-visual and video content and associated text and data; Providing temporary use of non-downloadable software for streaming multimedia entertainment content; Providing temporary use of online non-downloadable software and applications for instant messaging, voice over internet protocol (VOIP), video conferencing, and audio conferencing; Providing temporary use of online non-downloadable software for use in designing, managing, measuring, analyzing, disseminating, and serving advertising of others; Providing temporary use of non-downloadable software for taking photographs and recording audio, audio-visual and video content; Provision of Internet search engine services; Rental of computer software that gives users the ability to upload, edit, and share images, videos and audio-visual content; Software as a service (SAAS) featuring computer software for accessing, browsing, and searching online databases, audio, video and multimedia content, games, and software applications, software

application marketplaces; Software as a service (SAAS) featuring computer software for accessing, monitoring, tracking, searching, saving, and sharing information on topics of general interest; Software as a service (SAAS) featuring computer software for connecting, operating, integrating, controlling, and managing networked consumer electronic devices, home climate devices and lighting products via wireless networks; Software as a service (SAAS) featuring computer software used for controlling stand-alone voice controlled information and personal assistant devices; Software as a service (SAAS) for use in designing, creating and analyzing data, metrics and reports in the areas of health, fitness, sleep, nutrition and wellness; Software as a service (SAAS) services featuring software for sending and receiving electronic messages, notifications and alerts; Software as a service (SAAS) services featuring software for use of an algorithm for calculating and generating data for sport activity, fitness training, fitness level assessments, fitness coaching, fitness recommendations and goal setting; Software as a service (SAAS) services, namely, hosting software for use by others for use of an algorithm for calculating and generating data for sport activity, fitness training, fitness level assessments, fitness coaching, fitness recommendations and goal setting; Software as a service (SAAS) services, namely, providing a customized website and mobile portal for individuals featuring data analytics based on physiological metrics for purposes of health monitoring; Software as a service (SAAS) that enables users to manage employee accounts, schedule and track employee participation, and facilitate and manage corporate fitness and wellness programs; Software for electronic messaging; Technical support services, namely, troubleshooting in the nature of diagnosing computer hardware and software problems; Technological services, namely, data warehousing services

Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 083739, filed 07/08/2021.

INTENT TO PERFECT 44(d) : At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority.

The owner's/holder's proposed attorney information: Anthony J. Malutta. Other appointed attorneys are Calla Yee and Jenny Goak. Anthony J. Malutta of Kilpatrick Townsend & Stockton LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    Two Embarcadero Center, Suite 1900
    San Francisco, California 94111
    United States
    415-273-7507(phone)
    415-723-7132(fax)
    MetaProsecution@kilpatricktownsend.com
The docket/reference number is 1288212.
Anthony J. Malutta submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

    Anthony J. Malutta

    PRIMARY EMAIL FOR CORRESPONDENCE: MetaProsecution@kilpatricktownsend.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmadmin@kilpatricktownsend.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

<div align="center">

**Declaration**

</div>

☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /scott minden/   Date: 01/04/2022
Signatory's Name: Scott Minden
Signatory's Position: Associate General Counsel
Signatory's Phone Number: Not Provided
Signature method: Sent to third party for signature
Payment Sale Number: 97202623
Payment Accounting Date: 01/04/2022

Serial Number: 97202623
Internet Transmission Date: Tue Jan 04 19:34:23 ET 2022
TEAS Stamp: USPTO/BAS-XX.XX.XX.XXX-20220104193423715
001-97202623-810d273cc5ff2f684dea7358826
ca4b027566aa8ff05d51bcb265528ce1603ae6-C
C-34224014-20220103105935204651

META

**Exhibit 5**

Meta Class 35 Logo Application

Serial Number: 97202640

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.



| SEARCH | MULTI-SEARCH | |
|---|---|---|

| US Serial, Registration, or Reference No ▼ | 97202640 | Status | Documents |
|---|---|---|---|



| STATUS | DOCUMENTS | | Back to Search | 🖶 Print |
|---|---|---|---|---|

| **Generated on:** | This page was generated by TSDR on 2024-01-03 23:52:30 EST | |
|---|---|---|
| **Mark:** | META | ∞ Meta |
| **US Serial Number:** | 97202640 | **Application Filing Date:** Jan. 04, 2022 |
| **Register:** | Principal | |
| **Mark Type:** | Service Mark | |
| **TM5 Common Status Descriptor:** | | LIVE/APPLICATION/Published for Opposition<br><br>A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration. |
| **Status:** | Notice of Allowance (NOA) sent (issued) to the applicant. Applicant must file a Statement of Use or Extension Request within six months of the NOA issuance date. | |
| **Status Date:** | Nov. 07, 2023 | |
| **Publication Date:** | Jul. 18, 2023 | **Notice of Allowance Date:** Nov. 07, 2023 |

## ▼ Mark Information

| | | ▼ Expand All |
|---|---|---|
| **Mark Literal Elements:** | META | |
| **Standard Character Claim:** | No | |
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) | |

| | |
|---|---|
| **Description of Mark:** | The mark consists of a geometric design consisting of two loops and the word META. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 24.17.12 - Infinity symbols |

## ▼ Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 084472 | **Foreign Application Filing Date:** | Oct. 05, 2021 |
| **Foreign Application/Registration Country:** | JAMAICA | | |

## ▼ Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Advertising services; Advertising via electronic media; Dissemination of advertising for others via a global computer network; Business advertising services, namely, advertising services for tracking advertising performance, for managing, distributing and serving advertising, for analyzing advertising data, for reporting advertising data, and for optimizing advertising performance; Advertising services, namely, advertising campaign management, targeting, implementation and optimization services for others; Preparation and realization of media and advertising plans and concepts; Design of advertising materials for others; Advertising services, namely, media planning and media buying for others, brand evaluation and brand positioning services for others, and advertising procurement services for others; Ad serving, namely, placing advertisements on websites for others; Advertising, marketing and promoting the goods and services of others by means of providing photo and video equipment at special events; Organizing exhibitions and events in the field of software and hardware development for commercial or advertising purposes; Advertising services, namely, providing classified advertising space via the internet and other communication networks; Compiling of business data in online computer databases and online searchable databases in the field of classified advertisements; Promoting the goods and services of others via computer and communication networks; Promoting the goods and services of others by means of distributing video advertising on via the internet and other communications networks; Providing promotional events for others via live streaming video; Marketing and promotion services; Consulting services in the fields of advertising and marketing; Business consultation regarding marketing activities; Brand strategy consulting services; Business networking services; Employment recruiting services and employment recruiting consultation services; Promoting sales for others by facilitating pre-paid gift card services, namely, issuing gift card certificates that may be redeemed for goods or services; Advertising services for promoting public awareness about charitable, philanthropic, volunteer, public and community service and humanitarian activities; Providing contest and incentive award programs for marketing and advertising purposes to recognize, reward and encourage individuals and groups which engage in self-improvement, self-fulfillment, charitable, philanthropic, volunteer, public and community service and humanitarian activities and sharing of creative

work product; Business consultancy services for professionals and businesses in the field of mobile software application development; Organizing, promoting, arranging and conducting special events, exhibitions, and tradeshows for commercial, promotional or advertising purposes; Organizing and conducting special events, business exhibitions, and business expositions for commercial purposes in the interactive entertainment, virtual reality, consumer electronics and video game entertainment industries; Online retail store services featuring virtual reality and augmented reality hardware and software; Online retail store services featuring virtual reality content and digital media, namely, pre-recorded music, video, images, text, audiovisual works and virtual and augmented reality game software; Operating online marketplaces for sellers of goods and/or services; Connecting buyers and sellers via an online network environment; Promotional services, namely, providing electronic catalog services featuring a wide variety of consumer goods; Providing telephone directory information via global communications networks; Providing commercial information, namely, user comments concerning business organizations, service providers, and other resources; Marketing research, namely, advertising campaign and consumer preferences research and analysis for others; Market research services; Provision of market research and information services; Business information management, namely, reporting of business information and business analytics in the fields of advertising and marketing; Compiling online business directories featuring the businesses, products and services of others; Promoting the public interest and awareness of issues involving access to the internet for the global population; Association services, namely, promoting the adoption, acceptance and development of open source computer technologies; Organizing business networking events in the field of open source software; Promoting voluntary common industry standards for software development and execution; Conducting business investigations in the field of social media; Consulting services in the field of evaluating social media content for advertising purposes; Business Consulting services in the field of social media policies and regulations; Marketing, advertising and promotion services; Business services, namely, business management and consulting services for web-based advertising and marketing services, and advertising services; Market intelligence services; Providing a website featuring an online marketplace for selling and trading virtual goods with other users; Online trading services in which users post requests for products and negotiate transactions via the Internet; Arranging and conducting special events for business purposes; Blockchain as a service, namely, business advice and information in the field of blockchain technology; Provision of electronic appointment and message reminders and notifications; Advertising and information distribution services, namely, providing classified advertising space via the internet and communications networks; Advertising services, namely, targeting and optimization of online advertising for others; Arranging and conducting special events for commercial, promotional or advertising purposes; Association services, namely, promoting that promote the interests of professionals and businesses in the field of mobile software application development; Brand consulting, namely, brand imagery consulting services; Business and advertising services, namely, media planning and media buying for others; Procurement services for others, namely purchasing a wide variety of consumer goods for other businesses; Business networking; Charitable services, namely, promoting public awareness about charitable, philanthropic, volunteer, public and community service and humanitarian activities; Consulting services in the fields of advertising and marketing, namely, customizing advertising and marketing efforts of others; Dissemination of advertising for others via the internet and communication networks; Employment recruiting services; Online retail store services featuring virtual reality, mixed reality and augmented reality headsets, games, content and digital media; Online retail store service featuring electronic wearable fitness devices, personal weighing scales, wearable activity trackers, fitness and sports apparel, and accessories for the aforesaid goods; Organizing, promoting and conducting exhibitions, tradeshows and events for business purposes; Promoting the goods and services of others by means of distributing video advertising on the internet and communication networks; Promoting the goods and services of others via the internet and communication networks; Providing online business directories featuring the businesses, products and services of others; Providing online facilities for connecting sellers with buyers; Promotional services for others, namely, Providing online facilities for live streaming video of promotional events; Retail and online retail store services featuring software, electronic devices and footwear incorporating sensors that allow consumers to engage in virtual athletic competitions and individual and group fitness classes; Retail and online retail store services featuring fitness coaching, virtual athletic competitions, and individual and group fitness classes; Retail store services featuring electronic wearable fitness devices, personal weighing scales, wearable activity trackers, fitness and sports apparel, and accessories for the aforesaid goods; Facilitating the

exchange of needed information for financial compensation via the Internet; Shopping facilitation services, namely, providing an online comparison-shopping search engine for obtaining purchasing information

| | |
|---|---|
| **International Class(es):** | 035 - Primary Class |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(b) |

| | | | |
|---|---|---|---|
| | | **U.S Class(es):** | 100, 101, 102 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | Yes | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Meta Platforms, Inc. | | |
| **Owner Address:** | 1601 Willow Road<br>Menlo Park, CALIFORNIA UNITED STATES 94025 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Anthony J. Malutta | **Docket Number:** | 1290876 |
| **Attorney Primary Email Address:** | MetaProsecution@kilpatricktownsend.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Anthony J. Malutta<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>TWO EMBARCADERO CENTER, SUITE 1900 |

SAN FRANCISCO, CALIFORNIA UNITED STATES 94111

| | | | |
|---|---|---|---|
| **Phone:** | 415-273-7507 | **Fax:** | 415-723-7132 |
| **Correspondent e-mail:** | **MetaProsecution@kilpatricktownsend.com** **tmadmin@kilpatricktownsend.com** | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

### ▼ Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 07, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Sep. 27, 2023 | EXTENSION OF TIME TO OPPOSE PROCESS - TERMINATED | |
| Jul. 30, 2023 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jul. 18, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 18, 2023 | PUBLISHED FOR OPPOSITION | |
| Jun. 28, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 12, 2023 | ELECTRONIC RECORD REVIEW COMPLETE | |
| Jun. 09, 2023 | ON HOLD - ELECTRONIC RECORD REVIEW REQUIRED | |
| Jun. 07, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 07, 2023 | EXAMINER'S AMENDMENT ENTERED | |
| Jun. 07, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jun. 07, 2023 | EXAMINERS AMENDMENT E-MAILED | |
| Jun. 07, 2023 | EXAMINERS AMENDMENT -WRITTEN | |
| Apr. 17, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Apr. 16, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Apr. 16, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 17, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Oct. 17, 2022 | NON-FINAL ACTION E-MAILED | |
| Oct. 17, 2022 | NON-FINAL ACTION WRITTEN | |
| Oct. 07, 2022 | ASSIGNED TO EXAMINER | |
| Jan. 11, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |



| Jan. 10, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jan. 07, 2022 | NEW APPLICATION ENTERED |

### TM Staff and Location Information

**TM Staff Information**

| TM Attorney: | GEARHART, JESSICA SHEA | Law Office Assigned: | LAW OFFICE 106 |

**File Location**

| Current Location: | INTENT TO USE SECTION | Date in Location: | Nov. 07, 2023 |

### Assignment Abstract Of Title Information - None recorded

### Proceedings

**Summary**

▼ Party type     ▼ Proceeding type

| Number of Proceedings: | 3 |

▲ **Type of Proceeding: Extension of Time**     ▼ Expand All

▲ **Type of Proceeding: Opposition**

▲ **Type of Proceeding: Opposition**

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97202640**
**Filing Date: 01/04/2022**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97202640 |
| **MARK INFORMATION** | |
| *****MARK** | \\TICRS\EXPORT18\IMAGEOUT 18\972\026\97202640\xml1 \ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | META |
| **COLOR MARK** | NO |
| *****DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of a geometric design consisting of two loops and the word META. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 944 x 327 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | Meta Platforms, Inc. |
| *****MAILING ADDRESS** | 1601 Willow Road |
| *****CITY** | Menlo Park |
| *****STATE** (Required for U.S. applicants) | California |
| *****COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| *****ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 94025 |
| *****EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 035 |
| | Advertising services; Advertising via electronic media; Dissemination of advertising for others via a global computer network; Business and advertising services, namely, advertising services for tracking advertising performance, for |

managing, distributing and serving advertising, for analyzing advertising data, for reporting advertising data, and for optimizing advertising performance; Advertising services, namely, advertising campaign management, targeting, implementation and optimization services; Preparation and realization of media and advertising plans and concepts; Design of advertising materials for others; Advertising services, namely, media planning and media buying for others, brand evaluation and brand positioning services for others, and advertising procurement services for others; Ad serving, namely, placing advertisements on websites for others; Advertising, marketing and promoting the goods and services of others by means of providing photo and video equipment at special events; Organizing exhibitions and events in the field of software and hardware development for commercial or advertising purposes; Advertising services, namely, providing classified advertising space via the internet and other communication networks; Compiling of data in online computer databases and online searchable databases in the field of classifieds; Promoting the goods and services of others via computer and communication networks; Promoting the goods and services of others by means of distributing video advertising on via the internet and other communications networks; Providing promotional events via live streaming video; Marketing and promotion services; Consulting services in the fields of advertising and marketing; Business assistance and consulting services; Business consultation regarding marketing activities; Brand strategy consulting services; Business consultation in the field of telecommunications; Business management consulting services to enable business entities, non-governmental organizations and non-profit organizations to develop, organize, and administer programs to offer greater access to global communications networks; Business networking services; Employment consultancy and recruiting services; Promoting sales for others by facilitating pre-paid gift card services, namely, issuing gift card certificates that may be redeemed for goods or services; Advertising services for promoting public awareness about charitable, philanthropic, volunteer, public and community service and humanitarian activities; Providing contest and incentive award programs for marketing and advertising purposes to recognize, reward and encourage individuals and groups which engage in self-improvement, self-fulfillment, charitable, philanthropic, volunteer, public and community service and humanitarian activities and sharing of creative work product; Business consultancy services for professionals and businesses in the field of mobile software application development; Organizing, promoting, arranging and conducting special events, exhibitions, and tradeshows for commercial, promotional or advertising purposes; Organizing and conducting events, exhibitions, expositions and conferences for commercial purposes in the interactive entertainment, virtual reality, consumer electronics and video game entertainment industries; Online retail store services featuring virtual reality and augmented reality hardware and software; Online retail store services featuring virtual reality content and digital media namely, pre-recorded music, video, images, text, audiovisual works and virtual and augmented reality game software; Providing online marketplaces for sellers of goods and/or services; Business intermediary services in the nature of facilitating the exchange and sale of

*IDENTIFICATION

services and products of third parties via computer and communication networks; Connecting buyers and sellers via an online network environment; Promotional services, namely, providing electronic catalog services; Providing telephone directory information via global communications networks; Business assistance services, namely, customer relationship management; Providing commercial information, namely, user comments concerning business organizations, service providers, and other resources; Marketing research, namely, advertising campaign and consumer preferences research and analysis; Market research services; Provision of market research and information services; Business information management, namely, reporting of business information and business analytics in the fields of advertising and marketing; Business management; Business administration, office functions; Compiling online business directories featuring the businesses, products and services of others; Promoting the public interest and awareness of issues involving access to the internet for the global population; Association services, namely, promoting the adoption, acceptance and development of open source computer technologies; Organizing business networking events in the field of open source software; Promoting voluntary common industry standards for software development and execution; Arranging and conducting business conferences; Arranging and conducting business conferences in the field of programming language development and use; Conducting business investigations in the field of social media; Consulting services in the field of evaluating social media content; Consulting services in the field of social media policies and regulations; Marketing, advertising and promotion services; Business and advertising services; Market intelligence services; Providing a website featuring an online marketplace for selling and trading virtual goods with other users; Online trading services; Arranging and conducting special events for business purposes; Blockchain as a service, namely, business advice and information in the field of blockchain technology; Provision of electronic reminders and notifications; Advertising and information distribution services, namely, providing classified advertising space via the internet and communications networks; Advertising services, namely, targeting and optimization of online advertising; Arranging and conducting special events for commercial, promotional or advertising purposes; Association services that promote the interests of professionals and businesses in the field of mobile software application development; Brand consulting; Business and advertising services, namely, advertising services for tracking advertising performance, for managing, distributing and serving advertising, for analyzing advertising data, for reporting advertising data, and for optimizing advertising performance; Business and advertising services, namely, media planning and media buying for others; Procurement services for others, namely, purchasing goods and service for other businesses; Business networking; Charitable services, namely, promoting public awareness about charitable, philanthropic, volunteer, public and community service and humanitarian activities; Consulting services in the fields of advertising and marketing, namely, customizing advertising and marketing efforts of others; Dissemination of advertising for others via the internet and communication networks; Employment and recruiting services; Facilitating the exchange and sale of services and products of third parties via computer

| | and communication networks; Marketing, advertising and promotion services, namely, providing information regarding discounts, coupons, rebates, vouchers, links to retail websites of others, and special offers for the goods and services of others; Online advertising and promoting the goods and services of others via the internet; Online retail store services featuring virtual reality, mixed reality and augmented reality headsets, games, content and digital media; Online retail store services in relation to electronic wearable fitness devices, personal weighing scales, wearable activity trackers, fitness and sports apparel, and accessories for the aforesaid goods; Organizing, promoting and conducting exhibitions, tradeshows and events for business purposes; Promoting the goods and services of others by means of distributing video advertising on the internet and communication networks; Promoting the goods and services of others via the internet and communication networks; Providing online business directories featuring the businesses, products and services of others; Providing online facilities for connecting sellers with buyers; Providing online facilities for live streaming video of promotional events; Providing online facilities for connecting sellers with buyers; Retail and online retail services for software, electronic devices and footwear incorporating sensors that allow consumers to engage in virtual athletic competitions and individual and group fitness classes; Retail and online retail store services that allow consumers to engage in fitness coaching, virtual athletic competitions, and individual and group fitness classes; Retail store services in relation to electronic wearable fitness devices, personal weighing scales, wearable activity trackers, fitness and sports apparel, and accessories for the aforesaid goods |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 084472 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 10/05/2021 |
| **INTENT TO PERFECT 44(d)** | At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority. |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Anthony J. Malutta |
| **ATTORNEY DOCKET NUMBER** | 1290876 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Kilpatrick Townsend & Stockton LLP |
| **STREET** | Two Embarcadero Center, Suite 1900 |
| **CITY** | San Francisco |
| **STATE** | California |

| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
|---|---|
| ZIP/POSTAL CODE | 94111 |
| PHONE | 415-273-7507 |
| FAX | 415-723-7132 |
| EMAIL ADDRESS | MetaProsecution@kilpatricktownsend.com |
| OTHER APPOINTED ATTORNEY | Calla Yee and Jenny Goak |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Anthony J. Malutta |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | MetaProsecution@kilpatricktownsend.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | tmadmin@kilpatricktownsend.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 350 |
| *TOTAL FEES PAID | 350 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /scott minden/ |
| SIGNATORY'S NAME | Scott Minden |
| SIGNATORY'S POSITION | Associate General Counsel |
| DATE SIGNED | 01/04/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97202640**
**Filing Date: 01/04/2022**

## To the Commissioner for Trademarks:

**MARK:** META (stylized and/or with design, see mark)
The literal element of the mark consists of META. The mark consists of a geometric design consisting of two loops and the word META.
The applicant, Meta Platforms, Inc., a corporation of Delaware, having an address of
    1601 Willow Road
    Menlo Park, California 94025
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 035: Advertising services; Advertising via electronic media; Dissemination of advertising for others via a global computer network; Business and advertising services, namely, advertising services for tracking advertising performance, for managing, distributing and serving advertising, for analyzing advertising data, for reporting advertising data, and for optimizing advertising performance; Advertising services, namely, advertising campaign management, targeting, implementation and optimization services; Preparation and realization of media and advertising plans and concepts; Design of advertising materials for others; Advertising services, namely, media planning and media buying for others, brand evaluation and brand positioning services for others, and advertising procurement services for others; Ad serving, namely, placing advertisements on websites for others; Advertising, marketing and promoting the goods and services of others by means of providing photo and video equipment at special events; Organizing exhibitions and events in the field of software and hardware development for commercial or advertising purposes; Advertising services, namely, providing classified advertising space via the internet and other communication networks; Compiling of data in online computer databases and online searchable databases in the field of classifieds; Promoting the goods and services of others via computer and communication networks; Promoting the goods and services of others by means of distributing video advertising on via the internet and other communications networks; Providing promotional events via live streaming video; Marketing and promotion services; Consulting services in the fields of advertising and marketing; Business assistance and consulting services; Business consultation regarding marketing activities; Brand strategy consulting services; Business consultation in the field of telecommunications; Business management consulting services to enable business entities, non-governmental organizations and non-profit organizations to develop, organize, and administer programs to offer greater access to global communications networks; Business networking services; Employment consultancy and recruiting services; Promoting sales for others by facilitating pre-paid gift card services, namely, issuing gift card certificates that may be redeemed for goods or services; Advertising services for promoting public awareness about charitable, philanthropic, volunteer, public and community service and humanitarian activities; Providing contest and incentive award programs for marketing and advertising purposes to recognize, reward and encourage individuals and groups which engage in self-improvement, self-fulfillment, charitable, philanthropic, volunteer, public and community service and humanitarian activities and sharing of creative work product; Business consultancy services for professionals and businesses in the field of mobile software application development; Organizing, promoting, arranging and conducting special events, exhibitions, and tradeshows for commercial, promotional or advertising purposes; Organizing and conducting events, exhibitions, expositions and conferences for commercial purposes in the interactive entertainment, virtual reality, consumer electronics and video game entertainment industries; Online retail store services featuring virtual reality and augmented reality hardware and software; Online retail store services featuring virtual reality content and digital media namely, pre-recorded music, video, images, text, audiovisual works and virtual and augmented reality game software; Providing online marketplaces for sellers of goods and/or services; Business intermediary services in the nature of facilitating the exchange and sale of services and products of third parties via computer and communication networks; Connecting buyers and sellers via an online network environment; Promotional services, namely, providing electronic catalog services; Providing telephone directory information via global communications networks; Business assistance services, namely, customer relationship management; Providing commercial information, namely, user comments concerning business organizations, service providers, and other resources; Marketing research, namely, advertising campaign and consumer preferences research and analysis; Market research services; Provision of market research and information services; Business information management, namely, reporting of business information and business analytics in the fields of advertising and marketing; Business management; Business administration, office functions; Compiling online business directories featuring the businesses, products and services of others; Promoting the public interest and awareness of issues involving access to the internet for the global population; Association services, namely, promoting the adoption, acceptance and development of open source computer technologies; Organizing business networking events in the field of open source software; Promoting voluntary common industry standards for software development and execution; Arranging and conducting business conferences; Arranging and conducting business conferences in the field of programming language development and

use; Conducting business investigations in the field of social media; Consulting services in the field of evaluating social media content; Consulting services in the field of social media policies and regulations; Marketing, advertising and promotion services; Business and advertising services; Market intelligence services; Providing a website featuring an online marketplace for selling and trading virtual goods with other users; Online trading services; Arranging and conducting special events for business purposes; Blockchain as a service, namely, business advice and information in the field of blockchain technology; Provision of electronic reminders and notifications; Advertising and information distribution services, namely, providing classified advertising space via the internet and communications networks; Advertising services, namely, targeting and optimization of online advertising; Arranging and conducting special events for commercial, promotional or advertising purposes; Association services that promote the interests of professionals and businesses in the field of mobile software application development; Brand consulting; Business and advertising services, namely, advertising services for tracking advertising performance, for managing, distributing and serving advertising, for analyzing advertising data, for reporting advertising data, and for optimizing advertising performance; Business and advertising services, namely, media planning and media buying for others; Procurement services for others, namely, purchasing goods and service for other businesses; Business networking; Charitable services, namely, promoting public awareness about charitable, philanthropic, volunteer, public and community service and humanitarian activities; Consulting services in the fields of advertising and marketing, namely, customizing advertising and marketing efforts of others; Dissemination of advertising for others via the internet and communication networks; Employment and recruiting services; Facilitating the exchange and sale of services and products of third parties via computer and communication networks; Marketing, advertising and promotion services, namely, providing information regarding discounts, coupons, rebates, vouchers, links to retail websites of others, and special offers for the goods and services of others; Online advertising and promoting the goods and services of others via the internet; Online retail store services featuring virtual reality, mixed reality and augmented reality headsets, games, content and digital media; Online retail store services in relation to electronic wearable fitness devices, personal weighing scales, wearable activity trackers, fitness and sports apparel, and accessories for the aforesaid goods; Organizing, promoting and conducting exhibitions, tradeshows and events for business purposes; Promoting the goods and services of others by means of distributing video advertising on the internet and communication networks; Promoting the goods and services of others via the internet and communication networks; Providing online business directories featuring the businesses, products and services of others; Providing online facilities for connecting sellers with buyers; Providing online facilities for live streaming video of promotional events; Providing online facilities for connecting sellers with buyers; Retail and online retail services for software, electronic devices and footwear incorporating sensors that allow consumers to engage in virtual athletic competitions and individual and group fitness classes; Retail and online retail store services that allow consumers to engage in fitness coaching, virtual athletic competitions, and individual and group fitness classes; Retail and online retail store services in relation to electronic wearable fitness devices, personal weighing scales, wearable activity trackers, fitness and sports apparel, and accessories for the aforesaid goods

Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 084472, filed 10/05/2021.

INTENT TO PERFECT 44(d) : At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority.

The owner's/holder's proposed attorney information: Anthony J. Malutta. Other appointed attorneys are Calla Yee and Jenny Goak. Anthony J. Malutta of Kilpatrick Townsend & Stockton LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    Two Embarcadero Center, Suite 1900
    San Francisco, California 94111
    United States
    415-273-7507(phone)
    415-723-7132(fax)
    MetaProsecution@kilpatricktownsend.com

The docket/reference number is 1290876.

Anthony J. Malutta submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

    Anthony J. Malutta

    PRIMARY EMAIL FOR CORRESPONDENCE: MetaProsecution@kilpatricktownsend.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmadmin@kilpatricktownsend.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark

Electronic Application System (TEAS).

A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

## Declaration

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

   **And/Or**
   **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /scott minden/   Date: 01/04/2022
Signatory's Name: Scott Minden
Signatory's Position: Associate General Counsel
Signatory's Phone Number: Not Provided
Signature method: Sent to third party for signature
Payment Sale Number: 97202640
Payment Accounting Date: 01/04/2022

Serial Number: 97202640
Internet Transmission Date: Tue Jan 04 19:40:54 ET 2022
TEAS Stamp: USPTO/BAS-XX.XX.XX.XXX-20220104194054390
320-97202640-8106cb28157e182bdd6fd1aea59
315ba3d496558aa081c4943ed3c57cfabc05386-
CC-40534061-20220103112642623018

**Exhibit 6**

Meta Class 42 Logo Application

Serial Number: 97202654



For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.



| SEARCH | MULTI-SEARCH |
| --- | --- |

US Serial, Registration, or Reference No ▼     97202654     Status   Documents

| STATUS | DOCUMENTS | | Back to Search | 🖨 Print |
| --- | --- | --- | --- | --- |

**Generated on:** This page was generated by TSDR on 2024-01-03 23:59:24 EST

**Mark:** META

META

**US Serial Number:** 97202654          **Application Filing Date:** Jan. 04, 2022

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Published for Opposition

A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration.

**Status:** A request for an extension of time to file an opposition has been filed with the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Dec. 19, 2023

**Publication Date:** Nov. 21, 2023

## ▼ Mark Information

▼ Expand All

**Mark Literal Elements:** META

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

| | |
|---|---|
| **Description of Mark:** | The mark consists of a geometric design consisting of two loops and the word META. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Design Search Code(s):** | 24.17.12 - Infinity symbols |

## ▼ Foreign Information

| | | | |
|---|---|---|---|
| **Priority Claimed:** | Yes | | |
| **Foreign Application Number:** | 084472 | **Foreign Application Filing Date:** | Oct. 05, 2021 |
| **Foreign Application/Registration Country:** | JAMAICA | | |

## ▼ Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Design and development of computer hardware and software; Providing temporary use of non-downloadable software to enable development, assessment, testing, and maintenance of mobile software applications for portable electronic communication devices, namely, mobile phones, smartphones, handheld computers and computer tablets; Design, research and development of mobile application software related to the use and functionality of hyperlinks; Software engineering services in the field of mobile application software related to the use and functionality of hyperlinks; Testing of computer software in the field of mobile application software related to the use and functionality of hyperlinks; Providing temporary use of non-downloadable software that gives users the ability to engage in social networking and manage their social networking content; Computer services, namely, creating an online community for registered users to engage in social networking; Providing temporary use of non-downloadable software for creating, managing and accessing user-created and administered groups within virtual communities; Providing temporary use of non-downloadable software for creating and managing social media profiles and user accounts; Providing temporary use of non-downloadable software for social networking, creating a virtual community, and transmission of audio, video, images, text, content, and data; Computer services in the nature of webpages featuring user-defined or specified information, including, audio, video, images, text, content, and data; Providing temporary use of non-downloadable software that enables users to transfer personal identity data to and share personal identity data with and among multiple websites; Application service provider (ASP) featuring software for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Platform as a service (PAAS) featuring software platforms for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Application service provider (ASP) featuring application programming interface (API) software which facilitates online services for social networking and developing software applications; Providing

temporary use of non-downloadable software for viewing and interacting with a feed of electronic media, namely, images, audio-visual and video content, live streaming video, commentary, advertisements, news, and internet links; Providing temporary use of non-downloadable software for finding content and content publishers, and for subscribing to content; Providing temporary use of non-downloadable software for organizing images, video, and audio-visual content using metadata tags; Providing temporary use of non-downloadable software for creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, interacting with, embedding, transmitting, and sharing or otherwise providing electronic media, images, video, audio, audio-visual content, data, and information via the internet and communication networks; Application service provider (ASP) featuring software to enable or facilitate the creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, interacting with, embedding, transmitting, and sharing or otherwise providing electronic media, images, video, audio, audio-visual content, data, and information via the internet and communication networks; Providing temporary use of non-downloadable software for sending and receiving electronic messages, alerts, notifications and reminders; Providing online non-downloadable application programming interface (API) software for use in electronic messaging and transmission of audio, video, images, text, content and data; Providing temporary use of non-downloadable software for electronic messaging; Providing temporary use of nondownloadable software to facilitate interactive discussions via communication networks; Providing temporary use of nondownloadable software for organizing events, searching for events, calendaring and managing events; Providing temporary use of non-downloadable software for modifying photographs, images and audio, video, and audio-video content; Providing temporary use of non-downloadable computer software for use in taking and editing photographs and recording and editing videos; Application service provider (ASP) featuring software to enable or facilitate taking and editing photographs and recording and editing videos; Providing temporary use of non-downloadable software for streaming multimedia entertainment content; Providing temporary use of non-downloadable computer software for enabling transmission of images, audio, audio visual and video content and data; Computer services, namely, providing search engines for obtaining data via the internet and communications networks; Providing search engines of online network environments to provide information from searchable indexes and databases of information, including text, electronic documents, databases, graphics, electronic media, images and audio visual content, via the internet and communications networks; Application service provider (ASP) services, namely, hosting software applications of others; Providing temporary use of non-downloadable software for providing, linking to, or streaming news or current events information; Providing temporary use of non-downloadable e-commerce software to allow users to perform electronic business transactions via the internet and communications networks; Application service provider (ASP) featuring application programming interface (API) software to allow users to perform electronic business transactions via the internet and communication networks; Software as a service (SAAS) services featuring software for sending and receiving electronic messages, notifications and alerts and for facilitating electronic business transactions via the internet and communications networks; Providing temporary use of non-downloadable software for use in designing, managing, measuring, analyzing, disseminating, and serving advertising of others; Application service provider (ASP) featuring application programming interface (API) software for creating, managing, tracking, reporting and measuring advertising of others; Providing online non-downloadable software for allowing buyers and sellers of online advertising to purchase and sell advertising inventory; Providing temporary use of non-downloadable software for creating, sharing, disseminating and posting advertising; Providing temporary use of non-downloadable software for creating and maintaining an online presence for individuals, groups, companies, and brands; Providing temporary use of non-downloadable software for advertisers to communicate and interact with online communities; Providing temporary use of non-downloadable software for curating online user-defined content and advertisements and creating social media feeds; Designing and developing computer game software and video game software for use with computers, video game program systems and computer networks; Development of computer hardware for use in connection with electronic and interactive multimedia games; Providing temporary use of non-downloadable software that gives users the ability to upload, modify and share virtual reality content, augmented reality content, mixed reality content, information, experiences and data; Hosting of virtual reality and augmented reality content on the internet; Providing user authentication services using single sign-on and software technology for e-commerce transactions; Providing user authentication services of electronic funds transfer, credit and debit card and electronic check transactions using single sign-on and software technology; Application service provider featuring application programming interface (API) software to allow users to perform electronic business

transactions via the internet; Providing temporary use of non-downloadable software for processing electronic payments; Platform as a service (PAAS) services featuring computer software to allow users to perform business and e-commerce transactions; Providing temporary use of online non-downloadable computer software for providing electronic maps; Application service provider (ASP) featuring software for providing electronic maps; Providing temporary use of non-downloadable computer software for searching, determining, and sharing locations; Providing temporary use of nondownloadable software for searching and identifying local and location-based points of interest, events, landmarks, employment opportunities, entertainment, cultural events, shopping and offers; Providing temporary use of non-downloadable computer software for making reservations and bookings; Application service provider (ASP) featuring software to enable or facilitate making reservations and bookings; Providing temporary use of non-downloadable software that give users the ability to post referrals and recommendations relating to businesses, restaurants, service providers, events, public services and government agencies; Providing temporary use of non-downloadable software for providing a virtual marketplace; Providing temporary use of non-downloadable computer software for ordering and/or purchasing goods and services; Application service provider (ASP) featuring software to enable or facilitate ordering and/or purchasing goods and services; Providing temporary use of nondownloadable software for searching and identifying employment opportunities; Providing temporary use of non-downloadable software for identifying and allowing users to contact government representatives; Providing temporary use of non-downloadable software for facilitating interaction and communication between humans and AI (artificial intelligence) platforms; Application service provider (ASP) featuring software to enable or facilitate interaction and communication between humans and AI (artificial intelligence) platforms; Design of augmented reality and virtual reality software effects for use in modifying photographs, images, videos and audio-visual content; Providing online non-downloadable personal assistant software for coordinating, arranging and assisting individuals to perform daily tasks; Providing online non-downloadable social assistant software for coordinating, arranging and assisting individuals to perform daily tasks; Providing temporary use of non-downloadable computer software for use in facilitating voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, electronic message, instant message, and online social networking services; Application service provider (ASP) services featuring software to enable or facilitate voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, electronic message, instant message, and online social networking services; Providing a website featuring information in the fields of technology and software development via the internet and communication networks; Design and development of virtual reality and augmented reality and mixed reality hardware and software; Design and development of video game hardware and software; Software development; Development of interactive multimedia software; Maintenance and repair of computer software; Computer services, namely, cloud hosting provider services; Providing temporary use of online non-downloadable cloud computing software for use in electronic storage of data; Providing temporary use of online non-downloadable cloud computing software for virtual, augmented reality applications and environments; File sharing services, namely, providing temporary use of non-downloadable software featuring technology enabling users to upload and download electronic files; Application service provider (ASP), namely, providing, hosting, managing, developing, and maintaining online non-downloadable applications, software, and web sites in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Computer services, namely, providing remote management of devices via computer networks, wireless networks or the internet; Data encryption services; Providing temporary use of online non-downloadable software and applications for customer relationship management (CRM); Application service provider (ASP) featuring software for customer relationship management (CRM); Computer services, in particular, application service provider featuring application programming interface (API) software for customer relationship management (CRM); Providing temporary use of nondownloadable software for facilitating and arranging fundraising and the distribution of fundraising donations; Providing temporary use of non-downloadable software for online charitable fundraising services and donation services; Computer software design, development, installation and maintenance; Computer hardware design and development; Design of telecommunications apparatus and equipment; Providing online non-downloadable software platform featuring technology that enables online users to make payments and transfer funds; Providing online non-downloadable software platform featuring technology that enables online users to make payments and funds transfers across multiple websites and mobile applications; Computer services, namely, application services provider featuring application programming interface (API) software to allow users to perform e-commerce transactions via the internet and communications networks; Software as a services (SAAS) services featuring software for facilitating e-commerce transactions via the internet and communications networks;

Application service provider featuring an application programming interface (API) software to allow users to perform e-commerce transactions via the internet and communications networks; Providing temporary use of non-downloadable software for converting natural language into machine executable commands; Providing online non-downloadable software for analyzing and evaluating social media content; Developing quality control standards for third-party social media content; Providing temporary use of non-downloadable computer software in the nature of a query engine; Providing temporary use of non-downloadable computer software for use in performing queries on large amounts of data; Providing temporary use of non-downloadable computer software in the nature of a query engine functioning across business intelligence (BI) tools; Providing temporary use of online non-downloadable artificial intelligence software for facilitating machine learning software; Application service provider (ASP) featuring software to enable or facilitate machine learning software; Providing temporary use of online non-downloadable software for machine learning; Providing temporary use of online non-downloadable software tools for software development; Providing temporary use of online non-downloadable software for building user interfaces; Application service provider (ASP) featuring software to enable or facilitate user interface building software; Electronic data storage; Electronic storage of photographs; Interactive hosting services, namely, providing a website featuring technology which allow the users to publish and share their own content and images online; Providing on-line non-downloadable software for database management; Providing temporary use of non-downloadable software for opinion polling; Providing online non-downloadable software allowing users to post questions with answer options; Platform as a service (PAAS) services featuring software that allows businesses, organizations and individuals to create and manage their online presences and to communicate with online users information and messages regarding their activities, products and services and to engage in business and social networking; Providing temporary use of non-downloadable software featuring technology that allows users to manage their business networking accounts; Providing temporary use of non-downloadable software for voice command and recognition software, speech to text conversion software, voice-enabled software applications for personal information management; Platform as a service (PAAS) featuring computer software platforms for personal assistant software; Platform as a service (PAAS) featuring computer software platforms for home automation and home device integration software; Platform as a service (PAAS) featuring computer software platforms for wireless communication software for voice, audio, video, and data transmission; Software as a service (SAAS) featuring computer software for personal information management; Providing temporary use of non-downloadable software for accessing, monitoring, tracking, searching, saving, and sharing information on topics of general interest; Software as a service (SAAS) featuring computer software for use to connect and control internet of things (iot) electronic devices; Software as a service (SAAS) featuring computer software for others to use for the development of software to manage, connect, and operate internet of things (iot) electronic devices; Software as a service (SAAS) featuring computer software for use as an application programming interface (API); Design, development and maintenance of proprietary computer software for others in the field of natural language, speech, language, and voice recognition excluding post-production of picture and sound recordings; Providing information, news, and commentary in the field of information technology (IT), interior home decorating, weather, graphic design, interior design, product design, and fashion design; Technological services, namely, data warehousing services; Application service provider (ASP), namely, hosting computer software applications through the internet of others; Software as a service (SAAS) services, namely, hosting software for use by others for use providing an online database featuring a wide range of general interest information via the internet; Providing temporary use of on-line non-downloadable mobile communications device software for enhancing mobile access to the internet via computers, mobile computers, and mobile communications devices; Technical support, namely, troubleshooting in the nature of diagnosing computer hardware and software problems and mobile computer and mobile communications device hardware and software problems; Providing temporary use of non-downloadable computer software that enables users to access and download computer software; Providing temporary use of on-line non-downloadable software and applications for accessing streaming audio and video files, games, social networks, text files, and multimedia files; Application service provider (ASP) featuring application programming interface (API) software for the streaming, storage, and sharing of video games, content, data and information; Computer software development in the field of mobile applications; Providing technical support services, namely, troubleshooting of computer software problems regarding the usage of communications equipment; Application service provider (ASP) services, featuring e-commerce software for use as a payment gateway that authorizes processing of credit cards or direct payments for merchants; Application service provider (ASP) services featuring software for providing, hosting, managing, developing, and maintaining applications, software, websites and databases in the fields of information technology, blockchain,

virtual currency, digital currency, cryptocurrency, and digital assets; Application service provider (ASP) services featuring software for use in virtual currency, digital currency, cryptocurrency, and digital asset exchange and transactions; Application service provider (ASP) featuring software to enable or facilitate the creating, editing, uploading, downloading, accessing, viewing, posting, displaying, commenting on, embedding, transmitting, and sharing or otherwise providing electronic media or information via the internet and communications networks; Application service provider services featuring application programming interface (API) software to allow users to perform electronic business transactions via a global computer network; Application service provider (ASP) featuring software to enable or facilitate purchasing goods and services; Providing temporary use of non-downloadable software for providing distributed ledger technology; Providing temporary use of non-downloadable software which facilitates the ability of users to view, analyze, record, store, monitor, manage, trade and exchange digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of nondownloadable software for sending, receiving, accepting, buying, selling, storing, transmitting, trading and exchanging digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for implementing and recording financial transactions, for creating accounts and maintaining and managing information about financial transactions on distributed public ledgers and peer to peer payment networks; Providing temporary use of non-downloadable software for processing electronic payments and for transferring funds to and from others; Providing online non-downloadable electronic financial platform software for trading of and investments in financial instruments; Providing online non-downloadable software for use as an application programming interface (API) for the development, testing, and integration of blockchain software applications; Providing temporary use of nondownloadable software for exchange of digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens between parties; Providing temporary use of non-downloadable software for use in financial trading; Providing temporary use of non-downloadable software for use in financial exchange; Providing temporary use of non-downloadable software for use in accessing financial information and market data and trends; Providing temporary use of non-downloadable software for the management of cryptographic security of electronic transmissions across computer networks; Providing temporary use of non-downloadable software for use with transferring, storing, and trading virtual currency; Providing online non-downloadable software for use with transferring, storing, and trading digital currency; Providing online nondownloadable software for use with transferring, storing, and trading cryptocurrency; Providing temporary use of nondownloadable software for use with digital currency wallet and storage services; Providing online non-downloadable software for use as a cryptocurrency wallet; Providing online non-downloadable software for use as an electronic wallet; Providing online nondownloadable software for use as a digital wallet; Electronic data storage services; Providing temporary use of non-downloadable software for electronic funds transfer; Providing temporary use of non-downloadable software for currency conversion; Providing temporary use of non-downloadable software for the collection and distribution of data; Providing temporary use of nondownloadable software for managing and facilitating payment transactions; Providing temporary use of non-downloadable software for connecting computers to local databases and global computer networks; Providing temporary use of nondownloadable software for creating searchable databases of information and data; Providing temporary use of non-downloadable software for managing and validating digital currency, virtual currency, cryptocurrency, digital asset, blockchain asset, digitized asset, digital token, crypto token and utility token transactions; Providing temporary use of non-downloadable software for creating and managing smart contracts; Providing temporary use of non-downloadable software for managing payment and exchange transactions; Providing temporary use of non-downloadable software for electronically exchanging currency for digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for use in enabling the electronic transfer of funds to and from others; Providing temporary use of non-downloadable software for creating a decentralized and open source digital currency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for creating a decentralized and open source virtual currency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for creating a decentralized and open source cryptocurreny over other modes of communication between computing devices; Providing online non-downloadable distributed ledger platform software for use in processing financial transactions; Providing temporary use of non-downloadable software for electronic funds transfer and currency conversion; Platform as a service (PAAS) featuring computer software platforms for the selling and purchasing digital currency, virtual currency, cryptocurrency, digital and

blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Software as a service (SAAS) featuring computer software platforms for the selling and purchasing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Computer services, namely, creating an on-line virtual environment for the selling and purchasing of digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) featuring computer software platforms for managing blockchain and token driven, distributed storage computer systems; Software as a service (SAAS) featuring computer software platforms for managing blockchain and token driven, distributed storage computer systems; Computer services, namely, providing secure, private encrypted cloud storage services for electronic data and files; Computer services, namely, providing an online non-downloadable open source decentralized cloud storage platform for electronic data and files; Data encryption services featuring blockchain software technology and peer-to-peer protocols to provide secure, private, and encrypted cloud storage; Providing temporary use of nondownloadable software for use as a cryptocurrency wallet; Data mining; Providing temporary use of non-downloadable software for managing and verifying cryptocurrency transactions on a blockchain; Providing temporary use of non-downloadable computer software for managing and validating cryptocurrency transactions using blockchain-based smart contracts; Providing temporary use of non-downloadable software for managing smart contracts using blockchain technology; Providing temporary use of nondownloadable computer software for managing crypto asset transactions using blockchain technology; Software as a service (SAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) featuring software platforms for facilitating transactions and payments using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens that allow users to buy from, and sell products and services to others; Software as a service (SAAS) featuring software platforms for facilitating transactions and payments using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens that allow users to buy from, and sell products and services to others; Providing online non-downloadable blockchain-based software platforms and online non-downloadable distributed computing software platforms for auditing and verifying digital information and codes; Design, development and implementation of audit and security software for blockchain-based platforms; Providing temporary use of nondownloadable software for use in facilitating secure transactions; Providing temporary use of non-downloadable software for auditing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens and utility tokens; Design, development, and implementation of software for distributed computing platforms; Design, development, and implementation of software using blockchain technology; Design, development, and implementation of software for digital currency, virtual currency, cryptocurrency, digital and blockchain asset, digitized asset, digital token, crypto token and utility token wallets; Design, development, and implementation of software for third-party verification services for digital currency transactions, including but not limited to transactions involving bitcoin currency; Providing temporary use of non-downloadable software for users to buy and sell products by using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for use in accessing, reading, tracking, and using blockchain technology; Technical consultancy services related to computer software development in the field of digital currency, virtual currency, cryptocurrency, digital and blockchain asset, digitized asset, digital token, crypto token and utility token transactions; Platform as a service (PAAS) featuring computer software platforms for computer system and application development, deployment, and management; Software as a service (SAAS) featuring computer software platforms for computer system and application development, deployment, and management; Providing temporary use of non-downloadable software enabling users to develop, build and run distributed applications through an open-source peer-to-peer smart-contract and payment network platform; Providing temporary use of non-downloadable authentication software for controlling access to and communications with computers and computer networks; Providing temporary use of non-downloadable software for use in the exchange of virtual items; Providing a digital exchange, namely, providing a website featuring technology that allows users to exchange data and information; Providing temporary use of non-downloadable software for use in issuing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital

tokens, crypto tokens and utility tokens; Application service provider (ASP) featuring application programming interface (API) software which facilitates online services for social networking, developing software applications; Application service provider (ASP) featuring location aware software for searching, determining and sharing the location of goods, services and events of interest; Application service provider (ASP) featuring software for mapping services; Application service provider (ASP) featuring software for use in buying, selling, designing, managing, tracking, valuing, optimizing, targeting, analyzing, delivery, and reporting of online advertising and marketing; Application service provider (ASP) featuring software to enable or facilitate the sharing and displaying a user's location, planning activities with other users and making recommendations; Application service provider (ASP) featuring software to enable or facilitate social and destination mapping; Application service provider (ASP) featuring software to enable or facilitate interaction and communication between humans and AI (artificial intelligence) platforms, namely, bots, virtual agents and virtual assistants; Application service provider (ASP) services featuring software for controlling, integrating, operating, connecting, and managing voice controlled information devices, namely, cloud-connected and voice-controlled smart consumer electronic devices and electronic personal assistant devices; Application service provider (ASP),cy for use in blockchain-based transactions; Providing temporary use of non-downloadable software for encrypting and enabling secure transmission of digital information over the Internet, as well as namely, hosting, managing, developing and maintaining applications, software, and web sites, in the fields of personal productivity, wireless communication, and mobile applications; Application service provider (ASP), namely, providing, hosting, managing, developing, and maintaining applications, software, and websites in the fields of calculation of website ranking based on user traffic; Application service provider (ASP), namely, remote hosting of computer applications of others; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, and web sites in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, websites, and databases in the fields of calculation of website ranking based on user traffic; Computer online services, namely, providing an online non-downloadable software platform that provides information, links, and electronic resources related to sports, health, and fitness; Computer services in the nature of providing customized online pages featuring user-defined or specified information, personal profiles, virtual reality, mixed reality, and augmented reality content and data; Computer services, namely, creating virtual communities for registered users to organize groups and events, participate in discussions, get feedback from their peers, and engage in social, business and community networking; Computer services, namely, providing an online non-downloadable software platform for curating online user-defined content and advertisements and creating social media feeds; Computer services, namely, hosting online web facilities for others for organizing and conducting meetings, events and interactive discussions via the internet and communication networks; Computer services, namely, providing information in the fields of development of information technology and software via the internet; Computer software development; Creating, maintaining and hosting of a website and online non-downloadable software platform for others featuring information, online links, and electronic resources in the field of sports and fitness; Creating, maintaining and hosting of an interactive web site and online non-downloadable software platform for others that enables users to enter, access, track progress, monitor and generate health, fitness, personal exercise, sports, and athletic activity information and achievements; Creating, maintaining and hosting of an interactive web site and online non-downloadable software platform for others that enables users to compete and compare athletic information and achievements with other users; Design and development of augmented reality hardware and software; Design and development of computer hardware and computer software; Design and development of interactive multimedia software; Design and development of mixed reality hardware and software; Design and development of virtual reality hardware and software, namely, providing online facilities for others featuring technology enabling users to upload and download electronic files; Hosting of digital content on the internet; Mapping services; Mobile computer and mobile communications device software design for others; Providing online non-downloadable computer software for displaying, aggregating, analyzing and organizing data and information in the fields of health, wellness, fitness, physical activity, weight management, sleep, and nutrition; Providing online non-downloadable computer software for facilitating interaction and communication between humans and AI (artificial intelligence) platforms, namely, bots, virtual agents and virtual assistants; Providing online non-downloadable computer software for sharing and displaying a user's location, planning activities with other users and making recommendations; Providing online non-downloadable computer software for social and destination mapping; Providing online

non-downloadable computer software for tracking fitness, health and wellness goals and statistics; Providing online non-downloadable software for creating personalized fitness training programs; Providing online nondownloadable software for creating, managing and accessing user-created and administered private groups within virtual communities; Providing online non-downloadable software for ordering and/or purchasing goods and services; Providing online non-downloadable software for processing electronic payments; Providing online non-downloadable software for providing a virtual marketplace; Providing online non-downloadable software for providing personal training services, workouts and fitness assessments; Providing online non-downloadable software for social networking, creating a virtual community, and transmission of audio, video, images, text and data; Providing online non-downloadable software for transmitting, sharing, receiving, downloading, displaying, interacting with and transferring content, text, visual works, audio works, audiovisual works, literary works, data, files, documents and electronic works; Online ad-buying platform provider, namely, providing online non-downloadable software programs for allowing buyers and sellers of online advertising to purchase and sell advertising inventory; Providing online non-downloadable cloud computing software for use in electronic storage of data; Providing online non-downloadable cloud computing software for virtual, mixed and augmented reality applications and environments; Providing online non-downloadable computer software for use in providing retail and ordering services for a wide variety of consumer goods; Platform as a service (PAAS) featuring computer software platforms for use in purchasing and disseminating advertising; Platform as a service (PAAS) featuring computer software platforms for voice command and recognition software, speech to text conversion software, voice-enabled software applications for personal information management; Platform as a service (PAAS) featuring software platforms for social networking and transmission of images, audio-visual content, video content and messages; Platform as a service (PAAS) services featuring computer software to allow users to perform electronic business and e-commerce transaction; Providing an interactive web site featuring technology that enables users to enter, access, track progress, monitor and generate nutrition, calories, health, fitness, personal exercise, sports, and athletic activity information and achievements; Providing use of online non-downloadable software to provide information regarding sports, athletic skill development, fitness coaching, and fitness training via an online website and other computer and electronic communication networks for gaming consoles, personal computers, personal digital devices, and smart phones; Providing an interactive web site featuring technology that enables users to enter, access, track progress, monitor and generate calories, fitness, personal exercise, and athletic activity information and achievements; Providing online software platform services that enable users to transfer personal identity data to and share personal identity data with and among multiple online facilities; Providing customized computer searching services, namely, searching and retrieving information at the user's specific request via the internet; Providing information from searchable indexes and databases of information, including text, electronic documents, databases, graphics, electronic media, images and audio visual content via the internet and communication networks, namely, Provision of Internet search engines; Providing internet search engines; Providing online non-downloadable software to allow users to perform electronic business transactions via the internet and communications networks; Providing online software platform services featuring technology that enables online users to create personal profiles featuring social and business networking information, to transfer and share such information among multiple online facilities to engage in social networking, and to manage their social networking accounts; Providing online software platform services that give users the ability to upload, modify and share audio, video, photographic images, text, graphics and data; Providing online software platform services featuring technology that enables online users to create personal profiles featuring social and business networking information and to transfer and share such information among multiple online facilities; Providing online non-downloadable software for setting up, configuring, and controlling wearable computer hardware and wearable computer peripherals; Providing online websites featuring technology that gives users the ability to upload, modify and share virtual reality, mixed reality and augmented reality content, information, experiences and data; Providing Internet search engines to allow users to request and receive photos, videos, text, data, images, and electronic works; providing Internet search engines to allow users to request and receive content, text, visual works, audio works, audiovisual works, literary works, data, files, documents, and electronic works; providing online non-downloadable software for facilitating and arranging for the financing and distribution of fundraising and donations; Providing online non-downloadable software for online charitable fundraising services and financial donation services; Providing temporary access to nondownloadable computer software for mapping services; Providing temporary use of non-downloadable computer software and hosting online facilities to enable users to access and download computer software; Providing temporary use of nondownloadable computer software enabling development, assessment, testing, and maintenance of mobile

software applications for portable computing devices, namely, mobile phones, smartphones, handheld computers and computer tablets; Providing temporary use of non-downloadable computer software for sharing and displaying a user's location, planning activities with other users and making recommendations; Providing temporary use of non-downloadable computer software for social and destination mapping; Providing temporary use of non-downloadable computer software for finding content and content publishers, and for subscribing to content; Providing temporary use of non-downloadable computer software for accessing, collecting, displaying, editing, linking, modifying, organizing, tagging, streaming, sharing, storing, transmitting, and otherwise providing electronic media, photographs, images, graphics, audio, videos, audio-visual content, data and information via the internet and communication networks; Providing temporary use of non-downloadable e-commerce software to allow users to perform electronic business transactions via the internet; Providing temporary use of non-downloadable location-aware computer software for searching, determining and sharing the location of goods, services and events of interest; Providing temporary use of non-downloadable software applications for searching and identifying local and location-based points of interest, events, landmarks, employment opportunities, entertainment, cultural events, shopping and offers; Providing temporary use of non-downloadable software applications for providing location-based weather information; Providing temporary use of non-downloadable software applications for providing, linking to, or streaming news or current events information; Providing temporary use of non-downloadable software for modifying photographs, images and audio, video, and audio-video content with photographic filters and virtual reality, mixed reality, and augmented reality (AR) effects, namely, graphics, animations, text, drawings, geotags, metadata tags, hyperlinks; Providing temporary use of non-downloadable software for taking photographs and recording audio, audio-visual and video content; Providing temporary use of non-downloadable software for uploading, downloading, archiving, enabling transmission of, and sharing images, audio-visual and video content and associated text and data; Providing temporary use of online non-downloadable software and applications for instant messaging, voice over internet protocol (VOIP), video conferencing, and audio conferencing; Providing temporary use of online non-downloadable software for use in designing, managing, measuring, analyzing, disseminating, and serving advertising of others; Provision of Internet search engine services; Rental of computer software that gives users the ability to upload, edit, and share images, videos and audio-visual content; Software as a service (SAAS) featuring computer software for accessing, browsing, and searching online databases, audio, video and multimedia content, games, and software applications, software application marketplaces; Software as a service (SAAS) featuring computer software for accessing, monitoring, tracking, searching, saving, and sharing information on topics of general interest; Software as a service (SAAS) featuring computer software for connecting, operating, integrating, controlling, and managing networked consumer electronic devices, home climate devices and lighting products via wireless networks; Software as a service (SAAS) featuring computer software used for controlling stand-alone voice controlled information and personal assistant devices; Software as a service (SAAS) services featuring software for use in designing, creating and analyzing data, metrics and reports in the areas of health, fitness, sleep, nutrition and wellness; Software as a service (SAAS) services featuring software for sending and receiving electronic messages, notifications and alerts; Software as a service (SAAS) services featuring software for use of an algorithm for calculating and generating data for sport activity, fitness training, fitness level assessments, fitness coaching, fitness recommendations and goal setting; Software as a service (SAAS) services, namely, hosting software for use by others for use of an algorithm for calculating and generating data for sport activity, fitness training, fitness level assessments, fitness coaching, fitness recommendations and goal setting; Software as a service (SAAS) services featuring software for providing a customized website and mobile portal for individuals featuring data analytics based on physiological metrics for purposes of health monitoring; Software as a service (SAAS) services featuring software that enables users to manage employee accounts, schedule and track employee participation, and facilitate and manage corporate fitness and wellness programs; Providing online non-downloadable software for electronic messaging; Technical support services, namely, troubleshooting in the nature of diagnosing computer hardware and software problems

| International Class(es): | 042 - Primary Class | U.S Class(es): | 100, 101 |
|---|---|---|---|
| Class Status: | ACTIVE | | |
| Basis: | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | Yes | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Meta Platforms, Inc. |
| Owner Address: | 1601 Willow Road<br>Menlo Park, CALIFORNIA UNITED STATES 94025 |
| Legal Entity Type: | CORPORATION |

| | | |
|---|---|---|
| | State or Country Where Organized: | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| Attorney Name: | Anthony J. Malutta | Docket Number: | 1290880 |
| Attorney Primary Email Address: | MetaProsecution@kilpatricktownsend.com | Attorney Email Authorized: | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| Correspondent Name/Address: | Anthony J. Malutta<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>TWO EMBARCADERO CENTER, SUITE 1900<br>SAN FRANCISCO, CALIFORNIA UNITED STATES 94111 | | |
| Phone: | 415-273-7507 | Fax: | 415-723-7132 |
| Correspondent e-mail: | MetaProsecution@kilpatricktownsend.com<br>tmadmin@kilpatricktownsend.com | Correspondent e-mail Authorized: | Yes |

### Domestic Representative - Not Found

## ▾ Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Dec. 19, 2023 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Nov. 21, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 21, 2023 | PUBLISHED FOR OPPOSITION | |
| Nov. 01, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 17, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 22, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Aug. 21, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Aug. 21, 2023 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Jul. 21, 2023 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Jul. 21, 2023 | FINAL REFUSAL E-MAILED | |
| Jul. 21, 2023 | FINAL REFUSAL WRITTEN | |
| Apr. 20, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Apr. 19, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Apr. 19, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 19, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Oct. 19, 2022 | NON-FINAL ACTION E-MAILED | |
| Oct. 19, 2022 | NON-FINAL ACTION WRITTEN | |
| Oct. 07, 2022 | ASSIGNED TO EXAMINER | |
| Jan. 11, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Jan. 10, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 07, 2022 | NEW APPLICATION ENTERED | |

## ▾ TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | GEARHART, JESSICA SHEA | **Law Office Assigned:** | LAW OFFICE 106 |

**File Location**

| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Oct. 20, 2023 |

▲ **Assignment Abstract Of Title Information - Click to Load**

▲ **Proceedings - Click to Load**

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97202654**
**Filing Date: 01/04/2022**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97202654 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\972\026\97202654\xml1 \ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | META |
| **COLOR MARK** | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a geometric design consisting of two loops and the word META. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 944 x 327 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Meta Platforms, Inc. |
| *MAILING ADDRESS | 1601 Willow Road |
| *CITY | Menlo Park |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 94025 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 042 |
| | Design and development of computer hardware and software; Providing online non-downloadable software; Providing temporary use of non-downloadable software to enable development, assessment, testing, and maintenance of mobile |

software applications for portable electronic communication devices, namely, mobile phones, smartphones, handheld computers and computer tablets; Design, engineering, research, development and testing services in the field of mobile application software development related to the use and functionality of hyperlinks; Technical consultation in the field of mobile application software development related to the use and functionality of hyperlinks; Providing temporary use of non-downloadable software that gives users the ability to engage in social networking and manage their social networking content; Computer services, namely, creating an online community for registered users to engage in social networking; Providing temporary use of non-downloadable software for creating, managing and accessing user-created and administered groups within virtual communities; Providing temporary use of non-downloadable software for creating and managing social media profiles and user accounts; Providing temporary use of non-downloadable software for social networking, creating a virtual community, and transmission of audio, video, images, text, content, and data; Computer services in the nature of customized electronic personal and group profiles or webpages featuring user-defined or specified information, including, audio, video, images, text, content, and data; Providing temporary use of non-downloadable software that enables users to transfer personal identity data to and share personal identity data with and among multiple websites; Application service provider (ASP) featuring software for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Platform as a service (PAAS) featuring software platforms for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Application service provider (ASP) featuring application programming interface (API) software which facilitates online services for social networking and developing software applications; Providing temporary use of non-downloadable software for viewing and interacting with a feed of electronic media, namely, images, audio-visual and video content, live streaming video, commentary, advertisements, news, and internet links; Providing temporary use of non-downloadable software for finding content and content publishers, and for subscribing to content; Providing temporary use of non-downloadable software for organizing images, video, and audio-visual content using metadata tags; Providing temporary use of non-downloadable software for creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, interacting with, embedding, transmitting, and sharing or otherwise providing electronic media, images, video, audio, audio-visual content , data, and information via the internet and communication networks; Application service provider (ASP) featuring software to enable or facilitate the creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, interacting with, embedding,

transmitting, and sharing or otherwise providing electronic media, images, video, audio, audio-visual content , data, and information via the internet and communication networks; Providing temporary use of non-downloadable software for sending and receiving electronic messages, alerts, notifications and reminders; Providing application programming interface (API) software for use in electronic messaging and transmission of audio, video, images, text, content and data; Providing temporary use of non-downloadable software for electronic messaging; Providing temporary use of non-downloadable software to facilitate interactive discussions via communication networks; Providing temporary use of non-downloadable software for organizing events, searching for events, calendaring and managing events; Providing temporary use of non-downloadable software for modifying photographs, images and audio, video, and audio-video content; Providing temporary use of non-downloadable computer software for use in taking and editing photographs and recording and editing videos; Application service provider (ASP) featuring software to enable or facilitate taking and editing photographs and recording and editing videos; Providing temporary use of non-downloadable software for streaming multimedia entertainment content; Providing temporary use of non-downloadable computer software for enabling transmission of images, audio, audio visual and video content and data; Computer services, namely, providing search engines for obtaining data via the internet and communications networks; Providing search engines of online network environments to provide information from searchable indexes and databases of information, including text, electronic documents, databases, graphics, electronic media, images and audio visual content, via the internet and communications networks; Application service provider (ASP) services, namely, hosting software applications of others; Providing temporary use of non-downloadable software for providing, linking to, or streaming news or current events information; Providing temporary use of non-downloadable e-commerce software to allow users to perform electronic business transactions via the internet and communications networks; Application service provider (ASP) featuring application programming interface (API) software to allow users to perform electronic business transactions via the internet and communication networks; Software as a service (SAAS) services featuring software for sending and receiving electronic messages, notifications and alerts and for facilitating electronic business transactions via the internet and communications networks; Providing temporary use of non-downloadable software for use in designing, managing, measuring, analyzing, disseminating, and serving advertising of others; Application service provider (ASP) featuring application programming interface (API) software for creating, managing, tracking, reporting and measuring advertising of others; Providing non-downloadable software for allowing buyers and sellers of online advertising to purchase and sell advertising inventory; Providing temporary use of non-downloadable software for creating, sharing, disseminating and posting advertising; Providing temporary use of non-downloadable software for creating and maintaining an online presence for individuals, groups, companies, and brands; Providing temporary use of non-downloadable software for advertisers to communicate and interact with online communities; Providing temporary use of non-downloadable

software for curating online user-defined content and advertisements and creating social media feeds; Designing and developing computer game software and video game software for use with computers, video game program systems and computer networks; Development of hardware for use in connection with electronic and interactive multimedia games; Providing temporary use of non-downloadable software that gives users the ability to upload, modify and share virtual reality content, augmented reality content, mixed reality content, information, experiences and data; Hosting of virtual reality and augmented reality content on the internet; Providing user authentication services using single sign-on and software technology for e-commerce transactions; Providing user authentication services of electronic funds transfer, credit and debit card and electronic check transactions using single sign-on and software technology; Providing an application programming interface (API) to allow users to perform electronic business transactions via the internet; Providing temporary use of non-downloadable software for processing electronic payments; Platform as a service (PAAS) services featuring computer software to allow users to perform business and e-commerce transactions; Providing temporary access to non-downloadable computer software for providing electronic maps; Application service provider (ASP) featuring software for providing electronic maps; Providing temporary use of non-downloadable computer software for searching, determining, and sharing locations; Providing temporary use of non-downloadable software for searching and identifying local and location-based points of interest, events, landmarks, employment opportunities, entertainment, cultural events, shopping and offers; Providing temporary use of non-downloadable computer software for making reservations and bookings; Application service provider (ASP) featuring software to enable or facilitate making reservations and bookings; Providing temporary use of non-downloadable software that give users the ability to post ratings, reviews, referrals and recommendations relating to businesses, restaurants, service providers, events, public services and government agencies; Providing temporary use of non-downloadable software for providing a virtual marketplace; Providing temporary use of non-downloadable computer software for ordering and/or purchasing goods and services; Application service provider (ASP) featuring software to enable or facilitate ordering and/or purchasing goods and services; Providing temporary use of non-downloadable software for searching and identifying employment opportunities; Providing temporary use of non-downloadable software for identifying and allowing users to contact government representatives; Providing temporary use of non-downloadable software for facilitating interaction and communication between humans and AI (artificial intelligence) platforms; Application service provider (ASP) featuring software to enable or facilitate interaction and communication between humans and AI (artificial intelligence) platforms; Design of augmented reality and virtual reality effects for use in modifying photographs, images, videos and audio-visual content; Providing online non-downloadable personal assistant software; Providing non-downloadable social assistant software; Providing temporary use of non-downloadable computer software for use in facilitating voice over internet protocol (VOIP) calls, phone calls, video calls, text messages,

electronic message, instant message, and online social networking services; Application service provider (ASP) services featuring software to enable or facilitate voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, electronic message, instant message, and online social networking services; Providing a website featuring information in the fields of technology and software development via the internet and communication networks; Design and development of virtual reality and augmented reality and mixed reality hardware and software; Design and development of video game hardware and software; Software development; Development of interactive multimedia software; Maintenance and repair of computer software; Computer services, namely, cloud hosting provider services; Providing temporary use of online non-downloadable cloud computing software for use in electronic storage of data; Providing temporary use of online non-downloadable cloud computing software for virtual, augmented reality applications and environments; File sharing services, namely, providing temporary use of non-downloadable featuring technology enabling users to upload and download electronic files; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, web sites, and databases in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Computer services, namely, providing remote management of devices via computer networks, wireless networks or the internet; Data encryption services; Encrypted electronic transmission and delivery of recovered data; Providing temporary use of online non-downloadable software and applications for customer relationship management (CRM); Application service provider (ASP) featuring software for customer relationship management (CRM); Computer services, in particular, application service provider featuring application programming interface (API) software for customer relationship management (CRM); Providing temporary use of non-downloadable software for facilitating and arranging fundraising and the distribution of fundraising donations; Providing temporary use of non-downloadable software for online charitable fundraising services and donation services; Scientific and technological services and research and design relating thereto; Industrial analysis and research services; Computer hardware and software design, development, installation and maintenance; Research services and consulting in the field of information and telecommunications technology; Design of telecommunications apparatus and equipment; Consulting services in the field of design, selection, implementation and use of computer hardware and software systems for others; Providing online software platform featuring technology that enables online users to make payments and transfer funds; Providing online software platform featuring technology that enables online users to make payments and funds transfers across multiple websites and mobile applications; Computer services, namely, application services provider featuring application programming interface (API) software to allow users to perform e-commerce transactions via the internet and communications networks; Software as a services (SAAS) services featuring software for facilitating e-commerce

transactions via the internet and communications networks; Application service provider featuring an application programming interface (API) software to allow users to perform e-commerce transactions via the internet and communications networks; Providing temporary use of non-downloadable software for converting natural language into machine-executable commands; Analyzing and evaluating social media content; Developing standards for third-party social media content; Conducting proceedings relating to standards concerning third-party social media content; Content moderation and supervision; Web publishing, namely, publishing of decisions concerning third-party social media content; Providing temporary use of non-downloadable computer software in the nature of a query engine; Providing temporary use of non-downloadable computer software for use in performing queries on large amounts of data; Providing temporary use of non-downloadable computer software in the nature of a query engine functioning across business intelligence (BI) tools; Providing temporary use of online non-downloadable artificial intelligence software for facilitating machine learning software; Application service provider (ASP) featuring software to enable or facilitate machine learning software; Providing temporary use of online non-downloadable software for machine learning; Providing temporary use of online non-downloadable software tools for software development; Providing temporary use of online non-downloadable software for building user interfaces; Application service provider (ASP) featuring software to enable or facilitate user interface building software; Electronic data storage; Electronic storage of photographs; Interactive hosting services which allow the users to publish and share their own content and images online; Providing on-line non-downloadable software for database management; Computer network services; Providing temporary use of non-downloadable software for opinion polling; Providing software allowing users to post questions with answer options; Platform as a service (PAAS) services featuring technology that allows businesses, organizations and individuals to create and manage their online presences and to communicate with online users information and messages regarding their activities, products and services and to engage in business and social networking; Providing temporary use of non-downloadable software featuring technology that allows users to manage their business networking accounts; Providing temporary use of non-downloadable software for voice command and recognition software, speech to text conversion software, voice-enabled software applications for personal information management; Platform as a service (PAAS) featuring computer software platforms for personal assistant software; Platform as a service (PAAS) featuring computer software platforms for home automation and home device integration software; Platform as a service (PAAS) featuring computer software platforms for wireless communication software for voice, audio, video, and data transmission; Software as a service (SAAS) featuring computer software for personal information management; Providing temporary use of non-downloadable software for accessing, monitoring, tracking, searching, saving, and sharing information on topics of general interest; Software as a service (SAAS) featuring computer software for use to connect and control internet of things (iot) electronic devices; Software as a service (SAAS) featuring computer software for others to use

for the development of software to manage, connect, and operate internet of things (iot) electronic devices; Software as a service (SAAS) featuring computer software for use as an application programming interface (API); Design, development and maintenance of proprietary computer software for others in the field of natural language, speech, language, and voice recognition excluding post-production of picture and sound recordings; Technical support and consultation services for developing applications; Information, advisory and consultancy services relating to voice command and recognition software, speech to text conversion software, and voice-enabled software applications, home automation, and internet-of-things software; Providing information, news, and commentary in the field of science and technology, home decorating, weather, and graphic, interior, product, and fashion design; Technological services, namely, data warehousing services; Application service provider (asp), namely, hosting computer software applications through the internet of others; Consultation services relating to programming of multimedia application management, computer programming, hardware, software, and computer system design and specification; Software as a service (SAAS) services, namely, hosting software for use by others for use providing an online database featuring a wide range of general interest information via the internet; Providing temporary use of on-line non-downloadable mobile communications device software for enhancing mobile access to the internet via computers, mobile computers, and mobile communications devices; Technical support, namely, troubleshooting of computer hardware and software problems and mobile computer and mobile communications device hardware and software problems; Computer, mobile computer, and mobile communication device hardware and software consultation and design; Providing temporary use of non-downloadable computer software that enables users to access and download computer software; Providing temporary use of on-line non-downloadable software and applications for accessing streaming audio and video files, games, social networks, text files, and multimedia files; Application service provider (ASP) featuring application programming interface (API) software for the streaming, storage, and sharing of video games, content, data and information; Computer software development in the field of mobile applications; Providing technical support services, namely, troubleshooting of computer software problems regarding the usage of communications equipment; Computer services; IT services; Application service provider (ASP) services, namely, hosting computer software applications of others; Application service provider (ASP) services, featuring e-commerce software for use as a payment gateway that authorizes processing of credit cards or direct payments for merchants; Application service provider (ASP) services, namely, providing, hosting, managing, developing, and maintaining applications, software, websites and databases in the fields of information technology, blockchain, virtual currency, digital currency, cryptocurrency, and digital assets; Application service provider (ASP) services featuring software for use in virtual currency, digital currency, cryptocurrency, and digital asset exchange and transactions; Application service provider (ASP) featuring software to enable or facilitate the creating, editing, uploading, downloading, accessing, viewing, posting, displaying, commenting on, embedding, transmitting, and sharing or

**\*IDENTIFICATION**

otherwise providing electronic media or information via the internet and communications networks; Application service provider services featuring application programming interface (API) software to allow users to perform electronic business transactions via a global computer network; Application service provider (ASP) featuring software to enable or facilitate purchasing goods and services; Software as a service (SAAS) services; Platform as a service (PAAS) services; Providing temporary use of non-downloadable cloud computing software; Providing distributed ledger technology; Providing temporary use of non-downloadable software which facilitates the ability of users to view, analyze, record, store, monitor, manage, trade and exchange digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for sending, receiving, accepting, buying, selling, storing, transmitting, trading and exchanging digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for implementing and recording financial transactions, for creating accounts and maintaining and managing information about financial transactions on distributed public ledgers and peer to peer payment networks; Providing temporary use of non-downloadable software for processing electronic payments and for transferring funds to and from others; Providing electronic financial platform software; Providing software for use as an application programming interface (API) for the development, testing, and integration of blockchain software applications; Providing temporary use of non-downloadable software for transfers of digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens between parties; Providing temporary use of non-downloadable software for use in financial trading; Providing temporary use of non-downloadable software for use in financial exchange; Providing temporary use of non-downloadable software for use in accessing financial information and market data and trends; Providing temporary use of non-downloadable software for the management of cryptographic security of electronic transmissions across computer networks; Providing temporary use of non-downloadable software for use with virtual currency; Providing software for use with digital currency; Providing software for use with cryptocurrency; Providing temporary use of non-downloadable software for use with digital currency wallet and storage services; Providing software for use as a cryptocurrency wallet; Providing software for use as an electronic wallet; Providing software for use as a digital wallet; Electronic data storage services; Providing temporary use of non-downloadable software for electronic funds transfer; Providing temporary use of non-downloadable software for currency conversion; Providing temporary use of non-downloadable software for the collection and distribution of data; Providing temporary use of non-downloadable software for payment transactions; Providing temporary use of non-downloadable software for connecting computers to local databases and global computer networks; Providing temporary use of non-downloadable software for creating searchable databases of information and data; Providing temporary use of non-downloadable software for managing and validating

digital currency, virtual currency, cryptocurrency, digital asset, blockchain asset, digitized asset, digital token, crypto token and utility token transactions; Providing temporary use of non-downloadable software for creating and managing smart contracts; Providing temporary use of non-downloadable software for managing payment and exchange transactions; Providing temporary use of non-downloadable software for electronically exchanging currency for digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for use in enabling the electronic transfer of funds to and from others; Providing temporary use of non-downloadable software for creating a decentralized and open source digital currency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for creating a decentralized and open source virtual currency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for creating a decentralized and open source cryptocurrency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for encrypting and enabling secure transmission of digital information over the Internet, as well as over other modes of communication between computing devices; Distributed ledger platform software for use in processing financial transactions; Providing temporary use of non-downloadable software for electronic funds transfer and currency conversion; Providing a web portal featuring blogs and non-downloadable publications in the nature of articles, columns, and informational guides in the fields of virtual currencies, digital and blockchain assets and market and trading trends; Platform as a service (PAAS) featuring computer software platforms for the selling and purchasing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Software as a service (SAAS) featuring computer software platforms for the selling and purchasing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Computer services, namely, creating an on-line virtual environment for the selling and purchasing of digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) featuring computer software platforms for managing blockchain and token driven, distributed storage computer systems; Software as a service (SAAS) featuring computer software platforms for managing blockchain and token driven, distributed storage computer systems; Computer services, namely, providing secure, private encrypted cloud storage services; Computer services, namely, providing open source decentralized cloud storage platform; Data encryption services featuring blockchain software technology and peer-to-peer protocols to provide secure, private, and encrypted cloud storage; Providing temporary use of non-downloadable software for use as a cryptocurrency wallet; Data mining; Providing temporary use of non-downloadable software for use with blockchain technology; Software as a service (SAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens

and utility tokens; Platform as a service (PAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) featuring software platforms for facilitating transactions and payments using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens that allow users to buy from, and sell products and services to others; Software as a service (SAAS) featuring software platforms for facilitating transactions and payments using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens that allow users to buy from, and sell products and services to others; Blockchain-based software platforms and distributed computing software platforms for auditing and verifying digital information and codes; Design, development and implementation of audit and security software for blockchain-based platforms; Providing temporary use of non-downloadable software for use in facilitating secure transactions; Providing temporary use of non-downloadable software for auditing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Design, development, and implementation of software for distributed computing platforms; Design, development, and implementation of software for blockchain; Design, development, and implementation of software for digital currency, virtual currency, cryptocurrency, digital and blockchain asset, digitized asset, digital token, crypto token and utility token wallets; Design, development, and implementation of software for third-party verification services for digital currency transactions, including but not limited to transactions involving bitcoin currency; Providing temporary use of non-downloadable software for users to buy and sell products by using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for use in accessing, reading, tracking, and using blockchain technology; Technical consultancy services related to digital currency, virtual currency, cryptocurrency, digital and blockchain asset, digitized asset, digital token, crypto token and utility token transactions; Platform as a service (PAAS) featuring computer software platforms for computer system and application development, deployment, and management; Software as a service (SAAS) featuring computer software platforms for computer system and application development, deployment, and management; Providing temporary use of non-downloadable software enabling users to develop, build and run distributed applications through an open-source peer-to-peer smart-contract and payment network platform; Providing temporary use of non-downloadable authentication software for controlling access to and communications with computers and computer networks; Providing temporary use of non-downloadable software for use in the exchange of virtual items; Providing a digital exchange; Providing temporary use of non-downloadable software for use in issuing digital currency, virtual currency, cryptocurrency, digital and

blockchain assets, digitized as; Application service provider (ASP); Application service provider (ASP) featuring application programming interface (API) software which facilitates online services for social networking, developing software applications; Application service provider (ASP) featuring location-aware software for searching, determining and sharing the location of goods, services and events of interest; Application service provider (ASP) featuring software for mapping services; Application service provider (ASP) featuring software for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Application service provider (ASP) featuring software for use in buying, selling, designing, managing, tracking, valuing, optimizing, targeting, analyzing, delivery, and reporting of online advertising and marketing; Application service provider (ASP) featuring software to enable or facilitate the sharing and displaying a user's location, planning activities with other users and making recommendations; Application service provider (ASP) featuring software to enable or facilitate social and destination mapping; Application service provider (ASP) featuring software to enable or facilitate interaction and communication between humans and AI (artificial intelligence) platforms, namely, bots, virtual agents and virtual assistants; Application service provider (ASP) services; Application service provider (ASP) services featuring software for controlling, integrating, operating, connecting, and managing voice controlled information devices, namely, cloud-connected and voice-controlled smart consumer electronic devices and electronic personal assistant devices; Application service provider (ASP), namely, hosting, managing, developing and maintaining applications, software, and web sites, in the fields of personal productivity, wireless communication, and mobile applications; Application service provider (ASP), namely, providing, hosting, managing, developing, and maintaining applications, software, websites, and databases in the fields of calculation of website ranking based on user traffic; Application service provider (ASP), namely, remote hosting of computer applications of others; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, web sites, and databases in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, websites, and databases in the fields of calculation of website ranking based on user traffic; Computer consulting, computer programming; Computer hardware and software consultation and design; Computer hardware, software, application, and network consulting services; Computer online services, namely, providing information, online links and electronic resources related to sports, health, and fitness; Computer services in the nature of providing customized online pages featuring user-defined or specified information, personal profiles, virtual reality, mixed reality, and augmented reality content and data; Computer services, namely, creating virtual communities for registered users to organize groups and events, participate in discussions, get feedback from their

peers, and engage in social, business and community networking; Computer services, namely, curating online user-defined content and advertisements and creating social media feeds; Computer services, namely, hosting online web facilities for others for organizing and conducting meetings, events and interactive discussions via the internet and communication networks; Computer services, namely, providing information in the fields of technology and software development via the internet; Computer software development; Creating, maintaining and hosting of a website and other computer and electronic communication networks featuring information, online links, and electronic resources in the field of sports and fitness; Creating, maintaining and hosting of an interactive web site and other computer and electronic communication networks that enables users to enter, access, track progress, monitor and generate health, fitness, personal exercise, sports, and athletic activity information and achievements; Creating, maintaining and hosting of an interactive web site and other computer and electronic communication networks that enables users to compete and compare athletic information and achievements with other users; Design and development of augmented reality hardware and software; Design and development of computer hardware and computer software; Design and development of interactive multimedia software; Design and development of mixed reality hardware and software; Design and development of virtual reality hardware and software; File sharing services, namely, providing online facilities for others featuring technology enabling users to upload and download electronic files; Hosting of digital content on the internet; Mapping services; Mobile computer and mobile communications device hardware and software consultation and design; Mobile computer and mobile communications device software design for others; Non-downloadable computer software for displaying, aggregating, analyzing and organizing data and information in the fields of health, wellness, fitness, physical activity, weight management, sleep, and nutrition; Non-downloadable computer software for facilitating interaction and communication between humans and AI (artificial intelligence) platforms, namely, bots, virtual agents and virtual assistants; Non-downloadable computer software for sharing and displaying a user's location, planning activities with other users and making recommendations; Non-downloadable computer software for social and destination mapping; Non-downloadable computer software for tracking fitness, health and wellness goals and statistics; Non-downloadable software for creating personalized fitness training programs; Non-downloadable software for creating, managing and accessing user-created and administered private groups within virtual communities; Non-downloadable software for ordering and/or purchasing goods and services; Non-downloadable software for processing electronic payments; Non-downloadable software for providing a virtual marketplace; Non-downloadable software for providing personal training services, workouts and fitness assessments; Non-downloadable software for social networking, creating a virtual community, and transmission of audio, video, images, text and data; Non-downloadable software for streaming multimedia entertainment content; Non-downloadable software for transmitting, sharing, receiving, downloading, displaying, interacting with and transferring content, text, visual works,

audio works, audiovisual works, literary works, data, files, documents and electronic works; Online ad-buying platform provider, namely, providing non-downloadable software programs for allowing buyers and sellers of online advertising to purchase and sell advertising inventory; Online non-downloadable cloud computing software for use in electronic storage of data; Online non-downloadable cloud computing software for virtual, mixed and augmented reality applications and environments; Online non-downloadable computer software for use in providing retail and ordering services for a wide variety of consumer goods; Platform as a service (PAAS) featuring computer software platforms for use in purchasing and disseminating advertising; Platform as a service (PAAS) featuring computer software platforms for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Platform as a service (PAAS) featuring computer software platforms for voice command and recognition software, speech to text conversion software, voice-enabled software applications for personal information management; Platform as a service (PAAS) featuring software platforms for social networking and transmission of images, audio-visual content, video content and messages; Platform as a service (PAAS) services featuring computer software to allow users to perform electronic business and e-commerce transaction; Provide an interactive web site that enables users to enter, access, track progress, monitor and generate nutrition, calories, health, fitness, personal exercise, sports, and athletic activity information and achievements; Provide use of non-downloadable software to provide information regarding sports, athletic skill development, fitness coaching, and fitness training via an online website and other computer and electronic communication networks for gaming consoles, personal computers, personal digital devices, and smart phones; Providing an interactive web site that enables users to enter, access, track progress, monitor and generate calories, fitness, personal exercise, and athletic activity information and achievements; Providing an online network service that enables users to transfer personal identity data to and share personal identity data with and among multiple online facilities; Providing customized computer searching services, namely, searching and retrieving information at the user's specific request via the internet; Providing information from searchable indexes and databases of information, including text, electronic documents, databases, graphics, electronic media, images and audio visual content via the internet and communication networks; Providing internet search engines; Providing non-downloadable software to allow users to perform electronic business transactions via the internet and communications networks; Providing online facilities featuring technology that enables online users to create personal profiles featuring social and business networking information, to transfer and share such information among multiple online facilities to engage in social networking, and to manage their social networking accounts; Providing online facilities that give users the ability to upload, modify and share audio, video, photographic images, text, graphics and data; Providing online facilities featuring technology that enables online users to create personal profiles featuring social and business

networking information and to transfer and share such information among multiple online facilities; Providing online non-downloadable software for setting up, configuring, and controlling wearable computer hardware and wearable computer peripherals; Providing online sites that gives users the ability to upload, modify and share virtual reality, mixed reality and augmented reality content, information, experiences and data; Providing personal assistant software; Providing search platforms to allow users to request and receive photos, videos, text, data, images, and electronic works; Providing search platforms to allow users to request and receive content, text, visual works, audio works, audiovisual works, literary works, data, files, documents, and electronic works; Providing social assistant software; Providing software for facilitating and arranging for the financing and distribution of fundraising and donations; Providing software for online charitable fundraising services and financial donation services; Providing temporary access to non-downloadable computer software for mapping services; Providing temporary use of non-downloadable computer software and hosting online facilities to enable users to access and download computer software; Providing temporary use of non-downloadable computer software enabling development, assessment, testing, and maintenance of mobile software applications for portable computing devices, namely, mobile phones, smartphones, handheld computers and computer tablets; Providing temporary use of non-downloadable computer software for sharing and displaying a user's location, planning activities with other users and making recommendations; Providing temporary use of non-downloadable computer software for social and destination mapping; Providing temporary use of non-downloadable computer software for finding content and content publishers, and for subscribing to content; Providing temporary use of non-downloadable computer software for accessing, collecting, displaying, editing, linking, modifying, organizing, tagging, streaming, sharing, storing, transmitting, and otherwise providing electronic media, photographs, images, graphics, audio, videos, audio-visual content, data and information via the internet and communication networks; Providing temporary use of non-downloadable e-commerce software to allow users to perform electronic business transactions via the internet; Providing temporary use of non-downloadable location-aware computer software for searching, determining and sharing the location of goods, services and events of interest; Providing temporary use of non-downloadable software applications for searching and identifying local and location-based points of interest, events, landmarks, employment opportunities, entertainment, cultural events, shopping and offers; Providing temporary use of non-downloadable software applications for providing location-based weather information; Providing temporary use of non-downloadable software applications for providing, linking to, or streaming news or current events information; Providing temporary use of non-downloadable software for modifying photographs, images and audio, video, and audio-video content with photographic filters and virtual reality, mixed reality, and augmented reality (AR) effects, namely, graphics, animations, text, drawings, geotags, metadata tags, hyperlinks; Providing temporary use of non-downloadable software for taking photographs and recording audio, audio-visual and video content; Providing temporary use of non-downloadable

software for uploading, downloading, archiving, enabling transmission of, and sharing images, audio-visual and video content and associated text and data; Providing temporary use of non-downloadable software for streaming multimedia entertainment content; Providing temporary use of online non-downloadable software and applications for instant messaging, voice over internet protocol (VOIP), video conferencing, and audio conferencing; Providing temporary use of online non-downloadable software for use in designing, managing, measuring, analyzing, disseminating, and serving advertising of others; Providing temporary use of non-downloadable software for taking photographs and recording audio, audio-visual and video content; Provision of Internet search engine services; Rental of computer software that gives users the ability to upload, edit, and share images, videos and audio-visual content; Software as a service (SAAS) featuring computer software for accessing, browsing, and searching online databases, audio, video and multimedia content, games, and software applications, software application marketplaces; Software as a service (SAAS) featuring computer software for accessing, monitoring, tracking, searching, saving, and sharing information on topics of general interest; Software as a service (SAAS) featuring computer software for connecting, operating, integrating, controlling, and managing networked consumer electronic devices, home climate devices and lighting products via wireless networks; Software as a service (SAAS) featuring computer software used for controlling stand-alone voice controlled information and personal assistant devices; Software as a service (SAAS) for use in designing, creating and analyzing data, metrics and reports in the areas of health, fitness, sleep, nutrition and wellness; Software as a service (SAAS) services featuring software for sending and receiving electronic messages, notifications and alerts; Software as a service (SAAS) services featuring software for use of an algorithm for calculating and generating data for sport activity, fitness training, fitness level assessments, fitness coaching, fitness recommendations and goal setting; Software as a service (SAAS) services, namely, hosting software for use by others for use of an algorithm for calculating and generating data for sport activity, fitness training, fitness level assessments, fitness coaching, fitness recommendations and goal setting; Software as a service (SAAS) services, namely, providing a customized website and mobile portal for individuals featuring data analytics based on physiological metrics for purposes of health monitoring; Software as a service (SAAS) that enables users to manage employee accounts, schedule and track employee participation, and facilitate and manage corporate fitness and wellness programs; Software for electronic messaging; Technical support services, namely, troubleshooting in the nature of diagnosing computer hardware and software problems; Technological services, namely, data warehousing services

| | |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **FILING BASIS** | SECTION 44(d) |
| **FOREIGN APPLICATION NUMBER** | 084472 |
| **FOREIGN APPLICATION COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Jamaica |
| **FOREIGN FILING DATE** | 10/05/2021 |

| INTENT TO PERFECT 44(d) | At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority. |
|---|---|

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Anthony J. Malutta |
| ATTORNEY DOCKET NUMBER | 1290880 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Kilpatrick Townsend & Stockton LLP |
| STREET | Two Embarcadero Center, Suite 1900 |
| CITY | San Francisco |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94111 |
| PHONE | 415-273-7507 |
| FAX | 415-723-7132 |
| EMAIL ADDRESS | MetaProsecution@kilpatricktownsend.com |
| OTHER APPOINTED ATTORNEY | Calla Yee and Jenny Goak |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Anthony J. Malutta |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | MetaProsecution@kilpatricktownsend.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | tmadmin@kilpatricktownsend.com |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 350 |
| *TOTAL FEES PAID | 350 |

## SIGNATURE INFORMATION

| | |
|---|---|
| SIGNATURE | /scott minden/ |
| SIGNATORY'S NAME | Scott Minden |
| SIGNATORY'S POSITION | Associate General Counsel |
| DATE SIGNED | 01/04/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 97202654**
**Filing Date: 01/04/2022**

## To the Commissioner for Trademarks:

**MARK:** META (stylized and/or with design, see mark)
The literal element of the mark consists of META. The mark consists of a geometric design consisting of two loops and the word META.
The applicant, Meta Platforms, Inc., a corporation of Delaware, having an address of
    1601 Willow Road
    Menlo Park, California 94025
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 042:  Design and development of computer hardware and software; Providing online non-downloadable software; Providing temporary use of non-downloadable software to enable development, assessment, testing, and maintenance of mobile software applications for portable electronic communication devices, namely, mobile phones, smartphones, handheld computers and computer tablets; Design, engineering, research, development and testing services in the field of mobile application software development related to the use and functionality of hyperlinks; Technical consultation in the field of mobile application software development related to the use and functionality of hyperlinks; Providing temporary use of non-downloadable software that gives users the ability to engage in social networking and manage their social networking content; Computer services, namely, creating an online community for registered users to engage in social networking; Providing temporary use of non-downloadable software for creating, managing and accessing user-created and administered groups within virtual communities; Providing temporary use of non-downloadable software for creating and managing social media profiles and user accounts; Providing temporary use of non-downloadable software for social networking, creating a virtual community, and transmission of audio, video, images, text, content, and data; Computer services in the nature of customized electronic personal and group profiles or webpages featuring user-defined or specified information, including, audio, video, images, text, content, and data; Providing temporary use of non-downloadable software that enables users to transfer personal identity data to and share personal identity data with and among multiple websites; Application service provider (ASP) featuring software for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Platform as a service (PAAS) featuring software platforms for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Application service provider (ASP) featuring application programming interface (API) software which facilitates online services for social networking and developing software applications; Providing temporary use of non-downloadable software for viewing and interacting with a feed of electronic media, namely, images, audio-visual and video content, live streaming video, commentary, advertisements, news, and internet links; Providing temporary use of non-downloadable software for finding content and content publishers, and for subscribing to content; Providing temporary use of non-downloadable software for organizing images, video, and audio-visual content using metadata tags; Providing temporary use of non-downloadable software for creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, interacting with, embedding, transmitting, and sharing or otherwise providing electronic media, images, video, audio, audio-visual content , data, and information via the internet and communication networks; Application service provider (ASP) featuring software to enable or facilitate the creating, editing, uploading, downloading, accessing, viewing, posting, displaying, tagging, blogging, streaming, linking, annotating, indicating sentiment about, commenting on, interacting with embedding, transmitting, and sharing or otherwise providing electronic media, images, video, audio, audio-visual content , data, and information via the internet and communication networks; Providing temporary use of non-downloadable software for sending and receiving electronic messages, alerts, notifications and reminders; Providing application programming interface (API) software for use in electronic messaging and transmission of audio, video, images, text, content and data; Providing temporary use of non-downloadable software for electronic messaging; Providing temporary use of non-downloadable software to facilitate interactive discussions via communication networks; Providing temporary use of non-downloadable software for organizing events, searching for events, calendaring and managing events; Providing temporary use of non-downloadable software for modifying photographs, images and audio, video, and audio-video content; Providing temporary use of non-downloadable computer software for use in taking and editing photographs and recording and editing videos; Application service provider (ASP) featuring software to enable or facilitate taking and editing photographs and recording and editing videos; Providing temporary use of non-downloadable software for streaming multimedia entertainment content; Providing temporary use of non-downloadable computer software for enabling transmission of images, audio, audio visual and video content and data; Computer services,

namely, providing search engines for obtaining data via the internet and communications networks; Providing search engines of online network environments to provide information from searchable indexes and databases of information, including text, electronic documents, databases, graphics, electronic media, images and audio visual content, via the internet and communications networks; Application service provider (ASP) services, namely, hosting software applications of others; Providing temporary use of non-downloadable software for providing, linking to, or streaming news or current events information; Providing temporary use of non-downloadable e-commerce software to allow users to perform electronic business transactions via the internet and communications networks; Application service provider (ASP) featuring application programming interface (API) software to allow users to perform electronic business transactions via the internet and communication networks; Software as a service (SAAS) services featuring software for sending and receiving electronic messages, notifications and alerts and for facilitating electronic business transactions via the internet and communications networks; Providing temporary use of non-downloadable software for use in designing, managing, measuring, analyzing, disseminating, and serving advertising of others; Application service provider (ASP) featuring application programming interface (API) software for creating, managing, tracking, reporting and measuring advertising of others; Providing non-downloadable software for allowing buyers and sellers of online advertising to purchase and sell advertising inventory; Providing temporary use of non-downloadable software for creating, sharing, disseminating and posting advertising; Providing temporary use of non-downloadable software for creating and maintaining an online presence for individuals, groups, companies, and brands; Providing temporary use of non-downloadable software for advertisers to communicate and interact with online communities; Providing temporary use of non-downloadable software for curating online user-defined content and advertisements and creating social media feeds; Designing and developing computer game software and video game software for use with computers, video game program systems and computer networks; Development of hardware for use in connection with electronic and interactive multimedia games; Providing temporary use of non-downloadable software that gives users the ability to upload, modify and share virtual reality content, augmented reality content, mixed reality content, information, experiences and data; Hosting of virtual reality and augmented reality content on the internet; Providing user authentication services using single sign-on and software technology for e-commerce transactions; Providing user authentication services of electronic funds transfer, credit and debit card and electronic check transactions using single sign-on and software technology; Providing an application programming interface (API) to allow users to perform electronic business transactions via the internet; Providing temporary use of non-downloadable software for processing electronic payments; Platform as a service (PAAS) services featuring computer software to allow users to perform business and e-commerce transactions; Providing temporary access to non-downloadable computer software for providing electronic maps; Application service provider (ASP) featuring software for providing electronic maps; Providing temporary use of non-downloadable computer software for searching, determining, and sharing locations; Providing temporary use of non-downloadable software for searching and identifying local and location-based points of interest, events, landmarks, employment opportunities, entertainment, cultural events, shopping and offers; Providing temporary use of non-downloadable computer software for making reservations and bookings; Application service provider (ASP) featuring software to enable or facilitate making reservations and bookings; Providing temporary use of non-downloadable software that gives users the ability to post ratings, reviews, referrals and recommendations relating to businesses, restaurants, service providers, events, public services and government agencies; Providing temporary use of non-downloadable software for providing a virtual marketplace; Providing temporary use of non-downloadable computer software for ordering and/or purchasing goods and services; Application service provider (ASP) featuring software to enable or facilitate ordering and/or purchasing goods and services; Providing temporary use of non-downloadable software for searching and identifying employment opportunities; Providing temporary use of non-downloadable software for identifying and allowing users to contact government representatives; Providing temporary use of non-downloadable software for facilitating interaction and communication between humans and AI (artificial intelligence) platforms; Application service provider (ASP) featuring software to enable or facilitate interaction and communication between humans and AI (artificial intelligence) platforms; Design of augmented reality and virtual reality effects for use in modifying photographs, images, videos and audio-visual content; Providing online non-downloadable personal assistant software; Providing non-downloadable social assistant software; Providing temporary use of non-downloadable computer software for use in facilitating voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, electronic message, instant message, and online social networking services; Application service provider (ASP) services featuring software to enable or facilitate voice over internet protocol (VOIP) calls, phone calls, video calls, text messages, electronic message, instant message, and online social networking services; Providing a website featuring information in the fields of technology and software development via the internet and communication networks; Design and development of virtual reality and augmented reality and mixed reality hardware and software; Design and development of video game hardware and software; Software development; Development of interactive multimedia software; Maintenance and repair of computer software; Computer services, namely, cloud hosting provider services; Providing temporary use of online non-downloadable cloud computing software for use in electronic storage of data; Providing temporary use of online non-downloadable cloud computing software for virtual, augmented reality applications and environments; File sharing services, namely, providing temporary use of non-downloadable featuring technology enabling users to upload and download electronic files; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, web sites, and databases in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Computer services, namely, providing remote management of devices via computer networks, wireless networks or the internet; Data encryption services; Encrypted electronic transmission and delivery of recovered data; Providing temporary use of online non-downloadable software and applications for customer relationship management (CRM); Application service provider (ASP) featuring software for customer relationship management (CRM); Computer services, in particular, application service provider featuring application programming interface (API) software for customer relationship management (CRM); Providing temporary use of non-downloadable software for facilitating and arranging fundraising and the distribution of fundraising donations; Providing temporary use of non-downloadable software for online charitable fundraising services and donation services; Scientific and technological services and research and design relating thereto; Industrial analysis and research services; Computer hardware and software design, development, installation and maintenance; Research services and consulting in the field of information and telecommunications technology; Design of telecommunications apparatus and equipment; Consulting services in the field of design, selection, implementation and

use of computer hardware and software systems for others; Providing online software platform featuring technology that enables online users to make payments and transfer funds; Providing online software platform featuring technology that enables online users to make payments and funds transfers across multiple websites and mobile applications; Computer services, namely, application services provider featuring application programming interface (API) software to allow users to perform e-commerce transactions via the internet and communications networks; Software as a services (SAAS) services featuring software for facilitating e-commerce transactions via the internet and communications networks; Application service provider featuring an application programming interface (API) software to allow users to perform e-commerce transactions via the internet and communications networks; Providing temporary use of non-downloadable software for converting natural language into machine-executable commands; Analyzing and evaluating social media content; Developing standards for third-party social media content; Conducting proceedings relating to standards concerning third-party social media content; Content moderation and supervision; Web publishing, namely, publishing of decisions concerning third-party social media content; Providing temporary use of non-downloadable computer software in the nature of a query engine; Providing temporary use of non-downloadable computer software for use in performing queries on large amounts of data; Providing temporary use of non-downloadable computer software in the nature of a query engine functioning across business intelligence (BI) tools; Providing temporary use of online non-downloadable artificial intelligence software for facilitating machine learning software; Application service provider (ASP) featuring software to enable or facilitate machine learning software; Providing temporary use of online non-downloadable software for machine learning; Providing temporary use of online non-downloadable software tools for software development; Providing temporary use of online non-downloadable software for building user interfaces; Application service provider (ASP) featuring software to enable or facilitate user interface building software; Electronic data storage; Electronic storage of photographs; Interactive hosting services which allow the users to publish and share their own content and images online; Providing on-line non-downloadable software for database management; Computer network services; Providing temporary use of non-downloadable software for opinion polling; Providing software allowing users to post questions with answer options; Platform as a service (PAAS) services featuring technology that allows businesses, organizations and individuals to create and manage their online presences and to communicate with online users information and messages regarding their activities, products and services and to engage in business and social networking; Providing temporary use of non-downloadable software featuring technology that allows users to manage their business networking accounts; Providing temporary use of non-downloadable software for voice command and recognition software, speech to text conversion software, voice-enabled software applications for personal information management; Platform as a service (PAAS) featuring computer software platforms for personal assistant software; Platform as a service (PAAS) featuring computer software platforms for home automation and home device integration software; Platform as a service (PAAS) featuring computer software platforms for wireless communication software for voice, audio, video, and data transmission; Software as a service (SAAS) featuring computer software for personal information management; Providing temporary use of non-downloadable software for accessing, monitoring, tracking, searching, saving, and sharing information on topics of general interest; Software as a service (SAAS) featuring computer software for use to connect and control internet of things (iot) electronic devices; Software as a service (SAAS) featuring computer software for others to use for the development of software to manage, connect, and operate internet of things (iot) electronic devices; Software as a service (SAAS) featuring computer software for use as an application programming interface (API); Design, development and maintenance of proprietary computer software for others in the field of natural language, speech, language, and voice recognition excluding post-production of picture and sound recordings; Technical support and consultation services for developing applications; Information, advisory and consultancy services relating to voice command and recognition software, speech to text conversion software, and voice-enabled software applications, home automation, and internet-of-things software; Providing information, news, and commentary in the field of science and technology, home decorating, weather, and graphic, interior, product, and fashion design; Technological services, namely, data warehousing services; Application service provider (asp), namely, hosting computer software applications through the internet of others; Consultation services relating to programming of multimedia application management, computer programming, hardware, software, and computer system design and specification; Software as a service (SAAS) services, namely, hosting software for use by others for use providing an online database featuring a wide range of general interest information via the internet; Providing temporary use of on-line non-downloadable mobile communications device software for enhancing mobile access to the internet via computers, mobile computers, and mobile communications devices; Technical support, namely, troubleshooting of computer hardware and software problems and mobile computer and mobile communications device hardware and software problems; Computer, mobile computer, and mobile communication device hardware and software consultation and design; Providing temporary use of non-downloadable computer software that enables users to access and download computer software; Providing temporary use of on-line non-downloadable software and applications for accessing streaming audio and video files, games, social networks, text files, and multimedia files; Application service provider (ASP) featuring application programming interface (API) software for the streaming, storage, and sharing of video games, content, data and information; Computer software development in the field of mobile applications; Providing technical support services, namely, troubleshooting of computer software problems regarding the usage of communications equipment; Computer services; IT services; Application service provider (ASP) services, namely, hosting computer software applications of others; Application service provider (ASP) services, featuring e-commerce software for use as a payment gateway that authorizes processing of credit cards or direct payments for merchants; Application service provider (ASP) services, namely, providing, hosting, managing, developing, and maintaining applications, software, websites and databases in the fields of information technology, blockchain, virtual currency, digital currency, cryptocurrency, and digital assets; Application service provider (ASP) services featuring software for use in virtual currency, digital currency, cryptocurrency, and digital asset exchange and transactions; Application service provider (ASP) featuring software to enable or facilitate the creating, editing, uploading, downloading, accessing, viewing, posting, displaying, commenting on, embedding, transmitting, and sharing or otherwise providing electronic media or information via the internet and communications networks; Application service provider featuring application programming interface (API) software to allow users to perform electronic business transactions via a global computer network; Application service provider (ASP) featuring software to enable or facilitate purchasing goods and services; Software as a service (SAAS) services; Platform as a service (PAAS) services; Providing temporary use of non-downloadable cloud computing software; Providing distributed ledger technology; Providing temporary use of non-downloadable software which facilitates the ability of users to view, analyze, record, store, monitor, manage,

trade and exchange digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for sending, receiving, accepting, buying, selling, storing, transmitting, trading and exchanging digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for implementing and recording financial transactions, for creating accounts and maintaining and managing information about financial transactions on distributed public ledgers and peer to peer payment networks; Providing temporary use of non-downloadable software for processing electronic payments and for transferring funds to and from others; Providing electronic financial platform software; Providing software for use as an application programming interface (API) for the development, testing, and integration of blockchain software applications; Providing temporary use of non-downloadable software for transfers of digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens between parties; Providing temporary use of non-downloadable software for use in financial trading; Providing temporary use of non-downloadable software for use in financial exchange; Providing temporary use of non-downloadable software for use in accessing financial information and market data and trends; Providing temporary use of non-downloadable software for the management of cryptographic security of electronic transmissions across computer networks; Providing temporary use of non-downloadable software for use with virtual currency; Providing software for use with digital currency; Providing software for use with cryptocurrency; Providing temporary use of non-downloadable software for use with digital currency wallet and storage services; Providing software for use as a cryptocurrency wallet; Providing software for use as an electronic wallet; Providing software for use as a digital wallet; Electronic data storage services; Providing temporary use of non-downloadable software for electronic funds transfer; Providing temporary use of non-downloadable software for currency conversion; Providing temporary use of non-downloadable software for the collection and distribution of data; Providing temporary use of non-downloadable software for payment transactions; Providing temporary use of non-downloadable software for connecting computers to local databases and global computer networks; Providing temporary use of non-downloadable software for creating searchable databases of information and data; Providing temporary use of non-downloadable software for managing and validating digital currency, virtual currency, cryptocurrency, digital asset, blockchain asset, digitized asset, digital token, crypto token and utility token transactions; Providing temporary use of non-downloadable software for creating and managing smart contracts; Providing temporary use of non-downloadable software for managing payment and exchange transactions; Providing temporary use of non-downloadable software for electronically exchanging currency for digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for use in enabling the electronic transfer of funds to and from others; Providing temporary use of non-downloadable software for creating a decentralized and open source digital currency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for creating a decentralized and open source virtual currency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for creating a decentralized and open source cryptocurrency for use in blockchain-based transactions; Providing temporary use of non-downloadable software for encrypting and enabling secure transmission of digital information over the Internet, as well as over other modes of communication between computing devices; Distributed ledger platform software for use in processing financial transactions; Providing temporary use of non-downloadable software for electronic funds transfer and currency conversion; Providing a web portal featuring blogs and non-downloadable publications in the nature of articles, columns, and informational guides in the fields of virtual currencies, digital and blockchain assets and market and trading trends; Platform as a service (PAAS) featuring computer software platforms for the selling and purchasing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Software as a service (SAAS) featuring computer software platforms for the selling and purchasing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Computer services, namely, creating an on-line virtual environment for the selling and purchasing of digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) featuring computer software platforms for managing blockchain and token driven, distributed storage computer systems; Software as a service (SAAS) featuring computer software platforms for managing blockchain and token driven, distributed storage computer systems; Computer services, namely, providing secure, private encrypted cloud storage services; Computer services, namely, providing open source decentralized cloud storage platform; Data encryption services featuring blockchain software technology and peer-to-peer protocols to provide secure, private, and encrypted cloud storage; Providing temporary use of non-downloadable software for use as a cryptocurrency wallet; Data mining; Providing temporary use of non-downloadable software for use with blockchain technology; Software as a service (SAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) services featuring software for clearing, allocation, compliance, recordation and settlement of trading related to digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Platform as a service (PAAS) featuring software platforms for facilitating transactions and payments using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens that allow users to buy from, and sell products and services to others; Software as a service (SAAS) featuring software platforms for facilitating transactions and payments using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens that allow users to buy from, and sell products and services to others; Blockchain-based software platforms and distributed computing software platforms for auditing and verifying digital information and codes; Design, development and implementation of audit and security software for blockchain-based platforms; Providing temporary use of non-downloadable software for use in facilitating secure transactions; Providing temporary use of non-downloadable software for auditing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Design, development, and implementation of software for distributed computing platforms; Design, development, and implementation of software for blockchain; Design, development, and implementation of software for digital currency, virtual currency, cryptocurrency, digital and blockchain asset, digitized asset, digital token, crypto token and utility token wallets; Design, development, and implementation of software for third-party verification services for digital currency transactions, including but not limited to transactions

involving bitcoin currency; Providing temporary use of non-downloadable software for users to buy and sell products by using digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized assets, digital tokens, crypto tokens and utility tokens; Providing temporary use of non-downloadable software for use in accessing, reading, tracking, and using blockchain technology; Technical consultancy services related to digital currency, virtual currency, cryptocurrency, digital and blockchain asset, digitized asset, digital token, crypto token and utility token transactions; Platform as a service (PAAS) featuring computer software platforms for computer system and application development, deployment, and management; Software as a service (SAAS) featuring computer software platforms for computer system and application development, deployment, and management; Providing temporary use of non-downloadable software enabling users to develop, build and run distributed applications through an open-source peer-to-peer smart-contract and payment network platform; Providing temporary use of non-downloadable authentication software for controlling access to and communications with computers and computer networks; Providing temporary use of non-downloadable software for use in the exchange of virtual items; Providing a digital exchange; Providing temporary use of non-downloadable software for use in issuing digital currency, virtual currency, cryptocurrency, digital and blockchain assets, digitized as; Application service provider (ASP); Application service provider (ASP) featuring application programming interface (API) software which facilitates online services for social networking, developing software applications; Application service provider (ASP) featuring location-aware software for searching, determining and sharing the location of goods, services and events of interest; Application service provider (ASP) featuring software for mapping services; Application service provider (ASP) featuring software for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Application service provider (ASP) featuring software for use in buying, selling, designing, managing, tracking, valuing, optimizing, targeting, analyzing, delivery, and reporting of online advertising and marketing; Application service provider (ASP) featuring software to enable or facilitate the sharing and displaying a user's location, planning activities with other users and making recommendations; Application service provider (ASP) featuring software to enable or facilitate social and destination mapping; Application service provider (ASP) featuring software to enable or facilitate interaction and communication between humans and AI (artificial intelligence) platforms, namely, bots, virtual agents and virtual assistants; Application service provider (ASP) services; Application service provider (ASP) services featuring software for controlling, integrating, operating, connecting, and managing voice controlled information devices, namely, cloud-connected and voice-controlled smart consumer electronic devices and electronic personal assistant devices; Application service provider (ASP), namely, hosting, managing, developing and maintaining applications, software, and web sites, in the fields of personal productivity, wireless communication, and mobile applications; Application service provider (ASP), namely, providing, hosting, managing, developing, and maintaining applications, software, websites, and databases in the fields of calculation of website ranking based on user traffic; Application service provider (ASP), namely, remote hosting of computer applications of others; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, web sites, and databases in the fields of wireless communication, mobile information access, and remote data management for wireless delivery of content to handheld computers, laptops and mobile electronic devices; Application service provider, namely, providing, hosting, managing, developing, and maintaining applications, software, websites, and databases in the fields of calculation of website ranking based on user traffic; Computer consulting, computer programming; Computer hardware and software consultation and design; Computer hardware, software, application, and network consulting services; Computer online services, namely, providing information, online links and electronic resources related to sports, health, and fitness; Computer services in the nature of providing customized online pages featuring user-defined or specified information, personal profiles, virtual reality, mixed reality, and augmented reality content and data; Computer services, namely, creating virtual communities for registered users to organize groups and events, participate in discussions, get feedback from their peers, and engage in social, business and community networking; Computer services, namely, curating online user-defined content and advertisements and creating social media feeds; Computer services, namely, hosting online web facilities for others for organizing and conducting meetings, events and interactive discussions via the internet and communication networks; Computer services, namely, providing information in the fields of technology and software development via the internet; Computer software development; Creating, maintaining and hosting of a website and other computer and electronic communication networks featuring information, online links, and electronic resources in the field of sports and fitness; Creating, maintaining and hosting of an interactive web site and other computer and electronic communication networks that enables users to enter, access, track progress, monitor and generate health, fitness, personal exercise, sports, and athletic activity information and achievements; Creating, maintaining and hosting of an interactive web site and other computer and electronic communication networks that enables users to compete and compare athletic information and achievements with other users; Design and development of augmented reality hardware and software; Design and development of computer hardware and computer software; Design and development of interactive multimedia software; Design and development of mixed reality hardware and software; Design and development of virtual reality hardware and software; File sharing services, namely, providing online facilities for others featuring technology enabling users to upload and download electronic files; Hosting of digital content on the internet; Mapping services; Mobile computer and mobile communications device hardware and software consultation and design; Mobile computer and mobile communications device software design for others; Non-downloadable computer software for displaying, aggregating, analyzing and organizing data and information in the fields of health, wellness, fitness, physical activity, weight management, sleep, and nutrition; Non-downloadable computer software for facilitating interaction and communication between humans and AI (artificial intelligence) platforms, namely, bots, virtual agents and virtual assistants; Non-downloadable computer software for sharing and displaying a user's location, planning activities with other users and making recommendations; Non-downloadable computer software for social and destination mapping; Non-downloadable computer software for tracking fitness, health and wellness goals and statistics; Non-downloadable software for creating personalized fitness training programs; Non-downloadable software for creating, managing and accessing user-created and administered private groups within virtual communities; Non-downloadable software for ordering and/or purchasing goods and services; Non-downloadable software for processing electronic payments; Non-downloadable software for providing a virtual marketplace; Non-downloadable software for providing personal training services, workouts and fitness assessments; Non-downloadable software for social networking, creating a virtual community, and transmission of audio, video, images, text and data; Non-downloadable software for streaming multimedia entertainment content; Non-

downloadable software for transmitting, sharing, receiving, downloading, displaying, interacting with and transferring content, text, visual works, audio works, audiovisual works, literary works, data, files, documents and electronic works; Online ad-buying platform provider, namely, providing non-downloadable software programs for allowing buyers and sellers of online advertising to purchase and sell advertising inventory; Online non-downloadable cloud computing software for use in electronic storage of data; Online non-downloadable cloud computing software for virtual, mixed and augmented reality applications and environments; Online non-downloadable computer software for use in providing retail and ordering services for a wide variety of consumer goods; Platform as a service (PAAS) featuring computer software platforms for use in purchasing and disseminating advertising; Platform as a service (PAAS) featuring computer software platforms for social networking, managing social networking content, creating a virtual community, and transmission of images, audio-visual and video content, photographs, videos, data, text, messages, advertisements, media advertising communications and information; Platform as a service (PAAS) featuring computer software platforms for voice command and recognition software, speech to text conversion software, voice-enabled software applications for personal information management; Platform as a service (PAAS) featuring software platforms for social networking and transmission of images, audio-visual content, video content and messages; Platform as a service (PAAS) services featuring computer software to allow users to perform electronic business and e-commerce transaction; Provide an interactive web site that enables users to enter, access, track progress, monitor and generate nutrition, calories, health, fitness, personal exercise, sports, and athletic activity information and achievements; Provide use of non-downloadable software to provide information regarding sports, athletic skill development, fitness coaching, and fitness training via an online website and other computer and electronic communication networks for gaming consoles, personal computers, personal digital devices, and smart phones; Providing an interactive web site that enables users to enter, access, track progress, monitor and generate calories, fitness, personal exercise, and athletic activity information and achievements; Providing an online network service that enables users to transfer personal identity data to and share personal identity data with and among multiple online facilities; Providing customized computer searching services, namely, searching and retrieving information at the user's specific request via the internet; Providing information from searchable indexes and databases of information, including text, electronic documents, databases, graphics, electronic media, images and audio visual content via the internet and communication networks; Providing internet search engines; Providing non-downloadable software to allow users to perform electronic business transactions via the internet and communications networks; Providing online facilities featuring technology that enables online users to create personal profiles featuring social and business networking information, to transfer and share such information among multiple online facilities to engage in social networking, and to manage their social networking accounts; Providing online facilities that give users the ability to upload, modify and share audio, video, photographic images, text, graphics and data; Providing online facilities featuring technology that enables online users to create personal profiles featuring social and business networking information and to transfer and share such information among multiple online facilities; Providing online non-downloadable software for setting up, configuring, and controlling wearable computer hardware and wearable computer peripherals; Providing online sites that gives users the ability to upload, modify and share virtual reality, mixed reality and augmented reality content, information, experiences and data; Providing personal assistant software; Providing search platforms to allow users to request and receive photos, videos, text, data, images, and electronic works; Providing search platforms to allow users to request and receive content, text, visual works, audio works, audiovisual works, literary works, data, files, documents, and electronic works; Providing social assistant software; Providing software for facilitating and arranging for the financing and distribution of fundraising and donations; Providing software for online charitable fundraising services and financial donation services; Providing temporary access to non-downloadable computer software for mapping services; Providing temporary use of non-downloadable computer software and hosting online facilities to enable users to access and download computer software; Providing temporary use of non-downloadable computer software enabling development, assessment, testing, and maintenance of mobile software applications for portable computing devices, namely, mobile phones, smartphones, handheld computers and computer tablets; Providing temporary use of non-downloadable computer software for sharing and displaying a user's location, planning activities with other users and making recommendations; Providing temporary use of non-downloadable computer software for social and destination mapping; Providing temporary use of non-downloadable computer software for finding content and content publishers, and for subscribing to content; Providing temporary use of non-downloadable computer software for accessing, collecting, displaying, editing, linking, modifying, organizing, tagging, streaming, sharing, storing, transmitting, and otherwise providing electronic media, photographs, images, graphics, audio, videos, audio-visual content, data and information via the internet and communication networks; Providing temporary use of non-downloadable e-commerce software to allow users to perform electronic business transactions via the internet; Providing temporary use of non-downloadable location-aware computer software for searching, determining and sharing the location of goods, services and events of interest; Providing temporary use of non-downloadable software applications for searching and identifying local and location-based points of interest, events, landmarks, employment opportunities, entertainment, cultural events, shopping and offers; Providing temporary use of non-downloadable software applications for providing location-based weather information; Providing temporary use of non-downloadable software applications for providing, linking to, or streaming news or current events information; Providing temporary use of non-downloadable software for modifying photographs, images and audio, video, and audio-video content with photographic filters and virtual reality, mixed reality, and augmented reality (AR) effects, namely, graphics, animations, text, drawings, geotags, metadata tags, hyperlinks; Providing temporary use of non-downloadable software for taking photographs and recording audio, audio-visual and video content; Providing temporary use of non-downloadable software for uploading, downloading, archiving, enabling transmission of, and sharing images, audio-visual and video content and associated text and data; Providing temporary use of non-downloadable software for streaming multimedia entertainment content; Providing temporary use of online non-downloadable software and applications for instant messaging, voice over internet protocol (VOIP), video conferencing, and audio conferencing; Providing temporary use of online non-downloadable software for use in designing, managing, measuring, analyzing, disseminating, and serving advertising of others; Providing temporary use of non-downloadable software for taking photographs and recording audio, audio-visual and video content; Provision of Internet search engine services; Rental of computer software that gives users the ability to upload, edit, and share images, videos and audio-visual content; Software as a service (SAAS) featuring computer software for accessing, browsing, and searching online databases, audio, video and multimedia content, games, and software applications, software application marketplaces; Software as a service (SAAS) featuring computer software for accessing, monitoring, tracking, searching, saving, and

sharing information on topics of general interest; Software as a service (SAAS) featuring computer software for connecting, operating, integrating, controlling, and managing networked consumer electronic devices, home climate devices and lighting products via wireless networks; Software as a service (SAAS) featuring computer software used for controlling stand-alone voice controlled information and personal assistant devices; Software as a service (SAAS) for use in designing, creating and analyzing data, metrics and reports in the areas of health, fitness, sleep, nutrition and wellness; Software as a service (SAAS) services featuring software for sending and receiving electronic messages, notifications and alerts; Software as a service (SAAS) services featuring software for use of an algorithm for calculating and generating data for sport activity, fitness training, fitness level assessments, fitness coaching, fitness recommendations and goal setting; Software as a service (SAAS) services, namely, hosting software for use by others for use of an algorithm for calculating and generating data for sport activity, fitness training, fitness level assessments, fitness coaching, fitness recommendations and goal setting; Software as a service (SAAS) services, namely, providing a customized website and mobile portal for individuals featuring data analytics based on physiological metrics for purposes of health monitoring; Software as a service (SAAS) that enables users to manage employee accounts, schedule and track employee participation, and facilitate and manage corporate fitness and wellness programs; Software for electronic messaging; Technical support services, namely, troubleshooting in the nature of diagnosing computer hardware and software problems; Technological services, namely, data warehousing services

Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

Priority based on foreign filing: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services and asserts a claim of priority based on Jamaica application number 084472, filed 10/05/2021.

INTENT TO PERFECT 44(d) : At this time, the applicant has another basis for registration (Section 1(a) or Section 1(b)) and does NOT intend to rely on Section 44(e) as the basis for registration, but is only asserting a valid claim of priority.

The owner's/holder's proposed attorney information: Anthony J. Malutta. Other appointed attorneys are Calla Yee and Jenny Goak. Anthony J. Malutta of Kilpatrick Townsend & Stockton LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

    Two Embarcadero Center, Suite 1900
    San Francisco, California 94111
    United States
    415-273-7507(phone)
    415-723-7132(fax)
    MetaProsecution@kilpatricktownsend.com

The docket/reference number is 1290880.

Anthony J. Malutta submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

    Anthony J. Malutta

    PRIMARY EMAIL FOR CORRESPONDENCE: MetaProsecution@kilpatricktownsend.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmadmin@kilpatricktownsend.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

<div align="center">

**Declaration**

</div>

☑ **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and

- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /scott minden/   Date: 01/04/2022
Signatory's Name: Scott Minden
Signatory's Position: Associate General Counsel
Signatory's Phone Number: Not Provided
Signature method: Sent to third party for signature
Payment Sale Number: 97202654
Payment Accounting Date: 01/04/2022

Serial Number: 97202654
Internet Transmission Date: Tue Jan 04 19:43:01 ET 2022
TEAS Stamp: USPTO/BAS-XX.XX.XX.XXX-20220104194301804
513-97202654-81080a8af1bc8041528e9a434f8
de2ff91c3bcb5928dc2465f779d7b78a57dd-CC-
43004089-20220103113642297003

Exhibit 7

Examples of Meta Platforms' generic use of "meta"



https://research.facebook.com/publications/meta-learning-via-learned-loss/

Exhibit 2                                                                                    Page 2



Open Graph meta tags

https://developers.facebook.com/docs/sharing/best-practices/

Exhibit 2                                                                                                    Page 3



https://research.facebook.com/publications/model-based-meta-reinforcement-learning-for-flight-with-suspended-payloads/

Exhibit 2                                                                                                                        Page 4



https://research.facebook.com/publications/compositional-generalization-through-meta-sequence-to-sequence-learning/

Exhibit 2                                                                Page 5



https://research.facebook.com/publications/multilingual-and-cross-lingual-document-classification-a-meta-learning-approach/

Exhibit 2                                                                                     Page 6



https://developers.facebook.com/docs/marketing-api/catalog/guides/metadata-tags/

Exhibit 2                                                                                     Page 7



https://research.facebook.com/publications/meta-learning-with-shared-amortized-variational-inference/

Exhibit 2                                                                 Page 8



https://research.facebook.com/publications/meta-learning-in-games/

Exhibit 2                                                                 Page 9



https://research.facebook.com/publications/meta-learning-with-stochastic-linear-bandits/

Exhibit 2                                                                                          Page 10



https://research.facebook.com/publications/dynamic-meta-embeddings-for-improved-sentence-representations/

Exhibit 2                                                                                                                Page 11



https://techcrunch.com/2023/10/18/meta-consolidates-options-to-manage-your-meta-data/

Exhibit 2                                                                                           Page 12



**Screenshot of text below is from the description pages of the patent:**

classification/selection result using a <mark>meta</mark>-intent classifier. The <mark>meta</mark>-intent classifier may determine categories that describe the user's intent. In particular

https://patents.google.com/patent/US11159767B1/en?q=(meta+platforms)&oq=meta+platforms

Exhibit 2                                                                                            Page 13



**Screenshot of text below is from the description pages of the patent:**

and subdivided according to similarities and differences. The generic entity resolution **332** may resolve the entities by categorizing the slots and <mark>meta</mark> slots into different generic topics. In particular embodiments, the resolving may be also

https://patents.google.com/patent/US11403466B2/en?q=(meta+platforms)&oq=meta+platforms

Exhibit 2                                                                                        Page 14



**Screenshot of text below is from the description pages of the patent:**

slots. The intent of the user may be classified as "changing money". The slots of the user request may comprise "500", "dollars", "account", and "Japanese yen". The <mark>meta</mark>-intent of the user may be classified as "financial service". The <mark>meta</mark> slot may comprise "finance".

https://patents.google.com/patent/US11657094B2/en?q=(meta+platforms)&oq=meta+platforms

Exhibit 2                                                                                                          Page 15



**Screenshot of text below is from the description pages of the patent:**

recognition algorithm. For example, if a photo includes the Statue of Liberty, the social networking system may tag the object in the photo with the meta data "Statute of Liberty."

https://patents.google.com/patent/US9830337B2/en?q=(meta+platforms)&oq=meta+platforms&page=4

Exhibit 2                                                                                           Page 16



**Screenshot of text below is from the description pages of the patent:**

services **204**. The model tracker database **234** is configured to record data and **meta**data associated with the machine learning models tracked by the model tracking engine **214**. For example, the model tracker database **234** can store and index the machine learning models by version histories, sources of training dataset, training datasets, training configurations, evaluative metrics, or any combination thereof, such that the model tracker database **234** can be queried using one of these variables.

https://patents.google.com/patent/US9996804B2/en?q=(meta+platforms)&oq=meta+platforms&page=4

Exhibit 2                                    Page 17