KARTHIK K. MURTHY – State Bar No. 343960
K@MurthyPatentLaw.com
MURTHY PATENT LAW INC.
3984 Washington Blvd.
Suite 324
Fremont, CA 94538
Telephone: (425) 968-5342
Facsimile: (425) 215-0247

Attorneys for Plaintiff

Metabyte, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| METABYTE, INC.<br><br>            Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC. and DOES 1-25, inclusive, | Case No.: 3:23-cv-04862-VC<br><br>**DECLARATION OF KARTHIK K. MURTHY**<br><br>Hearing Date: November 6, 2025<br>Time: 10:00 a.m.<br>Judge: Vince Chhabria<br>Location: 450 Golden Gate Avenue, San Francisco, CA 94102 |

I, Karthik Murthy, declare that:

1. I am an attorney duly licensed to practice in all courts of the State of California, and am a Partner with the law firm of MURTHY PATENT LAW INC., attorneys of record for Metabyte herein. I have personal knowledge of the information set forth herein below, unless noted as based on information and belief, all of which is true and correct of my own personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2. There has been a breakdown in the attorney-client relationship rendering it unreasonably difficult to carry out the representation effectively.

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on this 28th day of October 2025,

- 1 -
DECLARATION OF KARTHIK K. MURTHY                              CASE NO.

1 | in San Francisco, California.

4 | Date: October 28, 2025

6 | By: */s/ Karthik K. Murthy*
          Karthik K. Murthy